MD 01-01407   00000695

: HONORABLE BARBARA J. ROTHSTEIN



____ FILED   ____ ENTERED
____ LODGED  ____ RECEIVED

JUL 0 9 2002

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

ENTERED

2002

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION.<br><br>This document relates to all actions. | MDL Docket No. 1407<br><br>AMENDED CASE MANAGEMENT ORDER NO. 8, ESTABLISHING PLAINTIFFS' LITIGATION EXPENSE FUND TO COMPENSATE AND REIMBURSE ATTORNEYS FOR SERVICES PERFORMED AND EXPENSES INCURRED FOR COMMON BENEFIT **[PROPOSED]** |

AND NOW, THIS 8th DAY OF ___July___, 2002, it is hereby

ORDERED, ADJUDGED AND DECREED that:

### A. Set Aside for Counsel Fees and Costs in MDL 1407

1. The Court finds that this litigation has advanced to the point that it is

appropriate to establish a fair system for the sequestration of a certain percentage of all

payments by defendant(s) to plaintiff(s) in fulfillment of obligations to settle claims of

plaintiffs from time to time as well as to satisfy judgments that may result in some

AMENDED CASE MANAGEMENT ORDER NO. 8,
ESTABLISHING PLAINTIFFS' LITIGATION
EXPENSE FUND (MDL Docket No. 1407) – Page 1

LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

ORIGINAL

cc; counsel, BJR, financial

instances (all such payments hereinafter referred to as "claim payments"). The funds so sequestered are to be available to provide for reimbursement of costs and payment of attorneys' fees to the Plaintiffs' Steering Committee ("PSC") and other attorneys who have been authorized by the PSC, pursuant to the Court's "Order Appointing Members to Plaintiffs' and Joint Committees" (entered Jan. 17, 2002), to perform work for the benefit of plaintiffs in MDL 1407 and any state-court counsel that agrees to be coordinated hereunder (hereinafter the "Common Benefit Attorneys"), subject to a proper showing in the future.

2.      Before making any claim payment to a plaintiff whose action has been subject to coordinated pretrial proceedings in MDL 1407, defendants shall deduct from such payments an amount equal to four (4) percent for the federal court recoveries and three (3) percent for the state court coordinating case recoveries of the aggregate of the amount being paid and any amounts to be paid to the plaintiff in the future; and shall pay such sum as hereinafter provided for deposit into the MDL 1407 Fee and Cost Account. In measuring the gross amount due or to become due to any plaintiff as such claim payments, the defendant shall include the present value of any fixed and certain payments to be made in the future.

3.      The requirements of paragraph 2 shall apply regardless of whether a plaintiff's case is disposed of during the time it is on the docket of the transferee court, or following remand or transfer from the transferee court to another federal district court for trial, or transfer to other district courts in accordance with 28 U.S.C. § 1404 or other provisions of law. The obligation shall follow the case to its final disposition in any United States court, including a court having jurisdiction in bankruptcy.

LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

4.      As a condition of appointment made by this Court of any counsel to any committee, counsel deemed to have agreed to the terms of paragraph 2 for all said counsel retaining any recovery in both federal and state forums, however, recoveries in federal forums shall be subject to a four (4) percent assessment and recoveries in state forums (or unfiled cases that result in a recovery) shall only be subject to a three (3) percent assessment.

5.      State Court counsel who wish to obtain the PSC's proprietary attorney work product described herein shall voluntarily agree to the terms of this Order upon execution of the express written agreement attached hereto as "Exhibit 1". 1 No State Court litigant will be subject to a tax, fee, assessment or other charge imposed by this Court except upon execution of an express written agreement with the PSC to share the PSC's proprietary attorney work product.  For the purposes of this Order, "proprietary attorney work product" of the PSC shall not include fact depositions taken in these MDL proceedings, transcripts and videotapes thereof and/or exhibits thereto, and shall not include any documents produced in PPA litigation by any party or by any non-party pursuant to any Notice of Subpoena served in these MDL proceedings.

Accordingly, no tax, fee, assessment or other charge will be imposed on any State Court litigant by virtue of attending and participating in fact depositions conducted in this MDL proceedings, and/or use by any party of transcripts, videotapes and/or exhibits from such depositions or documents produced in the PPA MDL litigation in a State Court Case.  Before making any claim payment to a state court plaintiff who

---

1       The proposed Agreement for state court attorneys who voluntarily agree to the use of the MDL work product is attached hereto as "Exhibit 1" .

AMENDED CASE MANAGEMENT ORDER NO. 8,
ESTABLISHING PLAINTIFFS' LITIGATION
EXPENSE FUND (MDL Docket No. 1407) – Page 3

LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

1

2   has voluntarily agreed to coordinate by accepting the terms of this CMO, defendants

3   shall withhold from such payments an amount equal to three (3) percent of the

4   aggregate of the amount being paid and any amounts to be paid in the future; and shall

5   pay such sum as herewith provided for deposit into the MDL 1407 fee and cost account.

6   The PSC and each defendant subject to this Order shall promptly notify defendant's

7   liaison counsel of any state court attorney who they have reason to believe is a

8   Common Benefit Attorney.

9

10      6.      Defendants shall have primary responsibility for withholding the four

11  percent (4%) and three percent (3%) set-off of the claim payments and tendering such

12  sums to the MDL 1407 Fee and Cost Account.  If, however, a defendant fails to do so,

13  in addition to the Court's power generally, including the exercise of its powers to compel

14  payment by defendant in compliance with this Order, the Court, under appropriate

15  circumstances, can be expected to seek such payment from the plaintiff and/or his or

16  her counsel under terms that are just and equitable.

17

18      7.      The Court shall cause the Defendants to deposit the set-off payments, as

19  provided in this Order, into the Registry of this District Court in an interest-bearing

20  account.  All funds in the account will be held as funds subject to the direction of the

21  Court.

22      8.      The Defendants' Co-Lead Counsel shall maintain detailed records which

23  identify the plaintiffs and plaintiffs' counsel's names, current address and telephone

24  numbers, civil actions or other identifying number, amount of deposit, date of deposit,

25  identification of the parties contributing to the amount deposited (and any allocation if

26  more than one contribution is being made), and other information that may be required

27

28

AMENDED CASE MANAGEMENT ORDER NO. 8,
ESTABLISHING PLAINTIFFS' LITIGATION
EXPENSE FUND (MDL Docket No. 1407) – Page 4

LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

by the circumstances. All such records shall be maintained as highly confidential material and the only persons with access to such records shall be the Court and Defendants' Co-Lead Counsel. Plaintiffs' Co-Lead Counsel shall have access to the information limited only to the total amount of funds in the account, but not to the particularized information as to individual plaintiffs or individual dollar amounts.

9. Each party who is in any way affected by the creation of an obligation to make a claim payment is jointly and severally liable for promptly reporting to the Registry of this District Court and the PSC the terms of any settlement or judgment that may be subject to this Order as well as the information described in paragraph 8 so the Court and Co-Lead Counsel can monitor compliance with this Order.

10. Upon a proper showing, the Common Benefit Attorneys will be entitled to receive an award of counsel fees and reimbursement of out-of-pocket litigation expenses to be paid from the MDL 1407 Fee and Cost Account in such amounts as are determined by the Court, after a hearing, based on the appropriate and controlling law. In making such an award, the Court will first determine the amount of costs for which reimbursement is appropriate. The amount remaining in the MDL 1407 Fee and Cost Account after deducting the amount of costs awarded by the Court will be available for any award of counsel fees. In making an award of counsel fees to the Common Benefit Attorneys and in apportioning any fee award among those attorneys, appropriate consideration will be given to the experience, talent, and contribution made by each Common Benefit Attorney who seeks to recover counsel fees from the MDL 1407 Fee and Cost Account, provided, however, that the Court will only consider compensation for those services which were authorized by the PSC.

AMENDED CASE MANAGEMENT ORDER NO. 8, ESTABLISHING PLAINTIFFS' LITIGATION EXPENSE FUND (MDL Docket No. 1407) – Page 5

LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

11.     Any sum ordered to be paid by the Court pursuant to this Order as an award of counsel fees shall be deducted from the gross recovery that any plaintiff would have been entitled to receive.  Any sum ordered to be paid by the Court pursuant to this Order as reimbursement for out-of-pocket costs shall be prorated among the plaintiffs whose claim payments were deposited, in part, in the MDL 1407 Fee and Cost Account.

12.     Nothing in this Order will limit the amount of attorneys' fees and costs, in the form of a percentage award or otherwise, which may be awarded by the Court in the event of recovery in any action certified as a class action under *Fed.R.Civ.P. 23*.

13.     The Court is not making the determination by this Order that the Common Benefit Attorneys shall receive any specific sum as payment of counsel fees and reimbursement of litigation expenses.  Such a determination is specifically reserved for an appropriate time following petitions related to such an award.  Rather, this Order is merely intending to develop a mechanism for the creation of a fund from which the amount of fees and costs which the Common Benefit Attorneys are ultimately entitled may be awarded and paid with reliability.

14.     At such time as the MDL 1407 Fee and Cost Account contains balances that are not necessary to be retained for the payment of fees and costs, the Court will, upon applicable provisions of law, following a hearing, make refunds on an equitable basis, or if such balances are of small amounts, enter such orders concerning the disposition of such funds as are appropriate under the law.

AMENDED CASE MANAGEMENT ORDER NO. 8,
ESTABLISHING PLAINTIFFS' LITIGATION
EXPENSE FUND (MDL Docket No. 1407) – Page 6

LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

1

2

3      SO ORDERED this   8th   day of    July          , 2002.

4

5

6                                    Honorable Barbara Jacobs Rothstein
                                     United States District Judge
7

8

9
Presented by:
10
Levinson Friedman, P.S.
11

12
By _____
13   Lance E. Palmer
     WSBA #18141
14   **Plaintiffs' Liaison Counsel**

15

16

17

18

19

20

21

22

23

24

25

26

27

28
AMENDED CASE MANAGEMENT ORDER NO. 8,                    LEVINSON FRIEDMAN, P.S.
ESTABLISHING PLAINTIFFS' LITIGATION                              PACIFIC BUILDING
                                                        720 THIRD AVENUE, SUITE 1800
EXPENSE FUND (MDL Docket No. 1407) – Page 7                SEATTLE, WA 98104-1845
                                                               (206) 624-8844
                                                            fax (206) 624-2912

# Exhibit 1

1

2   THE HONORABLE BARBARA J. ROTHSTEIN

3

4

5

6

7

8

9

10

11   UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
12   AT SEATTLE

13   IN RE: PHENYLPROPANOLAMINE          MDL Docket No. 1407
     (PPA) PRODUCTS LIABILITY
14   LITIGATION.                         AGREEMENT BETWEEN PSC
                                         AND STATE COURT ATTORNEY
15   ─────────────────────────────
     This document relates to all actions.
16

17   **AGREEMENT**

18       This Agreement is made this _____ day of _____, 2002, by and

19   between the Plaintiffs' Steering Committee ("PSC") appointed by the United States

20   District Court for the Western District of Washington in MDL Docket No. 1407 and

21   **[FILL IN THE NAME OF THE FIRM EXECUTING THE AGREEMENT]** (hereinafter "the

22   State Attorneys").
23
         WHEREAS the United States District Court for the Western District of
24
     Washington has appointed Counsel to serve as members of the PSC to facilitate the
25
     conduct of pretrial proceedings in the federal actions relating to the ingestion of PPA;
26
     and
27

28   AGREEMENT BETWEEN PSC AND STATE
     COURT ATTORNEY(MDL Docket No. 1407) -
     Page 1

LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

WHEREAS the PSC in association with other attorneys working for the common benefit of plaintiffs have developed or are in the process of developing work product which will be valuable in the litigation of state court proceedings involving PPA induced injuries, including:

a.   CD-ROMs and a virtual depository containing images of the key documents selected by the PSC from the document productions of the defendants and third-parties in MDL 1407;

b.   a bibliographic database providing a "coded" index of such key documents;

c.   the depositions of each generally applicable fact witness taken in MDL 1407 and in any coordinated state-court actions in the form of paper transcripts, text searchable computer disks and CD-ROMs and videotapes of videotaped depositions; and

d.   time-lines, casts of characters, and other work product relating to the facts at issue in MDL 1407;

which will collectively be referred to as the "PSC Work Product"; and

WHEREAS the State Attorneys are desirous of acquiring the PSC Work Product and establishing an amicable working relationship with the PSC for the mutual benefit of their clients;

NOW, THEREFORE, in consideration of the covenants and promises contained herein, and intending to be legally bound hereby, the parties agree as follows:

1.   With respect to each client who they represent in connection with a PPA related claim, other than clients with claims filed or pending in any federal court, each of the State Attorneys shall deposit or cause to be deposited in an MDL 1407 Fee and Cost Account established by the District Court in the MDL three (3) percent of the gross amount recovered by each such client.  For purposes of this Agreement, the gross

AGREEMENT BETWEEN PSC AND STATE
COURT ATTORNEY(MDL Docket No. 1407) -
Page 2

LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

amount of recovery shall include the present value of any fixed and certain payments to be made to the plaintiff or claimant in the future.

2.      The State Attorneys, on behalf of themselves, their affiliated counsel, and their clients, hereby grant and convey to the PSC a lien upon and/or a security interest in any recovery by any client who they represent in connection with any PPA induced injury, to the full extent permitted by law, in order to secure payment in accordance with the provisions of paragraph 1 of this Agreement.  The State Attorneys will undertake all actions and execute all documents which are reasonably necessary to effectuate and/or perfect this lien and/or security interest.

3.      This Agreement shall apply to each and every claim or action arising from the ingestion of PPA in which the State Attorneys have a right to a fee recovery.

PLAINTIFFS' STEERING COMMITTEE

*Levinson Friedman, P.S.*

_____
Lance E. Palmer
WSBA #18141
**Plaintiffs' Liaison Counsel**

_____
[State Court Attorney]

AGREEMENT BETWEEN PSC AND STATE
COURT ATTORNEY(MDL Docket No. 1407) -
Page 3

LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

1

2
THE HONORABLE BARBARA JACOBS ROTHSTEIN

3

4

5

6

7

8

9



10

11                          UNITED STATES DISTRICT COURT
12                          WESTERN DISTRICT OF WASHINGTON
                                      AT SEATTLE

13

14   IN RE: PHENYLPROPANOLAMINE            MDL NO. 1407
15   (PPA) PRODUCTS LIABILITY LITIGATION
                                           CERTIFICATE OF SERVICE
16

17          I, Kaj Trapp, declare under penalty of perjury under the laws of the State of

18   Washington that the following is true and correct.

19          I am a citizen of the United States and a resident of King County, Washington.  I

20   am over the age of 18 years and am not a party to the within cause.  My business mailing

21   address is that of Levinson Friedman, P.S., Pacific Building, 720 Third Avenue, Suite 1800,

22   Seattle, WA 98104.

23          On July 3, 2002, I caused true and correct copies of the following documents:

24          1.    AMENDED CASE MANAGEMENT ORDER NO. 8,ESTABLISHING
25                PLAINTIFFS' LITIGATION EXPENSE FUND TO COMPENSATE AND
                  REIMBURSE ATTORNEYS FOR SERVICES PERFORMED AND
26                EXPENSES INCURRED FOR COMMON BENEFIT

27   to be served by electronic-mail upon the following parties:

28

**CERTIFICATE OF SERVICE**                          LEVINSON FRIEDMAN, P.S.
**(MDL NO. 1407) - Page 1**                                PACIFIC BUILDING
                                                    720 THIRD AVENUE, SUITE 1800
                                                     SEATTLE, WA 98104-1845
                                                         (206) 624-8844
                                                       fax (206) 624-2912



**See Exhibit A**

And to be served by ABC Legal Messengers, Inc. by hand delivery, and by electronic mail upon

the following counsel of record:

> Joseph D Hurson
> LANE POWELL SPEARS LUBERSKY LLP
> 1420 Fifth Ave, Suite 4100
> Seattle, WA 98101-2338
> HursonD@LanePowell.com
>
> Douglas A. Hofmann
> WILLIAMS, KASTNER & GIBBS PLLC
> 4100 Two Union Square
> Seattle, WA
> dhofmann@wkg.com

Executed on July 3, 2002, at Seattle, Washington.

Kaj Trapp

**CERTIFICATE OF SERVICE**
**(MDL NO. 1407) - Page 2**

LEVINSON FRIEDMAN, P.S.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1800
SEATTLE, WA 98104-1845
(206) 624-8844
fax (206) 624-2912

# Exhibit A

| First | Middle | Last | Suffix | Firm | City | State | Email |
|---|---|---|---|---|---|---|---|
| Janet | | Abaray | | Lopez, Hodes, Restaino, Milman & Skikos | Newport Beach | CA | sjkirby@fuse.net |
| Russ | | Abney | | Fleming & Associates, L.L.P. | Houston | TX | russ_abney@fleming-law.com |
| Roy | F. | Amedee | Jr | Attorneys at Law | LaPlace | LA | ramedeejr@aol.com |
| Maria K. | | Anastasia | | Wilentz Goldman & Spitzer P.A. | Woodbridge | NJ | anastm@wilentz.com |
| Jessica | | Anderson | | Zimmerman Reed | Minneapolis | MN | JLA@zimmreed.com |
| Ann | | Andrews | | Andrews & Thornton | Newport Beach | CA | aa@andrewsthornton.com |
| Jonathan | Beauregan | Andry | | Andry Law Firm, The | New Orleans | LA | jonathan@communique.net |
| Nancy | | Armstrong | | Armstrong & Guy Law Offices, L.L.C. | McComb | MS | b1m2o3@telapex.com |
| Richard | J. | Arsenault | | Neblett, Beard, & Arsenault | Alexandria | LA | rarsenault@nbalawfirm.com |
| Franklin | D. | Azar | | Franklin D. Azar & Associates | Aurora | CO | axvign@fdazar.com |
| Lee | B. | Balefsky | | Greitzer and Locks | Philadelphia | PA | lbalefsky@greitzerlocks.com |
| Alexander | E. | Barnett | | Cohen, Milstein, Hausfeld, & Toll, P.L.L.C. | Washington | DC | abarnett@cmht.com |
| George | E. | Barrett | | Barrett, Johnston, & Parsley | Nashville | TN | gbarrett@barrettjohnston.com |
| Daniel | E. | Becnel | Jr. | Law Office of Daniel E. Becnel Jr. | Reserve | LA | dbecnel@rtconline.com |
| Allan | | Berger | | Allan Berger and Associates | New Orleans | LA | allanb@telocity.com |
| Marvin | B. | Berke | | Berke, Berke & Berke | Chattanooga | TN | marvin_berke@berkeattys.com |
| Brian | N. | Bishop | | Watts & Watts | Oklahoma City | OK | BNBriBish@aol.com |
| Paula | | Bliss | | Robinson & Cole L.L.P. | Boston | MA | pbliss@rc.com |
| Lee | J. | Bloomfield | | Allen Godwin Morris Laurenzi & Bloomfield, P.C. | Memphis | TN | lawljb@aol.com |
| Jeffrey | A. | Bogue | | Bogue Koury Law Firm | Denver | CO | bkmlaw@bkmllc.com |
| Philip | | Bohrer | | Bohrer Law Firm, L.L.C. | Baton Rouge | LA | phil@bohrerlaw.com |
| Robert | J. | Bonsignore | | Bonsignore & Brewer | Medford | MA | rbonsignore@aol.com |
| Reshonda | L. | Bradford | | The Singleton Law Firm | Shreveport | MS | Rsinglaw@Shreve.net |
| Scott | | Brady | | McKernan Law Firm, P.L.L.C. | Baton Rouge | LA | sbrady@mckernanlawfirm.com |
| Turner | W. | Branch | | Branch Law Firm | Albuquerque | NM | kmatthes@branchlawfirm.com |
| Christine | | Brandt | | Cory, Watson, Crowder, & Degaris, P.C. | Birmingham | AL | cbrandt@cwcd.com |
| Trece | L. | Brown | | Gauthier, Downing, LaBarre, Beiser, & Dean | New Orleans | LA | brownt66@bellsouth.net |
| Gregory | J. | Bubalo | | Becker Law Office | Louisville | KY | gbubalo@beckerlaw.com |
| David | | Buchanan | | Seeger & Weiss L.L.P. | Newark | NJ | dbuchanan@seegerweiss.com |
| Robert | Cape | Buck | | Schlueter Buck & Childers | Conyers | GA | rbuck@sbc-law.com |

| | | | | | | |
|---|---|---|---|---|---|---|
| Vivian | Vines | Campbell | Whatley Drake, L.L.C. | Birmingham | AL | vcampbell@whatleydrake.com |
| James | T. | Capretz | Attorney at Law | Newport Beach | CA | jcapretz@capretz.com |
| Edmund | | Carey | Barrett, Johnston, & Parsley | Nashville | TN | tcarey@barrettjohnston.com |
| Ted | | Carey | Robinson & Cole L.L.P. | Boston | MA | tcarey@bost.rc.com |
| Dwayne | | Champion | Grouppa | Minneapolis | MN | grouppa@qwest.net |
| Bryan | | Cigelske | Taylor Martino & Hedge | Mobile | AL | Bryan@jtmlaw.com |
| Daniel | A. | Claitor | Claitor, Loupe & Bateman | Baton Rouge | LA | claitor@bellsouth.net |
| Lee | L. | Coleman | Hughes & Coleman | Bowling Green | KY | lcoleman@hughesandcoleman.com |
| William | Peter | Connick | Connick, Lentini, Wimberly & deLaup | Metairie | LA | cwdlaw@bellsouth.net |
| Ernest | | Cory | Cory, Watson, Crowder, & Degaris, P.C. | Birmingham | AL | ECory@cwcd.com |
| Frank | | Costilla | Jr | Attorney at Law | Brownsville | TX | Frank@costillalaw.com |
| Sidney | A. | Cotlar | Herman, Mathis, Casey, Kitchens & Gerel | New Orleans | LA | ppa@hhkc.com |
| Mark | T. | Coulter | Peirce, Raimond, and Coulter | Pittsburgh | PA | mcoulter@peircelaw.com |
| Donald | | Cravins | Domengeaux Wright Roy Edwards | Lafayette | LA | donaldc@wrightroy.com |
| Gordon | R. | Crawford | Gordon R. Crawford & Associates | Gonzales | LA | gcrawford@attorneycrawford.com |
| Rebecca | | Cunard | Rebecca Cunard | Baton Rouge | LA | rebecca@cunardlaw.com |
| J. | Robert | Davis | J. Robert Davis LLP | Houston | TX | robert@jrobertdavisllp.com |
| Leonard | | Davis | Herman, Mathis, Casey, Kitchens & Gerel | New Orleans | LA | ldavis@HHKC.com |
| Dana | E. | Deering | Parry Deering Futscher & Sparks PSC | Covington | KY | ddeering@pdfslaw.com |
| Annesley | H. | DeGaris | Cory, Watson, Crowder, & Degaris, P.C. | Birmingham | AL | adegaris@cwcd.com |
| Terry | L. | Dempsey | Lowery & Dempsey | Russellville | AL | TDemp20078@aol.com |
| Robert | | Diliberto | Murray Law Firm | New Orleans | LA | rdiliberto@murray-lawfirm.com |
| James | R. | Dugan | II | Gauthier, Downing, LaBarre, Beiser, & Dean | Metairie | LA | jrd@gauthier-downing.com |
| Walter | C. | Dumas | Dumas & Associates Law Corporation | Baton Rouge | LA | wdumas1@bellsouth.net |
| Tom | | Dutton | Pittman, Hooks, Dutton, & Hollis | Birmingham | AL | tomd@pittmanhooks.com |
| James | B. | Early | Early, Ludwick & Sweeney | New Haven | CT | jearly@elslaw.com |
| Marc | | Edelson | Hoffman & Edelson | Doylestown | PA | medelson@hofedlaw.com |
| Connie | | Edwards | Cohen, Milstein, Hausfeld, & Toll, P.L.L.C. | Washington | DC | CEdwards@CMHT.com |
| Tony | W. | Edwards | Stipe Law Firm | McAlester | OK | tedwards@stipelaw.com |
| Jeffrey | | Ellis | Herman, Mathis, Casey, & Kitchens | Jackson | MS | jellis@kandelaw.com |

| Margaret | | Ellis | Herman, Mathis, Casey, & Kitchens | Jackson | MS | kandepasms@aol.com |
|---|---|---|---|---|---|---|
| Sharon | | Ericksen | Robinson & Cole L.L.P. | Boston | MA | sericksen@rc.com |
| Kim | | Evers | Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A. | Pensacola | FL | kevers@levinlaw.com |
| Calvin | C. | Fayard | Jr. | Fayard & Honeycutt, A.P.C. | Denham Springs | LA | calvinfayard@fayardlaw.com |
| Steve | | Fearon | Squitieri & Fearon, LLP | New York | NY | stephen@sfclasslaw.com |
| Michael | | Fishbein | Levin, Fishbein, Sedran & Berman | Philadelphia | PA | mfishbein@msn.com |
| Dina | S. | Fisher | Robinson & Cole L.L.P. | Hartford | CT | dfisher@rc.com |
| Keith | | Fleishman | Milberg, Weiss, Bershad, Hynes, & Lerach L.L.P. | New York | NY | kf@mwbhlny.com |
| Keelyn | | Friesen | Cohen, Milstein, Hausfeld, & Toll, P.L.L.C. | Seattle | WA | kfriesen@cmht.com |
| Hector | G. | Gancedo | Gancedo & Nieves L.L.P. | Pasadena | CA | hgancedo@gancedonieves.com |
| Laura | | Gianni | Sherman Salkow Petoyan & Weber, P.C. | Los Angeles | CA | lgianni@shermanonlaw.com |
| Jeff | | Goldenberg | Murdock, Goldenberg, Schneider & Groh | Cincinnati | OH | jgoldenberg@mgsglaw.com |
| Ronald | S. | Goldser | Zimmerman Reed | Minneapolis | MN | rsg@zimmreed.com |
| James | D. | Gotz | Robinson & Cole L.L.P. | Boston | MA | jgotz@bost.rc.com |
| Peter | A. | Grammas | Langston Sweet & Freese PA | Birmingham | AL | debbie.hudson@lsf-law.com |
| Jim | | Green | Ashcraft & Gerel | Washington | DC | jgreen@dc.ashcraftlaw.com |
| David | | Greenstone | Walter & Kraus | Dallas | TX | greenstone@awpk.com |
| Thomas | P. | Gressette | Jr | Richardson, Patrick, Westbrook & Brickman, LLC | Charleston | SC | tgressette@rpwb.com |
| William | | Guy | Law Offices of William Guy | McComb | MS | janiceguy@guylaw.com |
| H. | Blair | Hahn | Richardson, Patrick, Westbrook & Brickman, LLC | Charleston | SC | bhahn@rpwb.com |
| Molly | McGinley | Han | Cohen, Milstein, Hausfeld, & Toll, P.L.L.C. | Washington | DC | mmcginley@cmht.com |
| Robert | H. | Harrison | Jr. | | Denhan Springs | LA | RHHLawyer@yahoo.com |
| W. | Todd | Harvey | Whatley Drake, L.L.C. | Birmingham | AL | tharvey@whatleydrake.com |
| James | A. | Hatch | Attorneys at Law | LaPlace | LA | jahmmb@yahoo.com |
| Molly | | Hegarty | Von Briesen, Purtell & Roper | Milwaukee | WI | mhegarty@vonbriesen.com |
| Russ | M. | Herman | Herman, Herman, Katz & Cotlar L.L.P. | New Orleans | LA | ppa@hhkc.com |
| James | E. | Hoffmann | Levin & Hoffmann | Encino | CA | jhoffmann@levinhoffmann.net |
| Thomas | | Hollander | Attorney at Law | Pittsburgh | PA | th@hollander-law.com |

| Alva | A. | Hollon | Jr. | Sams & Hollon, P.A. | Jacksonville | FL | aahjoh@aol.com |
|------|-----|--------|-----|---------------------|--------------|-----|----------------|
| Andrew | J. | Horne | | Oldfather & Morris | Louisville | KY | ajh@omky.com |
| Richard | | Hunnicutt | | Wayne Wright, LLP | San Antonio | TX | dbaker@waynewright.com |
| Candice | | Jenkins | | Law Offices of Ronnie G. Penton | Bogalusa | LA | candice@rgplaw.com |
| Douglas | | Johnston | | Barrett, Johnston, & Parsley | Nashville | TN | djohnston@barrettjohnston.com |
| Jane | | Joseph | | Lopez, Hodes, Restaino, Milman & Skikos | Shaker Hts. | OH | jejoseph@ix.netcom.com |
| Joshua | | Katz | | Lanahan & Reilley L.L.P. | Santa Rosa | CA | jkatz@lanahan.com |
| Keenan | | Kelly | | Kelly Townsend & Thomas | Natchitoches | LA | kkelly@cp-tel.net |
| James | M. | Kenna | | Gancedo & Nieves L.L.P. | Pasadena | CA | jkenna@gancedonieves.com |
| Damon | | Kirin | | Murray Law Firm | New Orleans | LA | dkirin@murray-lawfirm.com |
| Dana | | Kirk | | Kirk Law Firm | Houston | TX | KirkLawFirm@aol.com |
| James | W. | Kitchens | | Herman, Mathis, Casey, & Kitchens | Jackson | MS | kandejaxon@aol.com |
| Rhett | D. | Klok | | Ness Motley | Mt. Pleasant | SC | rklok@nmlrp.com |
| Richard | | Kopelman | | Orlando & Kopelman | Decatur | GA | richard@orlandokopelman.com |
| Jeff | S. | Korek | | Gersowitz Libo & Korek P.C. | New York | NY | jkorek@lawyertime.com |
| Peter | A | Kraus | | Walter & Kraus | Dallas | TX | kraus@asbestos-lawyer.com |
| Stuart | A. | Kritzer | | Stuart A. Kritzer Law Offices | Denver | CO | stuart@kritzer.com |
| David | | Krugler | | Seeger & Weiss L.L.P. | Newark | NJ | dkrugler@seegerweiss.com |
| Lisa | | Kruse | | Gallagher, Leiws, Serafin, Downey & Kim | Houston | TX | lisak@gld-law.com |
| Beth | J. | Kushner | | Von Briesen, Purtell & Roper | Milwaukee | WI | bkushner@vonbriesen.com |
| Rick | | Kuykendall | | Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A. | Pensacola | FL | fold8@aol.com |
| Regina | | Lapolla | | Milberg, Weiss, Bershad, Hynes, & Lerach L.L.P. | New York | NY | rll@mwbhlny.com |
| Erin | Sweeny | Larkin | | Robinson & Cole L.L.P. | Boston | MA | elarkin@bost.rc.com |
| David | C | Lee | | Lee, Lee & Lee | Knoxville | TN | dlee@jdlee.com |
| Gano | D. | Lemoine | Jr. | Andrus, Boudreaux, Lemoine & Tonore | Lafayette | LA | ganoablt@aol.com |
| Arnold | | Levin | | Levin, Fishbein, Sedran & Berman | Philadelphia | PA | alevin@lfsblaw.com |
| Irwin | B. | Levin | | Cohen & Malad | Indianapolis | IN | ilevin@cohenandmalad.com |
| Richard | S. | Lewis | | Cohen, Milstein, Hausfeld, & Toll, P.L.L.C. | Washington | DC | rlewis@cmht.com |
| Lawrence | H. | Lieberman | | Cross & Lieberman PA | Phoenix | AZ | lieberman@crosslieb.com |
| Hans | Joseph | Liljeberg | | Connick & Liljeberg, LLC | Metairie | LA | connickliljeberg@aol.com |

| Kathy | | Limbaugh | Pittman, Hooks, Dutton, & Hollis | Birmingham | AL | KathyL@pittmanhooks.com |
|---|---|---|---|---|---|---|
| Robert | F. | Linton | Jr. | Linton & Hirshman | Cleveland | OH | amills@lintonhirshman.com |
| Gene | | Locks | Greitzer and Locks | Philadelphia | PA | glocks@greitzerlocks.com |
| Ramon | Rossi | Lopez | Lopez, Hodes, Restaino, Milman & Skikos | Newport Beach | CA | rlopez@lopez-hodes.com |
| J. | Chandler | Loupe | Claitor, Loupe & Bateman | Baton Rouge | LA | jloupe@aol.com |
| Gail | M. | Lundgren | Bernard, Lundgren & Associates, PLLC | Seattle | WA | Gail@bernardlundgren.com |
| Hunter | W. | Lundy | Lundy & Davis, L.L.P. | Lake Charles | LA | hlundy@lundydavis.com |
| Matthew | | Lundy | Lundy & Davis L.L.P. | Lake Charles | LA | mlundy@lundydavis.com |
| Alex | | MacDonald | Robinson & Cole L.L.P. | Boston | MA | amacdonald@bost.rc.com |
| Grant | | Marylander | Bogue Koury Law Firm | Denver | CO | gmland@bkmllc.com |
| John | Paul | Massicot | Silvestri & Massicot | New Orleans | LA | jpm@silmas.com |
| Charles | Allison | Mathis | Jr. | Mathis & Adams | Atlanta | GA | cmathis@hermanmathis.com |
| David | P. | Matthews | Abraham, Watkins, Nichols, Sorrels, et al. | Houston | TX | lizy_cardenas@abrahamwatkins.com |
| Gordon | | McKernan | McKernan Law Firm, P.L.L.C. | Baton Rouge | LA | gmckernan@mckernanlawfirm.com |
| Jerry | | McKernan | McKernan Law Firm, P.L.L.C. | Baton Rouge | LA | jemckernan@mckernanlawfirm.com |
| Tyrone | C. | Means | Thomas Means Gillis & Seay PC | Montgomery | AL | tcmeans@tmgpc.com |
| Ron | Michael | Meneo | Early, Ludwick, Sweeney & Strauss | New Haven | CT | ppamdl@elslaw.com |
| David | | Miceli | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Montgomery | AL | dfm@beasleyallen.com |
| Clay | | Miller | Miller Curtis LLP | Dallas | TX | miller@millerandcurtis.com |
| Kathleen | | Millican | Lopez, Hodes, Restaino, Milman & Skikos | San Francisco | CA | kmillican@lopez-hodes.com |
| Donna | Siegel | Moffa | Rodriguez & Richards, L.L.C. | Haddonfield | NJ | donna@rr-law.com |
| James | A. | Morris | Jr | Provost & Umphrey | Beaumont | TX | jmorris@provostumphrey.com |
| Peyton | Patrick | Murphy | Murphy Law Firm | Baton Rouge | LA | pmurphy@murphylfirm.com |
| Stephen | | Murray | Murray Law Firm | New Orleans | LA | smurray@murray-lawfirm.com |
| Dianne | M. | Nast | Roda & Nast, PC | Lancaster | PA | dnast@rodanast.com |
| Barrington | R. | Neil | Upton & Marinoff | Baton Rouge | LA | brneil@bellsouth.net |
| Heather | | Neulight | Greitzer and Locks | Philadelphia | PA | hneulight@greitzerlocks.com |
| Tina | B. | Nieves | Gancedo & Nieves L.L.P. | Pasadena | CA | tnieves@gancedonieves.com |
| Melinda | Davis | Nokes | Lopez, Hodes, Restaino, Milman & Skikos | Newport Beach | CA | mdavisnokes@lopez-hodes.com |
| Tom | | O'Driscoll | Mayfield & Ogle, PA | Ormond Beach | FL | tmolegal@Bellsouth.net |
| Leslie | | O'Leary | Williams, Daily, O'Leary, Craine, & Love, P.C. | Portland | OR | loleary@wdolaw.com |

| Robert | G. | Pahlke | Van Steenberg Law Firm | Scottsbluff | NE | rgp@vanlaw.net |
|---|---|---|---|---|---|---|
| Alexander | C. | Papandreou | Clark, Depew & Tracey, Ltd. LLP | Houston | TX | Papandreou@clarkdepew.com |
| Michelle | | Parfitt | Ashcraft & Gerel | Washington | DC | mparfitt@dc.ashcraftlaw.com |
| Gale | D. | Pearson | Gale D. Pearson & Associates P.A. | Minneapolis | MN | attorneys@outtech.com |
| Michael | Edward | Pederson | Weitz & Luxenberg | New York | NY | mpederson@weitzlux.com |
| Patrick | W. | Pendley | Pendley Law Firm | Plaquemine | LA | Pendley@pendleylawfirm.com |
| Robert | E. | Piper | Piper & Associates | Shreveport | LA | piper@mnss.com |
| Kirk | L. | Pittard | Walter & Kraus | Dallas | TX | pittard@awpk.com |
| Robert | | Ramsey | Ramsey Law Firm | Mobile | AL | rsramsey@ramseylawfirm.com |
| Ellen | | Relkin | Weitz & Luxenberg | New York | NY | erelkin@weitzlux.com |
| John | | Restaino | Lopez, Hodes, Restaino, Milman & Skikos | Newport Beach | CA | jrestaino@lopez-hodes.com |
| David | B. | Rheingold | Rheingold, Valet, Rheingold, & Shkolnik, P.C. | New York | NY | drheingold@rheingoldlaw.com |
| Paul | D. | Rheingold | Rheingold, Valet, Rheingold, & Shkolnik, P.C. | New York | NY | prheingold@rheingoldlaw.com |
| Louis | C. | Ricciardi | Rodriguez & Richards, L.L.C. | Philadelphia | PA | louis@trrlaw.com |
| Jennifer | A. | Riley-Collins | Edward A. Williamson, Attorney | Philadelphia | MS | jcollins@eawlaw.com |
| Mark | P. | Robinson   Jr. | Robinson Calcagnie & Robinson | Newport Beach | CA | mrobinson@robinson-pilaw.com |
| Lisa | J. | Rodriguez | Rodriguez & Richards, L.L.C. | Haddonfield | NJ | lisa@rr-law.com |
| Thomas | D. | Rogers | Ness, Motley,Loadholt, Richardson, & Poole, P.A. | Mount Pleasant | SC | trogers@nmlrp.com |
| Sandra | | Rohrstaff | Miller & Associates | Alexandria | VA | srohrstaff@doctoratlaw.com |
| Michael | L. | Rosenberg | Seeger & Weiss LLP | Newark | NJ | mrosenberg@seegerweiss.com |
| Steven | | Rotman | Robinson & Cole L.L.P. | Boston | MA | srotman@bost.rc.com |
| Kevin | W. | Ryan | Michie, Hamlett, Lowry, Rasmussen, & Tweel, P.C. | Charlottesville | VA | kryan@mhlrt.com |
| Frederick | P. | Santarelli | Elliott Reihner Siedzikowski & Egan, P.C. | Blue Bell | PA | FPSantarelli@erse.com |
| Joseph | H. | Saunders | Saunders, Walker & Coleman, P.A. | Pinellas Park | FL | joe@saunderslawyers.com |
| Fred | | Schenk | Casey, Gerry, Reed, & Schenk L.L.P. | San Diego | CA | fschenk.ppa@cglaw.com |
| Chris | | Seeger | Seeger & Weiss L.L.P. | New York | NY | cseeger@seegerweiss.com |
| Roman | A. | Shaul | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Montgomery | AL | roman.shaul@beasleyallen.com |
| Arthur | | Sherman | Sherman Salkow Petoyan & Weber, P.C. | Los Angeles | CA | asherman@shermanonlaw.com |

| | | | | | | |
|---|---|---|---|---|---|---|
| Judy | | Shopp | Levin, Fishbein, Sedran & Berman | Philadelphia | PA | jshopp@lfsblaw.com |
| Jonathan | | Shub | Sheller, Ludwig & Badey, PC | Philadelphia | PA | jshub@sheller.com |
| Charles | Stein | Siegel | Walter & Kraus | Dallas | TX | siegel@awpk.com |
| Frank | A. | Silvestri | Silvestri & Massicot | New Orleans | LA | fas@silmas.com |
| Anthony | | Simon | Richmond Simon & Abston | Jackson | MS | arsfr2000@aol.com |
| Cindy | | Sims | Claitor, Loupe & Bateman | Baton Rouge | LA | cecesims@aol.com |
| W. | James | Singleton | The Singleton Law Firm | Shreveport | MS | singlaw@shreve.net |
| Steven | | Skikos | Lopez, Hodes, Restaino, Milman & Skikos | Newport Beach | CA | sskikos@lopez-hodes.com |
| Ward | D. | Smith | Levin & Hoffmann | Encino | CA | wsmithesq@earthlink.net |
| John | Hunter | Stevens | Grenfell, Sledge & Stevens PLLC | Jackson | MS | jstevens91@aol.com |
| Michael | H. | Strong | Adams, Welsh, Strong & Pitstick, LLC | Cincinnati | OH | mstrong@fuse.net |
| David | | Suggs | Lopez, Hodes, Restaino, Milman & Skikos | Shorewood | MN | dsuggs@attglobal.net |
| Jennifer | | Sustacek | Zimmerman Reed | Minneapolis | MN | jks@zimmreed.com |
| Lynn | E. | Swanson | Law Office of Daniel E. Becnel Jr. | Reserve | LA | leswans@rtconline.com |
| Nelda | | Talamantes | Walter & Kraus | Dallas | TX | talamantes@awpk.com |
| Jacqueline | | Taylor | Taylor & Associates | Atlanta | GA | jaktaylor2@yahoo.com |
| David | | Terry | Law Office of Vic Terry | Dallas | TX | davidterry@davidterry.com |
| Robert | Simms | Thompson | Robert Simms Thompson, PC | Tuskegee | AL | rstpc@aol.com |
| John | C. | Thornton | Andrews & Thornton | Newport Beach | CA | jct@andrewsthornton.com |
| Michelle | | Tiger | Greitzer and Locks | Philadelphia | PA | mtiger@greitzerlocks.com |
| Chris | | Tisi | Ashcraft & Gerel | Washington | DC | cvtisi@aol.com |
| Dianne | G. | Vervaeke | Domengeaux Wright Roy Edwards | Lafayette | LA | dianev@wrightroy.com |
| Margaret | | Walker | Saunders, Walker & Coleman, P.A. | Pinellas Park | FL | mwalker7@tampabay.rr.com |
| S. | Micholle | Walker | Silvestri & Massicot | New Orleans | LA | mw@silmas.com |
| Elizabeth | | Wall | Seeger & Weiss L.L.P. | Newark | NJ | ewall@seegerweiss.com |
| Leila | H. | Watson | Cory, Watson, Crowder, & Degaris, P.C. | Birmingham | AL | lwatson@cwcd.com |
| Phillip | O. | Watts | Watts & Watts | Oklahoma City | OK | wattslawoffices@coxinet.net |
| Lee | | Weiss | Milberg, Weiss, Bershad, Hynes, & Lerach L.L.P. | New York | NY | law@mwbhlny.com |
| John | H | Westover | Attorney at Law | Phoenix | AZ | jwestoveratty@qwest.net |
| Joe | | Whatley | Whatley Drake, L.L.C. | Birmingham | AL | jwhatley@whatleydrake.com |
| Daniel | E. | Wherry | Mattson Ricketts Law Firm | Lincoln | NE | dew@mattsonricketts.com |
| J. | Stewart | White | Law Offices of White & Meany | Reno | NV | jswhite@whiteandmeany.com |

| W. | Paul | Wilkins | LeBlanc Maples & Waddell | Baton Rouge | LA | pwilkins@lw-law.net |
|---|---|---|---|---|---|---|
| Michael | L. | Williams | Williams, Daily, O'Leary, Craine, & Love, P.C. | Portland | OR | mwilliams@wdolaw.com |
| Martin | | Willoughby | Frazer Davidson | Jackson | MS | mwilloughby@frazerdavidson.com |
| Bob | F. | Wright | Domengeaux Wright Roy Edwards | Lafayette | LA | bobw@wrightroy.com |
| Sortirios | B. | Yanakakis | Ashcraft & Gerel | Washington | DC | syanakakis@dc.ashcraftlaw.com |
| Charles | S. | Zimmerman | Zimmerman Reed | Minneapolis | MN | csz@zimmreed.com |