01-MD-01407-EXH D1-5

# Classification of Subtype of Acute Ischemic Stroke

## Definitions for Use in a Multicenter Clinical Trial

Harold P. Adams Jr., MD; Birgitte H. Bendixen, PhD, MD; L. Jaap Kappelle, MD;
José Biller, MD; Betsy B. Love, MD; David Lee Gordon, MD;
E. Eugene Marsh III, MD; and the TOAST Investigators

***Background and Purpose:*** **The etiology of ischemic stroke affects prognosis, outcome, and management. Trials of therapies for patients with acute stroke should include measurements of responses as influenced by subtype of ischemic stroke. A system for categorization of subtypes of ischemic stroke mainly based on etiology has been developed for the Trial of Org 10172 in Acute Stroke Treatment (TOAST).**

***Methods:*** **A classification of subtypes was prepared using clinical features and the results of ancillary diagnostic studies. "Possible" and "probable" diagnoses can be made based on the physician's certainty of diagnosis. The usefulness and interrater agreement of the classification were tested by two neurologists who had not participated in the writing of the criteria. The neurologists independently used the TOAST classification system in their bedside evaluation of 20 patients, first based only on clinical features and then after reviewing the results of diagnostic tests.**

***Results:*** **The TOAST classification denotes five subtypes of ischemic stroke: 1) large-artery atherosclerosis, 2) cardioembolism, 3) small-vessel occlusion, 4) stroke of other determined etiology, and 5) stroke of undetermined etiology. Using this rating system, interphysician agreement was very high. The two physicians disagreed in only one patient. They were both able to reach a specific etiologic diagnosis in 11 patients, whereas the cause of stroke was not determined in nine.**

***Conclusions:*** **The TOAST stroke subtype classification system is easy to use and has good interobserver agreement. This system should allow investigators to report responses to treatment among important subgroups of patients with ischemic stroke. Clinical trials testing treatments for acute ischemic stroke should include similar methods to diagnose subtypes of stroke. (*Stroke* 1993;24:35–41)**

**Key Words • cerebral ischemia • clinical trials • classification**

Categorization of subtypes of ischemic stroke has had considerable study, but definitions are hard to formulate and their application for diagnosis in an individual patient is often problematic. In the past, classifications have been based primarily on risk factor profiles, clinical features of the stroke, and the findings on brain imaging studies (computed tomography [CT] or magnetic resonance imaging [MRI]).[1] Yet, clinical and brain imaging features overlap and are not specific for any particular subtype of ischemic stroke.

Bamford et al[2] recently reported that outcomes and likelihood of recurrent stroke differed markedly by stroke subtype; large hemispheric infarcts, usually resulting from occlusion of the internal carotid artery or proximal middle cerebral artery, had the worst prognosis. These investigators classified the strokes based on clinical features that forecasted the size and site of the ischemic lesion, but they did not consider the potential etiology of the stroke. Other investigators have noted that the etiology of stroke does influence prognosis. Sacco et al[3] noted that mortality was higher among patients with large-artery atherosclerotic lesions than among patients with lacunes. Recurrent strokes are more likely among patients with cardioembolic stroke than among patients with stroke of other causes.[4,5] The 1-month mortality after cardioembolic stroke is also higher than that with strokes of other etiologies.[6,7]

Determining the cause of stroke does influence choices for management. Carotid endarterectomy is of proven usefulness in preventing recurrent stroke in patients with large-artery stenosis, as are aspirin and ticlopidine in patients with small-artery occlusive disease or lesser degrees of large-artery stenosis.[8–10] Clinical trials of these modalities have specifically excluded patients with cardioembolic stroke, but no separate analyses were performed on patients with large-vessel or small-vessel disease. Anticoagulants[11] or even cardiac surgery may be prescribed to prevent recurrent cardio-

The centers and investigators in TOAST are listed in the appendix.

Presented in part at the Second World Stroke Congress, Washington, DC, September 1992.

Funded by grants NIH-NINDS-RO1-NS27863 and NIH-NINDS-RO1-NS27960.

This paper has been approved by the TOAST Publications Committee.

Address for correspondence: Harold P. Adams Jr., MD, Division of Cerebrovascular Diseases, Department of Neurology, 200 Hawkins Drive, University of Iowa, Iowa City, IA 52242-1053.

Received August 3, 1992; final revision received September 21, 1992; accepted September 21, 1992.

TABLE 1. TOAST Classification of Subtypes of Acute Ischemic Stroke

| |
|---|
| Large-artery atherosclerosis (embolus/thrombosis)* |
| Cardioembolism (high-risk/medium-risk)* |
| Small-vessel occlusion (lacune)* |
| Stroke of other determined etiology* |
| Stroke of undetermined etiology |
| a. Two or more causes identified |
| b. Negative evaluation |
| c. Incomplete evaluation |

TOAST, Trial of Org 10172 in Acute Stroke Treatment.
*Possible or probable depending on results of ancillary studies.

embolic stroke. Therefore, investigators in clinical trials testing responses to acute treatment for ischemic stroke should distinguish and analyze responses by stroke subtype. Because most clinical trials involve the collaboration of several institutions, investigators should strive for uniformity in diagnosis. A stroke subtype classification that is unambiguous, practical, and easy to apply to every patient is important.

The current approach to stroke care is to institute treatment as rapidly as possible. As a result, in many instances the decision to begin treatment is made before an extensive, time-consuming evaluation for a likely etiology can be completed. Thus, a diagnosis of presumed subtype of ischemic stroke that is initially based on clinical features is needed. However, diagnosing stroke subtype based only on clinical findings is quite difficult. A determination can be confirmed later when the results of a laboratory evaluation are available. Therefore, a diagnostic system that can be used both at the time of initial assessment and initiation of treatment and then again after studies have been completed would be an attribute for a stroke treatment trial. This procedure has not been extensively used in the existing classifications of stroke subtypes.[2,7,12–17]

For the Trial of Org 10172 in Acute Stroke Treatment (TOAST), a placebo-controlled, randomized, blinded study of the low-molecular-weight heparinoid given to patients within 24 hours after stroke, we developed a system for diagnosis of subtype of ischemic stroke that uses components of existing diagnostic schemes. We then tested the ease of use of this algorithm and attached definitions. Two neurologists who had not participated in the preparation of the TOAST diagnostic system independently used it in diagnosing subtype of ischemic stroke. Interrater agreement was then measured. This report describes the methodology for diagnosing stroke subtype using the TOAST system and presents the results of bedside testing.

## TOAST Subtype Classification System

The TOAST classification system includes five categories: 1) large-artery atherosclerosis, 2) cardioembolism, 3) small-artery occlusion (lacune), 4) stroke of other determined etiology, and 5) stroke of undetermined etiology (Table 1). Diagnoses are based on clinical features and on data collected by tests such as brain imaging (CT/MRI), cardiac imaging (echocardiography, etc.), duplex imaging of extracranial arteries, arteriography, and laboratory assessments for a prothrombotic state.

The physician can apply the clinical and imaging findings when first assessing the patient and then consider the results of other diagnostic tests later. An important part of the classification is the ability of the physician to categorize a specific subtype diagnosis as probable or possible based on the degree of certainty. A "probable" diagnosis is made if the clinical findings, neuroimaging data, and results of diagnostic studies are consistent with one subtype and other etiologies have been excluded. A "possible" diagnosis is made when the clinical findings and neuroimaging data suggest a specific subtype but other studies are not done. Because many patients will have a limited number of diagnostic tests, the probable and possible subcategorizations allow the physician to make as precise a subgroup diagnosis as can be achieved.

*Large-artery atherosclerosis.* These patients will have clinical and brain imaging findings of either significant (>50%) stenosis or occlusion of a major brain artery or branch cortical artery, presumably due to atherosclerosis (Table 2). Clinical findings include those of cerebral cortical impairment (aphasia, neglect, restricted motor involvement, etc.) or brain stem or cerebellar dysfunction. A history of intermittent claudication, transient ischemic attacks (TIAs) in the same vascular territory, a carotid bruit, or diminished pulses helps support the clinical diagnosis. Cortical or cerebellar lesions and brain stem or subcortical hemispheric infarcts greater than 1.5 cm in diameter on CT or MRI are considered to be of potential large-artery atherosclerotic origin. Supportive evidence by duplex imaging or arteriography of a stenosis of greater than 50% of an appropriate intracranial or extracranial artery is needed. Diagnostic studies should exclude potential sources of cardiogenic embolism. The diagnosis of stroke secondary to large-artery atherosclerosis cannot be made if duplex or arteriographic studies are normal or show only minimal changes.

*Cardioembolism.* This category includes patients with arterial occlusions presumably due to an embolus arising in the heart (Table 2). Cardiac sources are divided into high-risk and medium-risk groups based on the evidence of their relative propensities for embolism[16] (Table 3). At least one cardiac source for an embolus must be identified for a possible or probable diagnosis of cardioembolic stroke. Clinical and brain imaging findings are similar to those described for large-artery atherosclerosis. Evidence of a previous TIA or stroke in more than one vascular territory or systemic embolism supports a clinical diagnosis of cardiogenic stroke. Potential large-artery atherosclerotic sources of thrombosis or embolism should be eliminated. A stroke in a patient with a medium-risk cardiac source of embolism and no other cause of stroke is classified as a possible cardioembolic stroke.

*Small-artery occlusion (lacune).* This category includes patients whose strokes are often labeled as lacunar infarcts in other classifications[18] (Table 2). The patient should have one of the traditional clinical lacunar syndromes and should not have evidence of cerebral cortical dysfunction. A history of diabetes mellitus or hypertension supports the clinical diagnosis. The patient should also have a normal CT/MRI examination or a relevant brain stem or subcortical hemispheric lesion with a diameter of less than 1.5 cm demonstrated.

TABLE 2. Features of TOAST Classification of Subtypes of Ischemic Stroke

| Features | Subtype: Large-artery atherosclerosis | Cardioembolism | Small-artery occlusion (lacune) | Other cause |
|---|---|---|---|---|
| Clinical | | | | |
| Cortical or cerebellar dysfunction | + | + | − | +/− |
| Lacunar syndrome | − | − | + | +/− |
| Imaging | | | | |
| Cortical, cerebellar, brain stem, or subcortical infarct >1.5 cm | + | + | − | +/− |
| Subcortical or brain stem infarct <1.5 cm | − | − | +/− | +/− |
| Tests | | | | |
| Stenosis of extracranial internal carotid artery | + | − | − | − |
| Cardiac source of emboli | − | + | − | − |
| Other abnormality on tests | − | − | − | + |

TOAST, Trial of Org 10172 in Acute Stroke Treatment.

Potential cardiac sources for embolism should be absent, and evaluation of the large extracranial arteries should not demonstrate a stenosis of greater than 50% in an ipsilateral artery.

*Acute stroke of other determined etiology.* This category includes patients with rare causes of stroke, such as nonatherosclerotic vasculopathies, hypercoagulable states, or hematologic disorders. Patients in this group should have clinical and CT or MRI findings of an acute ischemic stroke, regardless of the size or location. Diagnostic studies such as blood tests or arteriography should reveal one of these unusual causes of stroke. Cardiac sources of embolism and large-artery atherosclerosis should be excluded by other studies.

*Stroke of undetermined etiology.* In several instances, the cause of a stroke cannot be determined with any degree of confidence. Some patients will have no likely etiology determined despite an extensive evaluation. In others, no cause is found but the evaluation was cursory. This category also includes patients with two or more potential causes of stroke so that the physician is unable to make a final diagnosis. For example, a patient with a medium-risk cardiac source of embolism who also has another possible cause of stroke identified would be classified as having a stroke of undetermined etiology. Other examples would be a patient who has atrial fibrillation and an ipsilateral stenosis of 50%, or the patient with a traditional lacunar syndrome and an ipsilateral carotid stenosis of 50%.

TABLE 3. TOAST Classification of High- and Medium-Risk Sources of Cardioembolism

| |
|---|
| High-risk sources |
| Mechanical prosthetic valve |
| Mitral stenosis with atrial fibrillation |
| Atrial fibrillation (other than lone atrial fibrillation) |
| Left atrial/atrial appendage thrombus |
| Sick sinus syndrome |
| Recent myocardial infarction (<4 weeks) |
| Left ventricular thrombus |
| Dilated cardiomyopathy |
| Akinetic left ventricular segment |
| Atrial myxoma |
| Infective endocarditis |
| Medium-risk sources |
| Mitral valve prolapse |
| Mitral annulus calcification |
| Mitral stenosis without atrial fibrillation |
| Left atrial turbulence (smoke) |
| Atrial septal aneurysm |
| Patent foramen ovale |
| Atrial flutter |
| Lone atrial fibrillation |
| Bioprosthetic cardiac valve |
| Nonbacterial thrombotic endocarditis |
| Congestive heart failure |
| Hypokinetic left ventricular segment |
| Myocardial infarction (>4 weeks, <6 months) |

TOAST, Trial of Org 10172 in Acute Stroke Treatment.

## Testing the TOAST Classification

Twenty patients with acute ischemic stroke who were admitted to the University of Iowa Hospitals and Clinics were independently assessed by two physicians who had not participated in the authorship of the system of subtype diagnosis. Before examination of the patients, the physicians agreed to apply the rules of the classification system strictly without any exceptions.

The two physicians agreed in their final diagnosis of subtype of ischemic stroke in 19 of 20 patients (Table 4). In the only patient assessed differently, one physician diagnosed sick sinus syndrome as a cardioembolic cause of the stroke while the other diagnosed the stroke as being of undetermined etiology.

A diagnosis of stroke of undetermined etiology was made in one young woman who had a stroke within 1 week after childbirth because a prothrombotic state was suspected but could not be confirmed by laboratory studies. Two potential causes of stroke were found in a man with a pure motor hemiparesis secondary to a small

TABLE 4. Interphysician Agreement in Stroke Subtype Using TOAST Classification

| | Diagnosis based on clinical/neuroimaging features | | Diagnosis also using results of ancillary studies | |
|---|---|---|---|---|
| | Observer | | Observer | |
| Case | 1 | 2 | 1 | 2 |
| 1 | C | C | C | C |
| 2 | C | C | C | C |
| 3 | C | C | C | C |
| 4 | C | C | C | C |
| 5 | S | U | S | S |
| 6 | S | S | S | S |
| 7 | S | S | S | S |
| 8 | L | L | L | L |
| 9 | L | L | L | L |
| 10 | S | S | L | L |
| 11 | L | L | U | U |
| 12 | O | O | U | U |
| 13 | C | C | U | U |
| 14 | U | U | U | U |
| 15 | U | U | U | U |
| 16 | C | C | C | U |
| 17 | U | U | U | U |
| 18 | L | L | U | U |
| 19 | C | C | U | U |
| 20 | U | U | L | L |

TOAST, Trial of Org 10172 in Acute Stroke Treatment; C, cardioembolism; S, small-artery occlusion; L, large-artery atherosclerosis; O, stroke of other determined etiology; U, stroke of undetermined etiology.

infarct in the internal capsule and a left ventricular thrombus detected on echocardiography. This patient was classified as having a stroke of undetermined etiology because the findings were compatible with two different conditions. Seven other patients were classified as having strokes of undetermined etiology because ancillary tests did not demonstrate a likely etiology. In two of these patients a cardiogenic cause was suspected, and in two large-vessel atherosclerosis was suspected based on clinical and imaging features.

Both physicians changed their initial diagnosis, which was based on clinical examination and neuroimaging, in seven patients when the results of ancillary studies were taken into account.

## Discussion

Physicians usually intuitively determine the subtypes of ischemic stroke based on clinical features and the results of diagnostic studies. While this nonstandardized approach may be acceptable for clinical practice, a clinical trial should strive for uniform diagnoses to obtain greater interphysician consistency. The features must be applied studywide for results to gain acceptance, but they must also be easy to use and sufficiently pragmatic that physicians in other situations can also use them. The TOAST classification system is straightforward and follows a logical progression. It is clinically relevant and can supplement other independent assessments, including the severity of neurological deficits. Our data also demonstrate a high degree of interrater agreement in stroke subtype diagnosis when physicians apply the TOAST diagnostic system to individual cases.

While the TOAST classification notes the presence or absence of risk factors, the onset and course of the stroke, and the nature of the neurological findings, diagnoses are strongly influenced by the results of diagnostic tests. The results of ancillary studies are stressed because many clinical phenomena are nonspecific for stroke subtype. In the Stroke Data Bank, this approach has proved useful.[13,14] The two investigators in this study had to change their initial diagnosis in about one third of the patients when the results of ancillary studies became available. Because most etiologic diagnoses in stroke are not based on pathological confirmation and are thus presumptive, investigators are allowed to express their certainty by classifying the likelihood of diagnosis as probable or possible. This is an important attribute of the TOAST classification system because it permits more careful scrutiny of those cases in whom the diagnosis is uncertain and may help any adjudication process. Any categorization of subtypes of ischemic stroke contains some mixture of patients with similar but not identical brain injuries or vascular pathologies. It also includes some degree of inflexibility, a feature that is in common with any system of grouping patients; for example, a physician cannot diagnose cardioembolism in a patient who has a suggestive history when the diagnostic studies do not substantiate the presence of heart disease.

Based on the experiences of several large single-center or multicenter demographic studies, the most common causes of stroke are large-artery atherosclerosis, cardioembolism, and small-artery occlusion.[7,12,19] Because these are the three largest groupings of ischemic stroke and because the prognoses of patients in these divisions differ, examining responses to acute treatment in these groups is clinically important. Researchers of the Harvard Cooperative Stroke Registry merged patients with artery-to-artery embolism (atheroembolic stroke) and those with embolism secondary to heart disease into a single category.[12] This combination was based on a clinical course that was presumably suggestive of embolism, regardless of etiology. We elected to distinguish patients with embolism secondary to heart disease from those who have symptomatic large-artery atherosclerosis. Instead, we are uniting patients with cerebral embolism secondary to extracranial or intracranial atherosclerosis with those who have local thrombosis superimposed on atherosclerosis. This decision is supported by the shared risk factor and clinical profiles and the compatible results of diagnostic studies. The short-term and long-term prognoses and treatment of patients with embolism or thrombosis secondary to atherosclerotic cerebrovascular disease are also akin.[19] Finally, it is almost impossible to determine with any degree of certainty if a stroke in a patient with severe large-artery atherosclerosis is solely due to thrombosis or if there is also an element of embolism.

The contingent of patients with cardioembolic stroke is separated from other groups because their short-term and long-term prognoses differ. In addition, their responses to treatment with an antithrombotic drug may be distinct and of clinical interest. While the likelihood of embolism is high among patients with infective

endocarditis and recent myocardial infarction, heart diseases such as lone atrial fibrillation, mitral valve prolapse, or a bioprosthetic valve are accompanied by a much lower risk. Cardiac lesions such as an atrial septal aneurysm, a dilated left atrial appendage, or a patent foramen ovale are often detected by transesophageal or contrast echocardiography, but the cause-and-effect relation of these abnormalities with stroke is not established. For these reasons, we divided the cardiac lesions into high-risk and medium-risk groups and require that those patients with medium-risk cardiac conditions have studies to exclude other causes of stroke before the diagnosis of cardioembolism is made. This strict approach should increase the precision of the diagnosis of cardioembolic stroke.

Small lacunar infarcts in the deep regions of the brain are usually the result of occlusion of small penetrating arteries and usually cause rather specific clinical syndromes.[20] Because the short-term prognosis of these patients is very good, investigators may be tempted to exclude these patients from a clinical trial. However, the risk factor profile and some of the clinical symptoms of the lacunar syndromes overlap with those of large-artery atherosclerosis, and barring patients with lacunar stroke will be problematic. Small lacunar infarcts have to be distinguished from subcortical infarcts as the result of embolism to or occlusion of large intracerebral arteries, which are mostly at least 1.5 cm in diameter. We are restricting the diagnosis of small-vessel occlusion to those patients with one of the traditional lacunar syndromes who have a lesion smaller than 1.5 cm in diameter.

A clinical trial such as TOAST will recruit a small number of patients with stroke of other etiologies. With the exception of patients with familial hypercoagulable disorders or known multisystem diseases such as vasculitis, the presentation of these uncommon causes of stroke is often nonspecific and admission of these patients into a clinical trial is likely. Management of these patients often differs from that of patients with the more common causes of stroke, and thus their responses should be reported separately. Conversely, the number of patients with any one of these less common causes of stroke will be insufficient to reach any specific noteworthy conclusions, and thus, they cannot be analyzed separately.

Other investigators have noted problems in achieving agreement among physicians.[21-24] Even after the results of diagnostic tests were considered, the neurologists in this study were unable to discern the cause of ischemic stroke in nine of 20 patients. Many of these patients presumably had atherosclerotic disease but did not have confirmatory laboratory evidence, which is supported by the finding that the prognosis of patients with stroke of an unknown etiology is similar to that of patients with stroke secondary to large-artery atherosclerosis.[25] We are including the category of stroke of undetermined etiology so that we can analyze responses to treatment in this very important group.

In this system, a specific subtype diagnosis cannot be made for patients with suggestive historical or physical evidence who do not have confirmatory findings on diagnostic testing. While such a requirement may lessen sensitivity and increase the number of cases of stroke of undetermined etiology, it will increase specificity and lessen the likelihood of misclassification of patients in the other categories. Allowance of exceptions in a classification such as ours, which is used by several different investigators at different institutions, would result in less reliable overall assessment. We prefer uniformity with obvious reasons for each rating and accept misclassification in a minority of cases, rather than allow each physician the opportunity to make individual diagnoses. In addition, the diagnosis of stroke of undetermined etiology may prompt more careful review and possible adjudication for a cause of stroke based on historical or clinical features.

A large number of diagnostic studies are needed to use the TOAST classification system effectively; this is a potential problem. We are aware of the costs of this action, but the great increase in interobserver agreement when diagnostic tests are involved justifies this approach in a clinical trial. Conversely, we cannot require that all patients have all diagnostic tests; there may be contraindications for specific studies or the treating physician may opt not to perform the test. To compensate for this situation, the TOAST system allows for a "possible" stroke subtype diagnosis. In patients who do not participate in a clinical trial, diagnostic studies should be performed on an individual basis.[26] The success of any categorization depends on the compliance of the reporting physicians. Investigators must adhere to the definitions for diagnosis and avoid subjective judgments for the data to be meaningful. We obtained very good interobserver agreement. The two physicians followed the rules of the classification very strictly and, as a result, agreement was much higher than that reported in other studies using different systems of stroke subtype diagnosis.[21-24] However, inconsistencies in diagnosis among collaborating physicians will still need to be monitored, and an adjudication process should be used to finalize any uncertain or contested stroke subtype diagnoses. We propose that a system for subtype diagnosis, such as the one we are using, be applied in future clinical trials that recruit patients with acute ischemic stroke.

## Appendix

### TOAST Research Group

*TOAST Participating Clinical Centers*

*Boston University School of Medicine, Boston, Mass.* Carlos S. Kase, MD (principal investigator [PI]); Philip A. Wolf, MD, and Viken L. Babikian, MD (coinvestigators [Co-I]); Eloise E. Licata-Gehr, RN, MS, and Nancy Allen, RN (study coordinators [SC]).

*Yale University School of Medicine, New Haven, Conn.* Lawrence M. Brass, MD (PI); Pierre B. Fayad, MD (Co-I); Frank J. Pavalkis, PA (SC).

*Mt. Sinai Medical Center, New York, N.Y.* Jesse M. Weinberger, MD (PI); Stanley Tuhrim, MD, Stephen H. Rudolph, MD, and Deborah R. Horowitz, MD (Co-I); Aliza Bitton, MS (SC).

*Columbia-Presbyterian Medical Center, New York, N.Y.* J.P. Mohr, MD (PI); Ralph L. Sacco, MD (Co-I); Madgie Clavijo (SC).

*Montefiore Medical Center, Bronx, N.Y.* Daniel M. Rosenbaum, MD (PI); Steven Allen Sparr, MD, and Paul Katz, MD (Co-I); Emelia Klonowski (SC).

*SUNY Health Sciences Center, Syracuse, N.Y.* Antonio Culebras, MD (PI); Guy Carey, MD, and Nidsa I. Martir, MD (Co-I); Carole Ficarra (SC).

*Medical University of South Carolina, Charleston, S.C.* Edward L. Hogan, MD (PI); Timothy Carter, MD, and Paul Gurecki, MD (Co-I); Bonnie K. Muntz, BSN, RN, CNRN (SC).

*St. Paul Ramsey Medical Center, St. Paul, Minn.* Manuel Ramirez-Lassepas, MD (PI); John W. Tulloch, MD, Mario R. Quinones, MD, Mario Mendez, MD, Suming Zhang, MD, and Tom Ala, MD (Co-I); Kathleen C. Johnston (SC).

*Hennepin County Medical Center, Minneapolis, Minn.* David C. Anderson, MD (PI); Ronald Michael Tarrel, DO, Martha A. Nance, MD, and Scott R. Budlie, MD (Co-I); Mary Dierich (SC).

*University of Illinois Medical Center, Chicago, Ill.* Cathy M. Helgason, MD (PI); Daniel B. Hier, MD, Rita A. Shapiro, MD, and Steven Brint, MD (Co-I); Julie Hoff, RN (SC).

*Marshfield Clinic, Marshfield, Wis.* Percy N. Karanjia, MD, MRCP (PI); Kenneth P. Madden, MD, Kevin H. Ruggles, MD, Susan F. Mickel, MD, Paul G. Gottschalk, MD, Phiroze I. Hansotia, MD, Rodney W. Sorenson, MD, Daniel M. Jacobson, MD, and Bradley C. Hiner, MD (Co-I); Kathy Manel (SC).

*Rush–Presbyterian–St. Luke's Medical Center, Chicago, Ill.* Philip B. Gorelick, MD, MPH (PI); Barry Riskin, MD, Daniel Mirza, MD, Michael Kelly, MD, Armita Bijari, MD, and Joav Kofman, MD (Co-I); Winnie C. Dollear, RN, MPH (SC).

*St. Louis University Medical Center, St. Louis, Mo.* Camilo R. Gomez, MD (PI); Mark D. Malkoff, MD, Ghazala Riaz, MD, John G. Schmidt, MD, and Maheen M. Malik, MD (Co-I); Gerry Banet, RN, MSN (SC).

*University of Missouri Health Sciences Center, Columbia, Mo.* John A. Byer, MD (PI); Edgardo Gamboa, MD, and Mark Stacy, MD (Co-I); Anne Bonnett (SC).

*Rhode Island Hospital, Providence, R.I.* Edward Feldmann, MD (PI); Janet Lee Wilterdink, MD (Co-I); Lynn Ricks, BSN (SC).

*Albuquerque VA Medical Center, Albuquerque, N.M.* Askiel Bruno, MD (PI); Elizabeth Lakind, PhD, MD, Douglas R. Jeffrey Jr., MD, E. Kenneth Mladinich, MD, Molly King, MD, and John E. Chapin, MD (Co-I); Shelley Carter, RN (SC).

*University of Southern California School of Medicine, Los Angeles, Calif.* Mark Fisher, MD (PI); Sebastian Ameriso, MD, and Richard F. Macko, MD (Co-I); Aldana Martin, HT, HTL (SC).

*University of California–San Diego Medical Center, San Diego, Calif.* John F. Rothrock, MD (PI); Patrick D. Lyden, MD, and Mark L. Brody, MD (Co-I); Nancy M. Kelly, BSN (SC).

*Oregon Health Sciences University, Portland, Ore.* Bruce M. Coull, MD (PI); Dennis P. Briley, MD, and Wayne M. Clark, MD (Co-I); Tim Austin, BS, and Patricia L. de Garmo, ANP (SC).

*University of Iowa Hospitals and Clinics, Iowa City, Iowa.* Harold P. Adams Jr., MD (PI); Eric Dyken, MD, Ergun Yasar Uc, MD, Birgitte Bendixen, PhD, MD, Joanne Wojcieszek, MD, and Jaap Kappelle, MD (Co-I); Vicki Mitchell, RN (SC).

*Northwestern University Medical School, Chicago, Ill.* José Biller, MD (PI); Jeffrey Frank, MD, and Jeffrey L. Saver, MD (Co-I); Linda Chadwick, RN (SC).

*Beth Israel Hospital, Boston, Mass.* Chaim I. Mayman, MD (PI); Steven Warach, MD (Co-I); Maria L. Tijerina (SC).

*Maimonides Medical Center, Brooklyn, N.Y.* Aaron Miller, MD (PI); Marshall Keilson, MD, and Ellen Drexler, MD (Co-I); Linda Morgante (SC).

*Wichita Institute for Clinical Research, Inc., Wichita, Kan.* Mark A. Mandelbaum, MD (PI); Rizwan Hassan, MD, Dilawer H. Abbas, MD, and Calvin G. Olmstead, MD (Co-I); Le Sedlacek, RN, MN (SC).

*The University of Mississippi Medical Center, Jackson, Miss.* David Lee Gordon, MD (PI); Jenifer Dendinger, RN (SC).

*Iowa Methodist Medical Center, Des Moines, Iowa.* Betsy B. Love, MD (PI); Lynn K. Struck, MD (Co-I); Cathy Mueller (SC).

### Clinical Coordinating Center

*University of Iowa Hospitals and Clinics, Iowa City, Iowa.* Harold P. Adams Jr., MD (Project Director); Birgitte H. Bendixen, PhD, MD (Medical Monitor); Karla Grimsman, RN (Center Coordinator); Marta Heffner, RN (Coordinator); John Olson, MD, PhD, and Beverly Pennell (Central Laboratory); Kris Johnson (Central Pharmacy); Steven H. Cornell, MD (Central Radiology); Vanessa Krumbholz (Financial Administrative Assistant); Carol Zalesky (Secretary).

### Data Management Center

*University of Iowa, Iowa City, Iowa.* Robert F. Woolson, PhD (Director); William R. Clarke, PhD (Associate Director); Patricia A. Wasek, BA (Center Coordinator); Jeffery A. Dieleman, BA (Systems Coordinator); Jay M. Paulsen, BS, and John P. Boreen, BS (Programmers); Martha F. Jones, MA, and Barbara Robb, BA (Research Assistants); Kathy M. Hicklin (Secretary).

### Committees

*Advisory Committee:* Mark Dyken, MD, Ralph Frankowski, PhD, Charles Greenberg, MD, Laurence Harker, MD, and Jack Whisnant, MD (Members); Harold P. Adams Jr., MD, and Robert F. Woolson, PhD (Members Ex-officio).

*Operations Committee:* Harold P. Adams Jr., MD, Robert F. Woolson, PhD, William R. Clarke, PhD, Carlos S. Kase, MD, Camilo R. Gomez, MD, John A. Byer, MD, Edward Feldmann, MD, and John F. Rothrock, MD (Members).

*Adjudication Panel:* Bruce M. Coull, MD, Philip P. Gorelick, MD, Percy Karanjia, MD, and Manuel Ramirez-Lassepas, MD (Members); Thomas Brott, MD, and E. Clarke Haley Jr., MD (Consultants); Mark L. Dyken, MD (Final Adjudicator).

*In-House Safety Committee:* Robert B. Wallace, MD, Robert F. Woolson, PhD, Richard W. Fincham, MD, and Thomas C. Kisker, MD (Members).

*NIH Safety and Monitoring Committee:* John Marler, MD (Chairman); H. James Day, MD (Hematologist); Catherine Detre, PhD (Statistician); James Grotta, MD, and William Longstreth, MD (Neurologists).

## References

1. Weisberg LA: Diagnostic classification of stroke, especially lacunes. *Stroke* 1988;19:1071–1073
2. Bamford J, Sandercock P, Dennis M, Burn J, Warlow C: Classification and natural history of clinical subtypes of cerebral infarction. *Lancet* 1991;337:1521–1526
3. Sacco SE, Whisnant JP, Broderick JP, Philips SJ, O'Fallon WM: Epidemiological characteristics of lacunar infarcts in a population. *Stroke* 1991;22:1236–1241
4. Koller RL: Recurrent embolic cerebral infarction and anticoagulation. *Neurology* 1982;32:283–285
5. Sage JI, van Uitert RL: Risk of recurrent stroke in atrial fibrillation and nonvalvular heart disease. *Stroke* 1983;14:668–676
6. Caplan LR, Hier DB, D'Cruz I: Cerebral embolism in the Michael Reese Stroke Registry. *Stroke* 1983;14:530–536
7. Bogousslavsky J, Van Melle G, Regli F: The Lausanne Stroke Registry: Analysis of 1,000 consecutive patients with first stroke. *Stroke* 1988;19:1083–1092
8. NASCET Collaborators: Beneficial effect of carotid endarterectomy in symptomatic patients with high grade carotid stenosis. *N Engl J Med* 1991;325:445–453
9. Antiplatelet Trialists' Collaboration: Secondary prevention of vascular disease by prolonged anti-platelet therapy. *BMJ* 1988;296:320–321
10. Gent M, Blakeley JA, Easton JD, Ellis DJ, Hachinski VC, Harbison JW, Panak E, Roberts RS, Sicurella J, Turpie AGG, and the CATS Group: The Canadian-American Ticlopidine Study (CATS) in thromboembolic stroke. *Lancet* 1989;1:1215–1220
11. Marsh EE III, Adams HP Jr, Biller J, Wasek P, Banwart K, Mitchell V, Woolson R: Use of antithrombotic drugs in the treatment of acute ischemic stroke: A survey of neurologists in practice in the United States. *Neurology* 1989;39:1631–1634
12. Mohr JP, Caplan LR, Melski JW, Goldstein R, Duncan GW, Kistler JP, Pessin MS, Bleich HL: The Harvard Cooperative

Stroke Registry: A prospective registry. *Neurology* 1978;28:754–762

13. Kunitz SC, Gross CR, Heyman A, Kase CS, Mohr JP, Price TR, Wolf PA: The Pilot Stroke Data Bank: Definitions, design and data. *Stroke* 1984;15:740–746
14. Gross CR, Kase CA, Mohr JP, Cunningham SC, Baker WE: Stroke in south Alabama: Incidence and diagnostic features. A population based study. *Stroke* 1984;15:249–255
15. Spitzer K, Becker V, Thie A, Kunze K: The Hamburg Stroke Data Bank: Goals, design and preliminary results. *J Neurol* 1989;236:139–144
16. Goldstein M, Barnett HJM, Orgogozo JM, Sartorius N, Symon L, Vereshchagin NV: Stroke–1989: Recommendations on stroke prevention, diagnosis, and therapy. Report of the WHO Task Force on Stroke and Other Cerebrovascular Disorders. *Stroke* 1989;20:1407–1431
17. Whisnant JP, Basford JR, Bernstein EF, Cooper ES, Dyken ML, Easton JD, Little JR, Marler JR, Millikan CH, Petito CK, Price TR, Raichle ME, Robertson JT, Thiele B, Walker MD, Zimmerman RA: Classification of cerebrovascular diseases III. *Stroke* 1990;21:637–676
18. Bamford J, Sandercock P, Jones L, Warlow C: The natural history of lacunar infarction: The Oxfordshire Community Stroke Project. *Stroke* 1987;18:545–551
19. Sacco RL, Ellenberg JH, Mohr JP, Tatemichi TK, Hier DB, Price TR, Wolf PA: Infarcts of undetermined cause: The NINCDS Stroke Data Bank. *Ann Neurol* 1989;25:382–390
20. Boiten J, Lodder J: Lacunar infarcts: Pathogenesis and validity of the clinical syndromes. *Stroke* 1991;22:1374–1378
21. Gross CR, Shinar D, Mohr JP, Hier DB, Caplan LR, Price TR, Wolf PA, Kase CS, Fishman IG, Calingo S, Kunitz SC: Interobserver agreement in the diagnosis of stroke type. *Arch Neurol* 1986;43:893–898
22. Shinar D, Gross CR, Mohr JP, Caplan LR, Price TR, Wolf PA, Hier DB, Kase CS, Fishman IG, Wolf CL, Kunitz SC: Interobserver variability in the assessment of neurologic history and examination in the Stroke Data Bank. *Arch Neurol* 1985;42:557–565
23. Kessler C, Freyberger HJ, Dittmann V, Ringelstein EB: Interrater reliability in the assessment of neurovascular diseases. *Cerebrovasc Dis* 1991;1:43–48
24. Longstreth WT, Koepsell TD, van Belle G: Clinical neuroepidemiology. 1. Diagnosis. *Arch Neurol* 1987;44:1091–1099
25. Sacco RL, Foulkes MA, Mohr JP, Wolf PA, Hier DB, Price TR: Determinants of early recurrence of cerebral infarction: The Stroke Data Bank. *Stroke* 1989;20:983–989
26. Donnan GA: Investigation of patients with stroke and transient ischaemic attacks. *Lancet* 1992;339:473–477

# Autoregulation of Cerebral Blood Flow

## Studies During Drug-Induced Hypertension in Normal Subjects and in Patients with Cerebral Vascular Diseases

By Alessandro Agnoli, M.D., Cesare Fieschi, M.D., Luigi Bozzao, M.D., Noè Battistini, M.D., and Massimiliano Prencipe, M.D.

SUMMARY

Autoregulation of cerebral blood flow (constant perfusion despite variations in blood pressure) was studied in 15 control subjects and in 24 patients with cerebral vascular lesions. Thirteen patients were studied within the first 2 days of an episode of cerebral ischemia ("acute" group); 11 were studied from 15 days to several months after an ischemic episode ("chronic" group). Measurements of regional cerebral blood flow (rCBF) were made by recording extracranially in four to six locations the clearance of $^{85}Kr$ dissolved in saline and injected into the internal carotid artery. Blood flow values were calculated with a digital computer, using a compartmental analysis of the clearance curves. After measuring rCBF in the resting state, the blood pressure was increased by 30 to 40 mm Hg by the intravenous infusion of angiotensin amide (Hypertensin, Ciba). While the blood pressure was kept constant at the new level, a second series of measurements was made. Autoregulation was present in all normal subjects: no significant differences were found in average or compartmental flow rates between values obtained at normal and at hypertensive levels of blood pressure.

Loss of autoregulation was demonstrated in 10 of 13 patients of the "acute" group and in two of 11 patients of the "chronic" group. These data support previous observations that autoregulation is impaired during the first few days after an ischemic episode. The three patients of the "acute" group with a preserved autoregulatory response to hypertension had only transient ischemic attacks. In each of the other subjects of this group loss of autoregulation was found in one to three different regions of the brain. Our results suggest that regional loss of autoregulation is found frequently near the periphery of the ischemic brain. Impairment of autoregulation is one of the types of derangement of cerebral circulation that occurs after an ischemic episode.

*Additional Indexing Words:*
Cerebral circulation · Cerebral vascular lesions · Regional cerebral blood flow
Clearance of $^{85}Kr$ · Ischemic focus

THE FIRST DEMONSTRATION of an intrinsic regulation of cerebral blood vessels to changes in systemic blood pressure was reported by Fog.[1,2] He observed the surface vessels of the brain through a cranial window and found that an increase in blood pressure was followed by vasoconstriction, while a decrease in pressure was followed by vasodilatation.

Autoregulation can be defined as "the intrinsic tendency of an organ to maintain constant blood flow despite changes in arterial perfusion pressure."[3]

Fog's results are the first evidence of autoregulation in the cerebral circulation.[4-6] Since then autoregulation has been shown in animals,[7-11] and in man during chronic changes in arterial blood pressure such as those of essential hypertension and toxemia of preg-

From the Department of Neurology and Psychiatry, School of Medicine, University of Genova, Genova, Italy.

Work was supported by Consiglio Nazionale delle Richerche (Contratto n. 115. 1156).



Circulation 1968 38(4): 800-12.

Case 2:01-md-01407-BJR Document 1442 Filed 02/10/03 Page 11 of 44


nancy with hypertension,[13-16] during drug-induced acute hypertension or hypotension,[17-22] and during nonpharmacological acute hypertension or hypotension.[23-27]

With hypotension, autoregulation has been observed both in normal human subjects and in patients with cerebral vascular diseases, at levels of mean arterial blood pressure above a threshold of 60 to 70 mm Hg. However, in hypertensive patients a decrease in arterial pressure to 120 mm Hg, or of 30% of base value, is at times sufficient to produce a decrease in cerebral blood flow (CBF).[23] It has also been shown that autoregulation is not an immediate phenomenon, as it occurs only 30 sec to 3 to 4 min after a change in perfusion pressure.[7, 11, 28]

A constant cerebral perfusion rate is also maintained during increases[29, 30] or decreases [30, 31] in cerebral venous pressure, and during increases in cerebral spinal fluid pressure.[32-35] In these experimental conditions, cerebrovascular resistance varies inversely to venous or spinal fluid pressure so that blood flow remains constant despite a decrease in perfusion pressure of the brain to levels as low as 35 to 40 mm Hg. Conflicting results have been reported,[36] suggesting that the relationship between CBF and intracranial pressure is in part dependent upon the rapidity of the increase of intracranial pressure.

The data just summarized indicate that autoregulation is a general property of cerebral vessels, which is of considerable importance to the maintenance of a normal supply of oxygen to the brain. Autoregulation is easily impaired by different kinds of disturbing factors such as brain damage from direct trauma, anoxia, prolonged anesthesia, or hypercapnia.[7-9, 37] Studies of patients with cerebral vascular lesions have shown that in some cases autoregulation is lost for the first few days after a major ischemic cerebral infarct.[18, 38, 39]

In this paper we are reporting our experience in investigations of patients with cerebral vascular lesions studied at different times after an ischemic episode, and in investigations of a group of control subjects. Blood flow was measured in several regions of the brain by recording the clearance of a radioactive inert gas[40, 41] during the resting state and during the intravenous infusion of angiotensin amide.

We shall show that: (1) autoregulation is present in normal subjects and in patients with cerebrovascular disease 15 days or longer after an ischemic episode and (2) autoregulation is lost in regions of the brain in most patients with cerebrovascular disease for at least 2 days after an ischemic episode.

## Methods

The control group consisted of 15 normotensive subjects with various neurological disorders (for example, multiple sclerosis and polyneuritis) or

Table 1

*Changes of Regional Cerebral Blood Flow in Fifteen Control Subjects During Hypertension*

| Mean age of 15 subjects | Regions* | Mean flow (ml/100 g/min)† Base | Change during hypertension | Mean change of mean arterial blood pressure (mm Hg) |
|---|---|---|---|---|
| | F | 48.00 ± 8.90 | +0.75 | |
| | R | 47.95 ± 6.86 | +0.30 | |
| 43.5 | P | 44.01 ± 6.53 | +0.50 | +34.7 (min +21; max +50) |
| | T | 47.75 ± 8.48 | −0.16 | |
| | M | 39.32 ± 5.82 | −0.10 | |

*F = prefrontal; R = parietal; P = prerolandic; T = temporal; M = median.
†Mean values are expressed as mean ± standard deviation.

Table

*Clinical Data and Effects of Angiotensin Amide in Eleven Patients with Nonacute Cerebrovascular Lesions*

| Case (no.) | Age (yr) | Interval from stroke to rCBF study (days) | Clinical status |
|---|---|---|---|
| 1 | 43 | 160 | Five mo before study: slight left hemiparesis with hemianopia. At th time of study only hemianopia was present. Left brachial angiography show kinking of vertebral artery. EEG: normal |
| 2 | 65 | 25 | Right hemiparesis. EEG (same day): slow waves 3-5 cps in left T region. Le carotid angiography showed severe cerebral atherosclerosis |
| 3 | 66 | 15 | Left hemiparesis. EEG: normal. Right carotid angiography: kinking of th artery. Moderate atherosclerosis |
| 4 | 44 | 105 | Left hemiparesis. EEG: normal. Right carotid angiography: kinking and loopin of the artery in the neck |
| 5 | 63 | 20 | Right hemiplegia. EEG: slow waves 2-3 cps from the left hemisphere. Le carotid angiography: severe atherosclerosis of the cerebral and the neck vessels |
| 6 | 52 | 30 | Right hemiplegia with anesthesia. EEG: slow waves 3-5 cps in T left. Le carotid angiography: severe cerebral atherosclerosis |
| 7‡ | 65 | 180 | Transient aphasia and right hemiparesis. EEG: slow waves 5-7 cps in T lef Left carotid angiography: kinking and looping of the artery; moderate ather sclerosis |
| 8 | 57 | 60 | Left hemiparesis. EEG: normal. Right carotid angiography: moderate ather sclerosis |
| 9 | 62 | 20 | Left hemiplegia and anesthesia. EEG: slow waves 1-3 cps in T-P right. Righ carotid angiography: right middle cerebral thrombosis |
| 10 | 55 | 1 yr | Right hemiparesis. EEG: normal |
| 11 | 44 | 15 | Left hemiplegia in subject with Morgagni-Adams-Stokes syndrome. EEG: slow waves 3-5 cps in T right. Right carotid angiography: moderate atherosclerosi Widening of the middle cerebral artery branches |

*Autoregulation is considered lost when rCBF increase is ≅ 7.0 ml/100 g/min.
†Vol%. ‡Cases 7 to 11 are studied in only 2 regions.

psychoneurosis. The ages of the subjects ranged from 23 to 59 years, with a mean of 43.5 years (table 1).

The group of patients with cerebral vascular disease included 24 subjects with focal lesions: 20 with ischemic infarcts, three with focal transient ischemic episodes, and one with a primary intracerebral hemorrhage. All patients were normotensive; patients with hypertension were excluded from the study.

Thirteen patients were studied within the first 2 days of an ischemic episode ("acute" cases), and 11 were studied 15 days to several months after an ischemic episode ("chronic" cases). The ages of the subjects and clinical data are given in tables 2, 3, and 4.

#### Measurement of rCBF and Production of Hypertension

Measurements of regional cerebral blood flow (rCBF) were made by recording extracranially the clearance of $^{85}Kr$ from the brain, as described previously.[40, 41] Without premedication, local analgesia of the skin of the neck was produced by infiltration with 1% lidocaine (Xylocaine Astra).

The common carotid artery was punctured with

| .gion | Regional cerebral blood flow (ml/100 g/min) Mean flow | Change | Average flow (ml/100 g·min) Base | Change | $Pa_{CO_2}$ (mm Hg) Base | Change | Mean arterial blood pressure (mm Hg) Base | Change |
|---|---|---|---|---|---|---|---|---|
| F | 40.6 | +13.7* | 44.2 | +8.1 | — | — | 90 | +45 |
| R | 46.2 | + 4.2 | | | | | | |
| T | 50.9 | + 8.9* | | | | | | |
| M | 39.3 | + 5.9 | | | | | | |
| F | 27.0 | + 3.1 | 30.8 | +2.0 | 51.4† | −7.5 | 80 | +53 |
| P | 33.6 | + 2.0 | | | | | | |
| T | 27.4 | + 0.7 | | | | | | |
| M | 35.3 | + 2.3 | | | | | | |
| F | 42.5 | + 1.2 | 35.4 | +0.7 | 32 | +2 | 108 | +48 |
| R | 35.6 | + 1.1 | | | | | | |
| P | 39.0 | − 2.1 | | | | | | |
| T | 29.8 | + 2.4 | | | | | | |
| M | 30.0 | + 0.9 | | | | | | |
| R | 51.8 | + 6.3 | 44.6 | +7.6 | 31 | +4 | 110 | +30 |
| T | 56.2 | + 4.9 | | | | | | |
| O | 36.0 | + 8.2* | | | | | | |
| M | 34.6 | +11.3* | | | | | | |
| F | 30.3 | + 6.7 | 29.8 | +5.5 | — | — | 89 | +14 |
| R | 29.6 | + 5.0 | | | | | | |
| T | 29.5 | + 4.8 | | | | | | |
| | | | 25.1 | −0.2 | 37.6† | +3.8 | 97 | +30 |
| | | | 31.4 | +0.9 | — | — | 83 | +20 |
| | | | 36.7 | −3.4 | — | — | 143 | +37 |
| | | | 19.7 | +1.9 | 46.8† | −2.4 | 92 | +28 |
| | | | 33.2 | −1.8 | — | — | 103 | +17 |
| | | | 28.4 | +4.2 | — | — | 88 | +35 |

n 18-gauge thin-wall needle, and a polyethylene atheter was directed into the internal carotid rtery. In the studies reported herein, four to ix radiation detection probes were used. Probes vere placed over the prefrontal (F), prerolandic R), parietal (P), occipital (O), or temporal T), regions of the brain on the side of the vas-ular lesion or ischemic attack, and over the nedian (M) region on the opposite side. Blood low values were calculated with a general pur-pose digital computer and compartmental analysis of the clearance curves.[12]

During each study, arterial blood pressure was recorded repeatedly. Arterial blood samples were drawn and immediately analyzed for pH, $P_{CO_2}$, and $P_{O_2}$ (Combi-analyzator with Radiometer electrodes). Venous blood was drawn for determination of the hematocrit.

After rCBF measurements were made during the resting state, arterial hypertension was produced by the intravenous infusion of angiotensin amide (Hypertensin, Ciba). A dose of approximately 40 μg/min raised the mean arterial blood pressure 30 to 40 mm Hg above the resting level. Arterial pressure was kept at this new level for at least 5 min before a second set of rCBF measurements was made. No subject felt any discomfort at the higher level of blood pressure, which was maintained easily during the entire period required for the measurements.

Case 2:01-md-01407-BJR Document 1442 Filed 02/10/03 Page 14 of 44



Table

*Clinical, Angiographic and Electroencephalographic Data on Thirteen Patients with Acute Stroke*

| Case (no.) | Age (yr) | Interval from stroke to CBF study (days) | Neurological examination | State of consciousness |
|---|---|---|---|---|
| 1 | 74 | 0 | Right hemiparesis and aphasia; marked improvement | Normal |
| 2 | 67 | 0 | Transient right hemiparesis | Drowsy |
| 3 | 81 | 1 | Transient right hemiparesis | Normal |
| 4 | 63 | 1 | Right hemiparesis; discrete improvement | Normal |
| 5 | 67 | 1 | Right hemiparesis and aphasia; discrete improvement | Drowsy |
| 6 | 67 | 2 | Left hemiplegia; death in 25th day | Drowsy |
| 7 | 64 | 2 | Right hemiplegia and aphasia; discrete improvement | Drowsy |
| 8 | 43 | 2 | Transient right hemiparesis | Normal |
| 9* | 53 | 2 | Right hemiparesis and aphasia; marked improvement | Normal |
| 10 | 65 | 1 | Right hemiparesis and aphasia; death in 8th day | Normal |
| 11 | 67 | 1 | Left hemiplegia and hemianopia; death in 16th day | Normal |
| 12 | 72 | 2 | Right hemiparesis and aphasia; death in 4th day | Drowsy |
| 13 | 58 | 2 | Bilateral hemiparesis; softening of the pons; death in 9th day | Drowsy |

*The clinical diagnosis was cerebral hemorrhage in the frontal lobe.




Figure 1

*Changes of regional cerebral blood flow (rCBF) during induced hypertension. On the abscissa are values of rCBF in the resting state, and on the ordinate are values of rCBF during a 30 to 40 mm Hg increase of mean arterial blood pressure. The identity line and confidence limits of the normal response to hypertension (± 2 SD) are drawn. Twenty of 64 regions examined in "acute" cases and four of 26 regions examined in "chronic" cases are above the upper line, indicating loss of autoregulation.*

### Statistical Evaluation of Data

We know of no reports of serial measurements of rCBF in patients with low rates of blood flow; therefore, we used the standard deviation of the rCBF values obtained from our control group to determine the range of experimental error to be expected from the technique. Calculation of the standard deviation of the differences between the two consecutive rCBF measurements in our subjects indicates that normally 95.5% (± 2 SD) of the changes of rCBF in response to angiotensin amide would fall within a range of ± 6.98 ml/100 g/min of the resting value. Therefore, we used a change in rCBF exceeding this value (that is, ≥ 7 ml/100 g/min) as indicative of an abnormal response to angiotensin amide: a loss of autoregulation.

### Results

Table 1 summarizes the results obtained in studies on the control group. In this group

| Angiography | Electroencephalography |
|---|---|
| vere cerebral atherosclerosis | Normal |
| loderate atherosclerosis; looping of the left internal carotid tery | Slow waves, 5-6 cps, over the left hemisphere, more marked in T region |
| vere atherosclerosis—stenosis of the pericallosal artery | Slow waves, 2-4 cps, over left T region |
| loderate atherosclerosis | Slow waves, 3-5 cps, over left T region |
| vere cerebral atherosclerosis; marked shift of the anterior rebral artery | Slow waves, 1-3 cps, over left F and T regions |
| vascularized area in suprasilvian region; Early filling of deep ins | Slow waves, 1-3 cps, over left hemisphere more in F and T regions |
| enosis of the middle cerebral artery | Slow waves, 2-4 cps, over left T region |
| vere atherosclerosis | Normal |
| vere cerebral atherosclerosis; widening of internal carotid ifurcation; shift of anterior cerebral artery | Slow waves, 1-3 cps, over left T region |
| vere cerebral atherosclerosis | Slow waves, 1-3 cps, over left T region |
| hrombosis of middle cerebral artery | Slow waves, 1-3 cps, over right T region |
| vere cerebral atherosclerosis | Slow waves, 1-3 cps over both hemispheres |
| loderate cerebral atherosclerosis; kinking of the internal carod artery | Normal |

the average increase of mean arterial blood pressure produced by angiotensin amide was 34.7 mm Hg. The variations in $Pa_{CO_2}$ were between ± 1.5 mm Hg. Mean values for rCBF before and during hypertension were almost identical. Mean increase during hypertension was 0.26 ml/100 g/min. Flow rates and relative weights of the fast and slow compartments also were practically unchanged.

In patients with cerebral vascular disease (tables 2 to 4), we observed slight variations of flow in both the fast and slow compartments, with little increase in weight of the fast compartment. Mean increases in rCBF in patients with cerebral vascular disease were 4.44 ml/100 g/min in the "acute" group and 2.95 ml/100 g/min in the "chronic" group. Analysis with the *t* test for coupled data showed that the difference from the control group was statistically significant in both instances ($P < 0.001$).

RCBF was measured in 90 regions on 24 patients; impairment of autoregulation, manifested by an increase in rCBF during hypertension, exceeding the 2 SD limit of the normal range ($\geq 7$ ml/100 g/min), was found in 24 regions (26.6%) (figs. 1 and 2).

### Relation to the Time Elapsed from the Stroke

It is apparent from figures 1 and 2 that autoregulation of rCBF was impaired in a greater number of regions measured in patients with acute cerebral vascular lesions than in "chronic" cases. Ten of 13 patients studied within 48 hours of a stroke showed a regional loss of autoregulation, but only two of 11 patients studied later, in a nonacute stage, showed an increase of rCBF exceeding 7 ml/100 g/min during hypertension.

The two patients (cases 1 and 4, table 2) have been studied 105 and 160 days after the onset of symptoms. These findings might indicate that loss of autoregulation can be present for a long time after a stroke.

Before accepting this evidence, however, we should rule out other factors, such as a change in $P_{CO_2}$.

$P_{CO_2}$ values were available in only one of these two cases. They showed an increase of 4 mm Hg during angiotensin infusion. Therefore, the apparent loss of autoregulation in these two patients may not be genuine, and the existence of this persistent derangement in some chronic cases needs further proof.

Table 4
*Effects of Intravenous Infusion of Angiotensin Amide on Thirteen Patients with Acute Stroke*

| Case (no.) | Region | Regional cerebral blood flow‡ (ml/100 g/min) Mean flow Base | Mean flow Change | Flow gray Base | Flow gray Change | Weight gray Base | Weight gray Change | Mean arterial blood pressure (mm Hg) Base | Mean arterial blood pressure (mm Hg) Change | $Pa_{CO_2}$ (mm Hg) Base | $Pa_{CO_2}$ (mm Hg) Change |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | F | 24.8 | +11.2* | 53.0 | +24.8 | 14.1 | + 8.8 | 90 | +57 | 41 | −3 |
| | R | 24.6 | + 6.0 | 54.5 | + 7.4 | 25.8 | + 3.7 | | | | |
| | P | 24.9 | + 7.3* | 52.9 | + 3.4 | 29.5 | + 2.2 | | | | |
| | M | 25.8 | + 5.9 | 46.9 | +29.2 | 33.3 | −13.4 | | | | |
| 2 | F | 37.6 | − 6.0 | 65.6 | −15.9 | 33.8 | +10.6 | 103 | +35 | 43.6† | +1 |
| | P | 27.3 | − 1.5 | 44.2 | − 6.9 | 38.7 | − 9.1 | | | | |
| | T | 28.5 | − 4.9 | 58.0 | − 7.6 | 22.5 | + 2.9 | | | | |
| | M | 34.4 | − 3.1 | 56.5 | − 3.3 | 42.2 | + 7.0 | | | | |
| 3 | F | 32.6 | − 2.9 | 70.0 | −24.9 | 17.7 | +30.0 | 96 | +44 | 46 | +0.5 |
| | R | 32.1 | + 3.5 | 55.2 | + 5.9 | 28.6 | + 5.1 | | | | |
| | P | 35.6 | − 3.0 | 75.4 | − 6.4 | 20.7 | + 0.5 | | | | |
| | T | 31.4 | − 1.5 | 64.4 | −16.9 | 7.8 | +30.8 | | | | |
| | O | 30.2 | + 1.4 | 81.1 | −31.5 | 9.2 | +25.7 | | | | |
| | M | 29.0 | + 5.1 | 48.9 | + 5.9 | 28.4 | + 5.7 | | | | |
| 4 | F | 35.9 | + 8.4* | 54.4 | +17.2 | 50.3 | −13.3 | 110 | +30 | 41 | −4 |
| | R | 36.6 | + 2.7 | 59.6 | + 1.1 | 37.0 | + 9.4 | | | | |
| | P | 35.1 | + 8.3* | 53.4 | +17.8 | 49.0 | + 8.2 | | | | |
| | T | 38.1 | + 0.7 | 59.3 | − 5.0 | 34.1 | +17.5 | | | | |
| | M | 37.8 | + 6.0 | 63.9 | +14.0 | 39.5 | + 0.2 | | | | |
| 5 | F | 20.0 | + 7.1* | 38.7 | +16.0 | 30.5 | − 0.4 | 112 | +22 | 49 | +2 |
| | R | 27.2 | + 9.9* | 62.1 | +12.6 | 24.8 | + 4.6 | | | | |
| | P | 26.9 | + 8.9* | 45.9 | +13.5 | 39.4 | + 3.3 | | | | |
| | T | 23.9 | + 6.1 | 44.8 | + 2.3 | 26.7 | +15.4 | | | | |
| | M | 26.1 | + 2.0 | 42.4 | +13.4 | 42.7 | −13.2 | | | | |
| 6 | F | 28.1 | + 0.8 | 62.3 | − 8.5 | 24.7 | +12.1 | 75 | +51 | 35 | −1 |
| | R | 33.4 | +14.6* | 54.2 | +17.5 | 30.5 | +20.9 | | | | |
| | P | 23.9 | + 2.9 | 54.7 | −10.0 | 19.5 | +21.6 | | | | |
| | T | 52.0 | + 6.9 | 103.7 | + 8.7 | 32.6 | + 5.1 | | | | |
| | O | 30.0 | +15.4* | 55.3 | +50.6 | 32.5 | −11.0 | | | | |
| | M | 39.0 | + 5.4 | 93.1 | − 4.3 | 25.0 | + 9.4 | | | | |
| 7 | R | 27.0 | + 5.8 | 36.5 | +12.0 | 55.3 | −12.3 | 97 | +43 | 34 | −2 |
| | P | 22.0 | + 5.3 | 35.4 | + 5.6 | 47.8 | + 6.6 | | | | |
| | T | 41.7 | + 8.9* | 123.0 | +14.0 | 16.3 | +11.5 | | | | |
| | M | 26.4 | +10.0* | 42.0 | +30.3 | 40.8 | − 5.8 | | | | |
| 8 | R | 22.3 | − 1.9 | 34.2 | − 5.4 | 49.0 | + 5.1 | 105 | +27 | 41 | −3 |
| | P | 22.0 | − 0.8 | 35.7 | − 4.3 | 41.4 | + 8.9 | | | | |
| | T | 24.1 | − 3.6 | 47.5 | − 9.5 | 23.1 | + 9.4 | | | | |
| | O | 19.0 | + 5.7 | 36.2 | + 4.0 | 36.8 | + 1.6 | | | | |
| | M | 18.1 | + 3.3 | 28.7 | +12.3 | 52.0 | −22.4 | | | | |
| 9 | F | 27.6 | + 1.7 | 46.5 | + 1.5 | 39.3 | − 4.3 | 95 | +47 | 43 | +0.5 |
| | R | 29.6 | + 7.2* | 63.3 | +24.1 | 27.7 | − 7.1 | | | | |
| | P | 32.5 | +16.6* | 83.5 | +37.8 | 20.5 | + 4.6 | | | | |
| | T | 33.1 | + 1.5 | 67.5 | − 3.8 | 24.4 | + 3.5 | | | | |
| | O | 26.3 | + 9.2* | 45.7 | +10.7 | 27.1 | − 1.6 | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | F | 26.4 | +12.6* | 65.7 | +12.1 | 15.0 | +12.4 | 73 | +52 | 38 | +0.5 |
| | R | 26.4 | − 4.1 | 49.8 | +12.1 | 17.7 | + 0.8 | | | | |
| | P | 25.8 | + 3.6 | 47.9 | +12.8 | 21.4 | − 1.8 | | | | |
| | T | 32.5 | +16.8* | 67.1 | +17.9 | 23.3 | +16.6 | | | | |
| | M | 22.9 | + 6.3 | 55.4 | +11.7 | 13.7 | +12.7 | | | | |
| 11 | F | 24.5 | + 4.2 | 45.0 | − 5.5 | 25.6 | +31.5 | 113 | +29 | 39 | −2 |
| | R | 34.5 | + 5.3 | 116.7 | −24.5 | 13.5 | + 9.4 | | | | |
| | P | 24.8 | +13.1* | 56.2 | + 5.9 | 20.1 | + 6.6 | | | | |
| | T | 23.8 | + 1.5 | 49.0 | +12.4 | 17.0 | − 0.1 | | | | |
| 12 | F | 22.4 | + 7.6* | 52.5 | − 4.5 | 21.9 | +14.0 | 103 | +20 | 26 | −2 |
| | R | 20.6 | + 4.6 | 52.9 | −10.6 | 22.7 | +22.0 | | | | |
| | P | 25.8 | + 6.3 | 66.5 | − 6.9 | 22.4 | +13.3 | | | | |
| | T | 31.5 | + 3.1 | 74.4 | −11.1 | 23.3 | +13.8 | | | | |
| | O | 28.0 | + 7.0* | 56.2 | −13.9 | 27.7 | − 2.9 | | | | |
| 13 | F | 47.7 | + 6.4 | 73.5 | + 5.8 | 41.3 | + 0.1 | 93 | +30 | 40 | +0 |
| | R | 35.5 | + 5.0 | 49.8 | + 9.8 | 60.2 | −12.0 | | | | |
| | P | *46.4* | − 3.2 | 86.6 | −21.2 | 26.0 | +26.7 | | | | |
| | T | 41.4 | + 3.7 | 59.9 | −23.4 | 54.0 | −15.3 | | | | |
| | O | 42.7 | − 4.9 | 86.7 | −16.0 | 27.0 | − 3.0 | | | | |
| | M | 30.6 | + 8.7* | 56.1 | +30.6 | 38.2 | −13.9 | | | | |

*Autoregulation is considered lost when rCBF increase is ≧ 7.0 ml/100 g/min.

†Vol%.

‡*Flow* gray = clearance rate of the fast component of the clearance curve, times the partition coefficient for $^{85}$Kr in the gray matter.

Weight gray = proportion of the fast flow compartment represented in the region explored.

Mean flow = weighted average of flow rates of the fast and the slow compartment.

Italics indicate regions with "luxury perfusion."

**Relation to Clinical Features of the Stroke and the Site of the Lesion**

Analysis of the clinical findings in the "acute" group showed that all three patients with preserved autoregulation (cases 2, 3, and 8, tables 3 and 4) had transient ischemic attacks. The other 10 patients, who had impairment of autoregulation, had definite brain softening.

Autoregulation never was lost in all regions examined. On the contrary, autoregulation was lost in only one region in two cases, in two regions in six cases, and in three regions in two cases. When autoregulation was lost in two regions, they were never adjacent to one another; in only one of the cases with three regions affected were the regions close together.

From these facts the question arises as to whether impairment of autoregulation occurs in the ischemic area or in adjacent areas. On the basis of clinical, angiographic, and scintigraphic data it is possible, in certain cases, despite absence of anatomic control, to determine approximately the ischemic area. In three cases there was a direct correspondence between regions with loss of autoregulation and the presumed ischemic areas (figs. 3 and 4). In the other seven cases the nonautoregulated regions appeared to surround the ischemic area (table 4, figs. 3 to 5).

**Other Observations**

In patients studied within 48 hours of the onset of a vascular lesion, loss of autoregulation occurred both when rCBF was as low as 22.4 ml/100 g/min and as high as 41.7 ml/100 g/min (fig. 1).

Three of our patients (cases 6, 7, and 13, tables 3 and 4) had a "luxury perfusion syndrome."[31, 42] During hypertension, in case 7, there was loss of autoregulation (rCBF




Figure 2

*Response of rCBF to hypertension in patients with cerebral vascular lesions. Points above the upper line indicate regions where autoregulation was lost (increase of rCBF ≤ 7 ml/100 g/min). In the first few days after the stroke a greater number of regions had lost autoregulation.*




| | BASE | ANGIOT. |
|---|---|---|
| MABP | 112 | 134 |
| $ApCO_2$ | 49 | 51 |

Figure 3

*Case 5. Loss of autoregulation in and around a focal area of ischemia. Numbers indicate rCBF in the resting state and the change (in ml/100 g/min) during induced hypertension. From the clinical, electroencephalographic, and scintigraphic data (fig. 4), the ischemic focus can be located in the frontal region. Loss of autoregulation was found in the frontal, rolandic, and the parietal regions.*



Figure 4

*Case 5. Scintigraphy with $99m_{Tc}$ 32 days after a stroke. Arrows indicate the approximate site of the lesion.*

increase of 8.9 ml/100 g/min), but in cases 6 and 13 the change in rCBF in the region with "luxury perfusion" was just below the limit chosen for loss of autoregulation (6.98 ml/100 g/min).

### Discussion

In earlier studies[35] we observed that intracarotid infusion of angiotensin amide in a dose of 4 $\mu$g/min does not affect regional cerebral blood flow (rCBF). This dose also *has no effect on systemic arterial pressure.* The concentration of angiotensin reached in the cerebral vessels with this dose is of the same order as that when 40 $\mu$g of the drug is infused intravenously per minute. Thus, we may assume that under the experimental conditions used in this study, no direct effect of the drug on cerebral vessels is present and that the observed changes in cerebrovascular resistance give evidence of an autoregulatory response.

The results of this study indicate, therefore, a regional loss of autoregulation in the acute




| | BASE | ANGIOT |
|---|---|---|
| MABP | 110 | 140 |
| $ApCO_2$ | 41 | 37 |

Figure 5

*Case 4. Loss of autoregulation in the areas surrounding an ischemic focus. From the clinical and electroencephalographic data the ischemic focus can be approximately located in the temporal and rolandic regions. Loss of autoregulation was observed in frontal and parietal regions.*

phase of a stroke. This may be due to inability of the cerebral vessels to constrict when perfusion pressure is increased so that their behavior is similar to rigid tubes. Similar findings have been reported previously in patients with cerebrovascular lesions and in experimental anoxia in laboratory animals.[18, 28, 39, 43]

A loss of autoregulation has been observed consistently by us only in patients studied within 48 hours of an acute cerebral ischemic episode.

These findings may have significance for the treatment of patients with acute strokes: an increase of systemic blood pressure and cerebral perfusion pressure may increase rCBF and may be beneficial, as has been suggested previously.[44]

Analysis of regional hemodynamic patterns shows that in only three of 10 cases was a loss of autoregulation clearly confined to an ischemic focus, while in the remaining seven patients this impairment was most likely near the periphery of the infarcted area. These results are consistent with the experimental demonstration that surface arteries and arterioles dilate near the periphery of an ischemic area after middle cerebral artery ligation in cats,[13] and they also fit the hypothesis that acid metabolites (particularly lactic acid) spread from an ischemic area to neighboring areas.[34]

The duration of the impairment of autoregulation is at present unknown. In our view, loss of autoregulation is not necessarily of short duration, despite some recent experimental results.[15] Loss of autoregulation has been observed 8 days after a stroke.[16] However, our data are inadequate for complete analysis of the time pattern of loss of autoregulation, as all acute cases were studied within 48 hours after the stroke.

Loss of autoregulation of cerebral vessels has been observed under experimental conditions other than hypoxia and posthypoxic states, such as cranial trauma[37] and respiratory acidosis.[7-9] A state of vasomotor paralysis is common to these conditions as a consequence of tissue hypoxia or hypercapnia, or both—each of which leads to tissue acidosis. As discussed by Lassen,[37] in these circumstances regional blood flow exceeds the needs of the local tissue for oxygen (luxury perfusion syndrome), and reactive hyperemia of the tissue can be observed by rCBF measurements,[30, 42] by angiography,[46-48] or by visual observation of pial vessels.[43]

In this study we have obtained evidence of loss of autoregulation as well as of reactive hyperemia in the acute posthypoxic period. However, in only three of 64 regions examined in acute cases did we find evidence of marked vasodilatation indicated by an increase of regional blood flow to levels above normal, although a loss of autoregulation was observed in 20 regions. Indeed, significant increases of blood flow during hypertension were noted in numerous areas whose perfusion rates in the resting state were very low (note that the systemic blood pressure of these patients was normal at the time of the study). If the loss of autoregulation is interpreted correctly as a sign of vasomotor paralysis, regional blood flow may be low despite maximal vasodilatation because of a marked regional decrease of perfusion pressure (stenosis), or because of increased vascular resistance due to concomitant brain edema or excessive blood viscosity, or both.[18, 19]

Some inconsistency of results was also noted in two of the three cases in which we found regional reactive hyperemia. In this situation of maximal vasodilatation the cerebral vessels might be considered as tight tubes, flow being governed by Poiseuille's law. If such occurs, the arterial pressure is the actual driving force for the cerebral circulation. In case 7 (table 4), as expected, a loss of autoregulation was demonstrated. Also, in cases 6 and 13 (table 4) some increase of rCBF was noted during hypertension in the area of reactive hyperemia. However, this increase, (6.9 ml/100 g/min and 6.4 ml/100 g/min, respectively) was less than the limit of 7 ml we chose for evidence of loss of autoregulation, while in case 6 in

neighboring areas (where rCBF was at normal levels), larger increases of CBF (+14.6 and +15.4 ml/100 g) were found. This indicates that in the area with reactive hyperemia the cerebral vessels still possessed some ability to constrict in response to an increase of perfusion pressure, despite the evidence of apparent vasomotor paralysis.[50]

## References

1. Fog, M.: Om Piaarteriernes Vasomotriske Reaktioner. Copenhagen, Munksgaard, 1934.
2. Fog, M.: Relationship between blood pressure and tonic regulation of pial arteries. J Neurol Psychiat 1: 187, 1938.
3. Johnson, P. C.: Review of previous studies and current theories of autoregulation. Circulation Research 15 (suppl. I): I-2, 1964.
4. Lassen, N. A.: Autoregulation of cerebral blood flow. Circulation Research 15 (suppl. I): I-201, 1964.
5. Harper, A. M.: Autoregulation of cerebral blood flow: Influence of arterial blood pressure on blood flow through cerebral cortex. J Neurol Neurosurg Psychiat 29: 398, 1966.
6. Agnoli, A., and Bozzao, L.: L'autoregolazione della circolazione cerebrale. Recent Progr Med (Roma). In press.
7. Rapela, C. E., and Green, G. D.: Autoregulation of canine cerebral blood flow. Circulation Research 15 (suppl. I): I-205, 1964.
8. Harper, A. M.: Inter-relationship between $pCO_2$ and blood pressure in regulation of blood flow through cerebral cortex. Acta Neurol Scand (suppl. 14): 94, 1965.
9. Häggendal, E., and Johansson, B.: Effects of arterial carbon dioxide tension and oxygen saturation on cerebral blood flow autoregulation in dogs. Acta Physiol Scand 66 (suppl. 258): 27, 1965.
10. Bozzao, L., Fieschi, C., Agnoli, A., and Nardini, M.: Autoregulation of cerebral blood flow studied in brain of cat. In: Blood Flow Through Organs and Tissues, edited by W. N. Bain and A. M. Harper, London, E. & S. Livingstone, Ltd., 1967.
11. Yoshida, K., Meyer, J. S., Sakamoto, K., and Handa, J.: Autoregulation of cerebral blood flow: Electromagnetic flow measurement during acute hypertension in the monkey. Circulation Research 19: 726, 1966.
12. Hafkenschiel, J. H., Friedland, C. K., and Zintel, H. A.: Blood flow and oxygen consumption of brain in patient with essential hypertension before and after adrenalectomy. J Clin Invest 33: 57, 1954.
13. Kety, S. S., Hafkenschiel, J. H., Jeffers, W. A., Leopold, I. H., and Shenkin, H. A.: Blood flow vascular resistance and oxygen consumption in brain in essential hypertension. J Clin Invest 27: 511, 1948.
14. McCall, M. L.: Cerebral circulation and metabolism in toxemia of pregnancy. Observations on effect of Veratrum viride and Apresoline (1-hydrazinophthalazine). Amer J Obstet Gynec 66: 1015, 1953.
15. Moyer, J. H., Miller, S. I., Tashnek, A. B., Snyder, H., and Bowman, R. O.: Malignant hypertension and hypertensive encephalopathy. Cerebral hemodynamic studies and therapeutic response to continuous infusion of intravenous veriloid. Amer J Med 14: 175, 1953.
16. Lassen, N. A.: Cerebral blood flow and oxygen consumption in man. Physiol Rev 39: 183, 1959.
17. Moyer, J. H., Morris, G., and Snyder, H.: Comparison of cerebral hemodynamic response to aramine and norepinephrine in normotensive and hypotensive subject. Circulation 10: 265, 1954.
18. Fieschi, C., Agnoli, A., Battistini, N., and Bozzao, L.: Autoregulation of cerebral blood flow during drug-induced hypertension in man. Third International Symposium on Cerebral Research, Salzburg, October, 1966.
19. King, B. D., Sokoloff, L., and Wechsler, R. L.: Effects of l-epinephrine and l-norepinephrine upon cerebral circulation and metabolism in man. J Clin Invest 31: 273, 1952.
20. Patterson, J. L., and Warren, J. V.: Mechanism of adjustment of cerebral circulation upon assumption of upright position. J Clin Invest 31: 653, 1952.
21. Kety, S. S., King, B. D., Horvath, S. M., Jeffers, W. A., and Hafkenschiel, J. H.: Effects on acute reduction in blood pressure by means of differential sympathetic block on cerebral circulation of hypertensive patients. J Clin Invest 29: 402, 1950.
22. Hafkenschiel, J. H., and Friedland, C. K.: Effects of l-hydrazinophthalazine on cerebral blood flow, vascular resistance, oxygen uptake, and jugular oxygen tension in hypertensive subjects. J Clin Invest 32: 655, 1953.
23. Finnerty, G. A., Witkin, L., and Fazekas, J. F.: Cerebral hemodynamics during cerebral ischemia induced by acute hypotension. J Clin Invest 33: 1227, 1954.
24. Stone, H. H., MacKrell, T. N., and Wechsler, R. L.: Effect on cerebral circulation and metabolism in man of acute reduction in blood pressure by means of intravenous hexamethonium bromide and headup tilt. Anesthesiology 16: 168, 1955.
25. Bessman, A. N., Alman, R. W., and Fazekas, J. F.: Effects of acute hypotension on cerebral

hemodynamics and metabolism of elderly patients. AMA Arch Intern Med 89: 883, 1952.

26. Moyer, J. H., Morris, G., and Smith, C. P.: Cerebral hemodynamics during controlled hypotension induced by continuous infusion of ganglionic blocking agents (hexamethonium, Pendiomide and Arfonad). J Clin Invest 33: 1081, 1954.

27. Shenkin, H. A., Cabiese, S. F., Gordon, V. D., Noordt, H., Savers, P., and Copperman, R.: Haemodynamic effect of unilateral carotid ligation on cerebral circulation of man. J Neurosurg 8: 38, 1951.

28. Hirsch, N.: Quoted by Schneider, M.: Critical blood pressure in cerebral circulation. *In:* Selective Vulnerability of the Brain in Hypoxaemia, edited by J. P. Schadé and W. H. McMenemey. London, Blackwell Publishers, 1963.

29. Moyer, J. H., Miller, S. T., and Snyder, H.: Effect of increased jugular pressure on cerebral hemodynamics. J Appl Physiol 7: 245, 1954.

30. Jacobson, I., Harper, A. M., and McDowall, D. G.: Relationships between venous pressure and cortical blood flow. Nature 200: 173, 1963.

31. Henry, C. P., Gauer, O. H., Kety, S. S., and Kramer, K.: Factors maintaining cerebral circulation during gravitational stress. J Clin Invest 30: 292, 1951.

32. Kety, S. S., Shenkin, H. A., and Schmidt, C. F.: Effects of increased intracranial pressure on cerebral circulatory functions in man. J Clin Invest 27: 493, 1948.

33. Zwetnow, N.: Experimental studies on effect of changes in intracranial pressure on cerebral circulation and metabolism. Excerpt Med (Int Congress Series) 139: 1967.

34. Nilsson, J.: Influence of induced changes in C.S.F. pressure on cerebral blood flow in dogs. Third International Symposium on Cerebral Circulation Research, Salzburg, October, 1966.

35. Wolff, H. G., and Forbes, H. S.: Cerebral circulation: V. Observations of pial circulation during changes in intracranial pressure. Arch Neurol Psychiat 20: 1035, 1928.

36. Langfitt, T. W., Kassel, N. F., and Weinstein, T. D.: Cerebral blood flow with intracranial hypertension. Neurology 15: 761, 1965.

37. Lassen, N. A.: Luxury perfusion syndrome and its possible relation to acute metabolic acidosis localized within the brain. Lancet 2: 1113, 1966.

38. Agnoli, A., Battistini, N., Bozzao, L., and Fieschi, C.: Drug action on regional cerebral blood flow in cases of acute cerebrovascular involvement. Acta Neurol Scand (suppl. 14): 142, 1965.

39. Hoedt-Rasmussen, K., et al.: Regional cerebral blood flow in acute apoplexy: "Luxury perfusion syndrome" of brain tissue. Arch Neurol (Chicago) 17: 271, 1967.

40. Lassen, N. A., et al.: Regional cerebral blood flow in man determined by Kripton 85. Neurology 13: 719, 1963.

41. Fieschi, C., Agnoli, A., Battistini, N., and Bozzao, L.: Regional cerebral blood flow in patients with brain infarcts. Arch Neurol (Chicago) 15: 653, 1966.

42. Fieschi, C., Agnoli, A., Battistini, N., Bozzao, L., and Prencipe, M.: Derangement of regional cerebral blood flow and of its regulatory mechanisms in acute cerebrovascular lesions. Neurology. In press.

43. Waltz, A. G., and Sundt, T. M.: Microvasculature and microcirculation of cerebral cortex after arterial occlusion. Brain 90: 681, 1967.

44. Agnoli, A., Battistini, N., Bozzao, L., and Fieschi, C.: Dérangement de l'autoregulation dans les foyers ischemiques cérébraux: Possibilités terapeutiques au moyen des medicaments hypertenseurs. Symposium International sur la Circulation Cérébrale. Paris, Sandoz Editeur, 1965, p. 114.

45. Häggendal, E., Löfgren, J., Nilsson, N. J., and Zwetnow, N.: Effects of experimental short term variations in cerebro-spinal fluid pressure on cerebral blood flow in dogs. In press.

46. Cronquist, S., and Laroche, F.: Transitory hyperemia in focal cerebral vascular lesions studied by angiography and regional cerebral blood flow measurements. Brit J Radiol 40: 270, 1967.

47. Fieschi, C.: Iperemia reattiva cerebrale focale nelle lesioni ischemiche (sindrome del "flusso di lusso" di Lassen). Sist Nerv 18: 215, 1966.

48. Taveras, G. J., and Wood, E. H.: Diagnostic neuroradiology. Baltimore, Williams & Wilkins Co., 1964.

49. Betz, E., and Heuser, D.: Cerebral cortical blood flow during changes of acid-base equilibrium of brain. J Appl Physiol 23: 726, 1967.

50. Fieschi, L., Agnoli, A., Prencipe, M., Battistini, N., Bozzao, L., and Nardini, M.: Impairment of regional vasomotor response of cerebral vessels to hypercardia in vascular diseases. European Neurol. In press.

# Antithrombotic Agents in Cerebral Ischemia

Gregory W. Albers, MD

**The choice of antithrombotic agent in cerebral ischemia depends on the pathogenesis: thrombosis, embolism, or hemorrhage. Antiplatelet agents are considered most beneficial in thrombotic stroke, anticoagulants are most effective in cardioembolic stroke; antithrombotic agents are generally contraindicated in hemorrhagic stroke. A meta-analysis of 18 trials documented a 23% reduction in stroke risk with antiplatelet agents; aspirin is typically the antiplatelet agent of choice for stroke prevention. There are no definitive data regarding the optimal aspirin dose for stroke prevention and this issue remains controversial. Ticlopidine is the most effective antiplatelet agent, but its adverse effect profile restricts its use. Anticoagulants are highly effective for preventing cardioembolic stroke, but their effectiveness in non-cardioembolic stroke is uncertain because of lack of trial data. Results of the ongoing Warfarin/Aspirin Recurrent Stroke Study (warfarin [INR 1.8–2.8] vs aspirin [325 mg/day]) may clarify this issue. There is renewed interest in thrombolytics because recent data indicate that reperfusion within a few hours of stroke onset appears to be effective in preventing neuronal damage. In addition, when given within 6 hours of stroke onset, thrombolytics appear to be relatively safe. Several direct thrombin inhibitors are being evaluated. Experimentally, hirudin, hirulog, D-Phe-L-Pro-L-Arg-CH$_2$Cl (PPACK), and argatroban are clearly more effective than heparin in inhibiting platelet deposition and thrombus formation, and also show promise in preventing reocclusion after thrombolysis for both experimental thrombotic and embolic stroke. However, the risk of hemorrhage in patients with cerebrovascular disease is unknown for these agents. New antiplatelet agents, most of which inhibit the platelet IIb/IIIa receptor, have also shown a significant reduction in ischemic complications in experimental thrombosis models.**

**(Am J Cardiol 1995;75:34B–38B)**

Stroke is the leading cause of serious disability in the United States, and accounts for approximately 150,000 deaths each year. In addition, >3 million Americans are stroke survivors. The most promising medications for stroke treatment and prevention are antithrombotic agents. Antiplatelet agents and anticoagulants are effective for stroke prevention in selected high-risk populations. In addition, thrombolytics, direct antithrombins, new highly specific antiplatelet agents, and other recently developed coagulation inhibitors have tremendous potential, not only as stroke preventive agents, but also for treatment of acute stroke.

## PATHOGENESIS OF CEREBRAL ISCHEMIA

The 3 primary stroke subtypes are thrombosis, embolism, and hemorrhage. In many cases it is difficult to determine whether a stroke is caused by thrombosis or artery-to-artery embolism. For these cases, the term thromboembolism is frequently used. Thrombotic stroke, which is the most common, occurs when a fresh thrombus occludes an extracranial (carotid or vertebral) or intracranial blood vessel. Thrombotic stroke is most frequently triggered by local atherosclerosis producing stenosis or ulceration of the arterial lumen. Hypercoagulability or vasculitis are less common causes of thrombotic stroke. Antiplatelet agents are considered to be the most beneficial medications for prevention of thrombotic stroke.

Embolic stroke results when an intracardiac thrombus or an arterial atherosclerotic plaque thrombus embolizes and occludes a cerebral vessel. Embolism from a cardiac source is the most common cause of stroke in patients with atrial fibrillation, recent anterior myocardial infarction, or prosthetic heart valves.[2] Cardiac embolism accounts for approximately 20% of ischemic stroke. Anticoagulants are the most effective therapy for prevention of cardioembolic stroke.

From the Department of Neurology and Neurological Sciences and the Stanford Stroke Center, Stanford University Medical Center, Stanford, California.

Address for reprints: Greg Albers, MD, Stanford Stroke Center, Department of Neurology and Neurological Sciences, Stanford University Medical Center, 701 Welch Road, Suite 325, Palo Alto, California 94304-1704.



Cerebral h
mately 15% o
cerebral hemor
of intracranial
chronic hyper
vascular malf
causes of cereb
als. In general,
dicated in pati

SELECTION OI
When choo
for treatment
both the stroke
cerebrovasc
lytic agent
tered during th
Adjunctive an
antithrombins
tain vessel pa
following thror
tive medication
lize vessels mor
cerebral hemor
For patient
ischemic attac
antiplatelet ag
medications th
for prevention
events. Unfort
vide about a 2
available anti
monitoring and
percentage of
dous potential
botic agents for
ders.

CURRENTLY A
AGENTS FOR
ISCHEMIA
Antiplatele
a critical rol
thrombotic ar
antiplatelet ag
patients at risk
analysis of the
of antiplatelet
TIA or stroke
stroke risk.[3] T
antiplatelet th
regardless of
extensively st
prevention; it

iP

ions in

.38B)

s disability
its for ap-
year.[1] In
roke survi-
for stroke
hrombotic
gulants are
cted high-
tics, direct
intiplatelet
coagulation
not only as
eatment of

EMI
thrombosis.
cases it is
is caused by
n. For these
frequently
most com-
occludes an
ucranial
frequently
ucing steno-
hypercoagu-
n causes of
are consid-
lications for

intracardiac
otic plaque
rebral vessel
ie most com-
atrial fibrilla-
tion, or pros-
accounts for
Anticoagu-
or ention

Cerebral hemorrhage accounts for approximately 15% of all stroke. In elderly individuals, cerebral hemorrhage is typically caused by rupture of intracranial vessels that have been damaged by chronic hypertension. Congenital aneurysms or vascular malformations are the most common causes of cerebral hemorrhage in younger individuals. In general, antithrombotic agents are contraindicated in patients with cerebral hemorrhage.

## SELECTION OF ANTITHROMBOTIC AGENTS

When choosing an antithrombotic medication for treatment of stroke, it is important to consider both the stroke subtype and the time course of the cerebrovascular event. For example, a thrombolytic agent is likely to be effective only if administered during the first few hours after stroke onset. Adjunctive antithrombotic medications such as antithrombins or antiplatelet agents may help maintain vessel patency by preventing rethrombosis following thrombolysis. In addition, these adjunctive medications may allow thrombolytics to recanalize vessels more rapidly; however, the potential for cerebral hemorrhage may be increased.

For patients who have suffered a transient ischemic attack (TIA) or a completed stroke, antiplatelet agents and anticoagulants are the only medications that have been proven to be effective for prevention of subsequent cerebral ischemic events. Unfortunately, antiplatelet agents only provide about a 25% risk reduction, and the currently available anticoagulants require frequent blood monitoring and are contraindicated in a substantial percentage of patients. Therefore, there is tremendous potential for development of new antithrombotic agents for patients with cerebrovascular disorders.

## CURRENTLY AVAILABLE ANTITHROMBOTIC AGENTS FOR TREATMENT OF CEREBRAL ISCHEMIA

**Antiplatelet agents:** Platelet aggregation plays a critical role in the pathophysiology of both thrombotic and embolic stroke, and therefore, antiplatelet agents have been studied extensively in patients at risk for brain ischemia. A recent meta-analysis of the 18 trials that examined the efficacy of antiplatelet therapy for patients with previous TIA or stroke, documented a 23% reduction in stroke risk.[3] The meta-analysis found the benefit of antiplatelet therapy to be remarkably constant regardless of age or sex. Aspirin is the most extensively studied antiplatelet agent for stroke prevention; it has been evaluated in various dosages in at least 10 major trials. Although the highest risk reductions have been obtained in trials that used high aspirin dosages (900–1,300 mg/day) a recent randomized study documented an 18% reduction in stroke or stroke death with a dose of 75 mg of aspirin per day.[4] In addition, the Dutch TIA Trial found no difference between 30 mg/day and 283 mg/day of aspirin.[5] Despite these recent trials, significant controversy still remains regarding the optimal aspirin dosage and additional trials are required to clarify this issue.

The most effective antiplatelet agent currently available for stroke prevention is ticlopidine. In a large and well-designed study, 500 mg per day of ticlopidine was more effective than 1,300 mg per day of aspirin for prevention of stroke in patients with a history of minor stroke or TIA.[6] At the predetermined 3-year endpoint in this study, the ticlopidine group had a 21% reduction in stroke or stroke death compared with the aspirin group. During the first year of therapy, which is the highest risk year for stroke recurrence, the efficacy advantage of ticlopidine was even more substantial. However, despite the greater efficacy of ticlopidine, aspirin continues to be the antiplatelet agent of choice for stroke prevention primarily because of ticlopidine's adverse effect profile. Patients taking ticlopidine have a 1% incidence of significant neutropenia; therefore, routine hematologic monitoring is required during the first 3 months of therapy. In addition, diarrhea and rash occur commonly. Therefore, ticlopidine is most frequently used for patients who are intolerant of aspirin or continue to have cerebral ischemic events while on aspirin therapy.[7]

Dipyridamole is the only other antiplatelet agent that receives significant use for stroke prevention. However, there is no evidence that dipyridamole, either alone or in combination with aspirin, is effective for preventing stroke in patients with TIA or recent stroke.[8]

**Anticoagulants:** Anticoagulants are highly effective for prevention of cardioembolic stroke; however, there is no definitive evidence regarding their efficacy in non-cardioembolic stroke subtypes.[9] Stroke prevention has been documented with anticoagulants in patients with acute myocardial infarction, cardiac valvular disorders, and most recently and convincingly, in atrial fibrillation patients.

Over the last few years, 7 studies of stroke prevention in atrial fibrillation have been published, 6 primary prevention trials[10-15] and 1 secondary prevention study.[16] These trials indicate that anticoagulation therapy provides ≥65–70% reduc-

tion in stroke risk for atrial fibrillation patients. In addition, extremely low rates of intracranial hemorrhage (0.3% per year) or other major hemorrhage (1–2% per year) were documented.[17] The only exception is the Stroke Prevention in Atrial Fibrillation II (SPAF II) trial which found a relatively high rate of intracranial hemorrhage (1.8% per year) in patients > 75 years of age.[15] Three of these 7 trials also randomized patients to aspirin therapy versus a placebo; however, only 1 of the studies (SPAF I) documented significant stroke prevention with aspirin. Studies designed to clarify the efficacy of aspirin in atrial fibrillation patients and to identify low-risk populations that can be safely treated with aspirin are in progress. At present, oral anticoagulation is the treatment of choice for the prevention of cardioembolic stroke.

The role of anticoagulants for prevention of non-cardioembolic stroke remains controversial because of the absence of definitive trials.[8] Despite the lack of data, anticoagulants are often recommended for patients with cerebral ischemia refractory to antiplatelet agents, and for individuals with high-grade intracranial or extracranial stenoses.[18] The efficacy of anticoagulation for prevention of non-cardioembolic stroke may soon be clarified, however, by the ongoing Warfarin/Aspirin Recurrent Stroke Study. This randomized double-blind trial is comparing warfarin (international normalized ratio [INR] 1.8–2.8) to aspirin (325 mg per day) in patients with recent non-cardioembolic stroke.

It is also uncertain if there is a role for immediate anticoagulation of patients with an acute non-cardioembolic stroke. Only 1 modern study has evaluated heparin in this setting.[19] In this study, 212 patients with a partial stable stroke were randomized to treatment with intravenous heparin or a placebo. Neither stroke progression or neurologic improvement was significantly affected by heparin therapy, although the statistical power of the study was relatively low. In general, acute anticoagulation is not recommended for non-cardioembolic stroke although some early clinical trials and case series suggest that patients with progressive neurologic deficits (stroke-in-evolution) may benefit from early anticoagulation. Recently, there has been enthusiasm regarding the use of low-molecular-weight heparins in patients with acute stroke. A randomized, multicenter, placebo-controlled trial is currently evaluating the efficacy of a low-molecular-weight heparinoid (Org 10172) in acute stroke patients.[8]

## INVESTIGATIONAL ANTITHROMBOTIC AGENTS FOR TREATMENT OF CEREBRAL ISCHEMIA

**Thrombolytics:** Over the last few years enthusiasm has reemerged for the use of thrombolytic agents for treatment of acute stroke. Studies of streptokinase in acute stroke, conducted over 30 years ago, failed to reveal beneficial effects. These trials, however, typically enrolled patients up to 72 hours after stroke onset and were conducted before computed tomography was available to exclude patients with intracerebral hemorrhage. Recent advances in understanding of the pathophysiology of ischemic neuronal injury suggest that reperfusion must take place within a few hours of stroke onset in order to be effective.[20] In addition, recent studies have shown relatively low intracerebral hemorrhage rates when thrombolytic therapy is administered within 6 hours of stroke onset.

Several preliminary clinical trials of thrombolytic therapy in acute stroke patients have been completed. Most of the recent trials used intravenous administration of tissue plasminogen activator (tPA). An NIH-sponsored dosage escalation trial documented significant clinical improvement in 50% of 74 patients treated with tPA within 90 minutes of stroke onset.[21] Clinically significant cerebral hemorrhage occurred in only 4% of the patients and no hemorrhages occurred in patients treated with ≤0.85 mg/kg of tPA. In addition, a small, randomized, placebo-controlled study reported improved neurologic outcome in patients receiving tPA within 6 hours of stroke onset. Two large, randomized, placebo-controlled trials of intravenous thrombolytic therapy, as well as recently intiated intra-arterial studies, are in progress in the United States and several are ongoing in other countries. Critical issues to be clarified include the efficacy of thrombolytic therapy, the risk of cerebral hemorrhage, optimal dosage and timing of administration, the risk of rethrombosis, and the role of adjunctive therapy with antithrombotic agents.

**Direct thrombin inhibitors:** The relatively large size of the heparin–antithrombin III complex prevents binding to clot-bound thrombin, thereby limiting heparin's antithrombotic effects. Several direct thrombin inhibitors including hirudin, hirulog, D-Phe-L-Pro-L-Arg-$CH_2Cl$ (PPACK), and argatroban are currently being evaluated. These agents bind directly to thrombin (including clot-bound thrombin), independently of antithrombin III. Direct thrombin inhibitors also interfere with thrombin–platelet binding; therefore, they also have significant antiplatelet effects.[23] In experimen-

tal models
clearly mor
platelet de
addition, th
reocclusion
may signific
when comb
Therefore,
a variety of
effective fo
embolic str
combined wi
ment. Yet t
hemorrhage
tients with c

Currently
antithrombin
case and I
models; how
are encoura
1-hour infus
baboons 15
pared with
treated anim
platelet depo
≥48 hours p
cessive blood
in the PPAC
gest that dire
reduce strok
such as enda
other interve
such as angio
Stanford, the
being evaluate

**New antipl.**
currently avail
for preventing
however, they
reduction. An
ably more pot
available agen
Most of the ne
antagonizing t
ceptor. Platele
binding of fibri
this glycoprotei
on the platelet
tors of GP IIb/I
several monocl
receptor. As wi
no clinical expe
with cerebrova
Phase III stud

AGENTS
HEMIA

:ars enthusi-
hro lytic
. Studies of
ted over 30
al effects.[20]
led patients
l were con-
as available
emorrhage.
the patho-
suggest that
ew hours of
In addition,
w intracere-
ytic therapy
: onset.
f thrombo-
have been
sed intrave-
gen activa-
: escalation
nprovement
A within 90
significant
4% of the
in ' ents
ado... on. a
l study re-
in patients
nset.[22] Two
trials of in-
as recently
progress in
ng in other
ed include
the risk of
nd timing
and
antithrom-

tively large
mplex pro-
n, thereby
ts. Several
udin, hiru-
). and ar-
ed. These
uding clot-
tithrombin
erfere with
the also
experimen-

tal models, the direct thrombin inhibitors are clearly more effective than heparin for inhibition of platelet deposition and thrombus formation.[24] In addition, they also show promise for preventing reocclusion following thrombolytic therapy and may significantly decrease the time to reperfusion when combined with a thrombolytic agent.[25,26] Therefore, these agents may be highly effective for a variety of stroke indications. They are likely to be effective for prevention of both thrombotic and embolic stroke and may also be beneficial when combined with thrombolytics for acute stroke treatment. Yet to be determined is the risk of cerebral hemorrhage associated with these agents in patients with cerebrovascular disease.

Currently, there is no experience with the direct antithrombins in patients with cerebrovascular disease and little data from experimental stroke models; however, preliminary experimental studies are encouraging. For example, in one study a 1-hour infusion of PPACK was administered to baboons 15 minutes after endarterectomy. Compared with heparin-treated controls, PPACK-treated animals had a significant reduction in platelet deposition and thrombus accumulation for ≥48 hours postoperatively.[27] Furthermore, no excessive blood loss into the surgical wound was seen in the PPACK-treated animals. These results suggest that direct antithrombins have the potential to reduce stroke risk following surgical procedures such as endarterectomy, and may be effective for other interventional cerebrovascular procedures such as angioplasty and endovascular stenting. At Stanford, the combination of tPA and hirulog is being evaluated in a rabbit embolic stroke model.[28]

**New antiplatelet agents:** As discussed above, currently available antiplatelet agents are effective for preventing stroke in high risk populations; however, they typically only provide a modest risk reduction. Antiplatelet agents that are considerably more potent and specific than the currently available agents have recently been developed. Most of the new agents inhibit platelet function by antagonizing the platelet glycoprotein IIb/IIIa receptor. Platelet aggregation is dependent upon binding of fibrinogen or von Willebrand factor to this glycoprotein receptor complex which is present on the platelet surface. A variety of peptide inhibitors of GP IIb/IIIa have been developed as well as several monoclonal antibodies to the GP IIb/IIIa receptor. As with the direct antithrombins, there is no clinical experience with these agents in patients with cerebrovascular disease; however, a large Phase III study of a GP IIb/IIIa monoclonal antibody (7E3) has been completed in coronary angioplasty patients.[29] In this study, patients treated with the GP IIb/IIIa antibody had a significant reduction in ischemic complications compared with placebo-treated patients.

Positive results have also been reported in a canine model of carotid artery thrombosis with SK&F106760, a peptide-inhibitor of GP IIb/IIIa.[30] In this model, the GP IIb/IIIa antagonist was able to prevent thrombosis of a stenotic carotid artery and improve cerebral neurophysiologic, hemodynamic, and metabolic parameters compared with aspirin or placebo-treated controls. These encouraging results suggest that new potent platelet antagonists may be more effective than aspirin for treatment of patients with TIAs or cerebral infarction caused by carotid stenosis.

**Other new coagulation inhibitors:** A variety of coagulation inhibitors including factor Xa inhibitors and recombinant activated protein C are under development. Factor Xa inhibitors include tick anticoagulant peptide, leech-derived recombinant antihemostatics, as well as genetically engineered mutant factor Xa preparations. These agents prevent generation of thrombin from prothrombin and preliminary results suggest they may have a relatively low bleeding risk. In addition, tick anticoagulant peptide was shown to be more effective than hirudin for facilitating tPA-induced thrombolysis in a canine coronary thrombosis model.[31] Factor Xa inhibitors have yet to be tested in cerebrovascular models; however, activated protein C has shown promise in a porcine carotid artery crush injury model.[32]

## CONCLUSION

Currently available antithrombotic agents are effective for stroke prevention in selected patient populations; however, they have significant limitations. Antiplatelet agents only provide an approximately 25–30% reduction in stroke risk. Anticoagulants have been shown to be clearly effective only for prevention of cardioembolic stroke, and require frequent blood monitoring. Encouraging preclinical results have been obtained in cerebrovascular models using direct antithrombins, GP IIb/IIIa antagonists, and other new coagulation inhibitors. Individuals with cerebrovascular disease represent a substantial patient population that is likely to benefit from the development of these new antithrombotic agents.

## REFERENCES

1. American Heart Association. 1993 Heart and Stroke Facts Statistics. Texas, American Heart Association, 1992

2. Cerebral Embolism Task Force. Cardiogenic brain embolism. *Arch Neurol* 1989;46:727–743.

3. Antiplatelet Trialists' Collaboration. Collaborative overview of randomized trials of antiplatelet therapy. *Br Med J* 1994;308:81–106.

4. The SALT Collaborative Group. Swedish aspirin low-dose trial (SALT) of 75 mg aspirin as secondary prophylaxis after cerebrovascular ischaemic events. *Lancet* 1991;338:1345–1349.

5. The Dutch TIA Study Group. A comparison of two doses of aspirin (30 mg vs 283 mg a day) in patients after a transient ischemic attack or minor ischemic stroke. *New Engl J Med* 1991;325:1261–1266.

6. Hass WK, Easton JD, Adams HP Jr, Pryse-Phillips W, Molony BA, Anderson S, Kamm B. A randomized trial comparing ticlopidine hydrochloride with aspirin for the prevention of stroke in high-risk patients. *N Engl J Med* 1989;321:501–507.

7. Albers GW. Role of ticlopidine for prevention of stroke. *Stroke* 1992;23:912–916.

8. Sherman D, Dyken M, Fisher M, Gent M, Harrison M, Hart R. Antithrombotic therapy for cerebrovascular disorders. *Chest* 1992;102:529–537.

9. Jonas S. Anticoagulant therapy in cerebrovascular disease: review and meta-analysis. *Stroke* 1988;19:1043–1048.

10. Petersen P, Godtfredsen J, Boysen G. Placebo-controlled, randomized trial of warfarin and aspirin for prevention of thromboembolic complications in chronic atrial fibrillation. *Lancet* 1989;i:175–178.

11. The Stroke Prevention in Atrial Fibrillation Investigators. Stroke prevention in atrial fibrillation study: final results. *Circulation* 1991;84:527–539.

12. The Boston Area Anticoagulation Trial for Atrial Fibrillation Investigators. The effect of low-dose warfarin on the risk of stroke in patients with nonrheumatic atrial fibrillation. *N Engl J Med* 1990;323:1505–1511.

13. Connolly S, Laupacis A, Gent M, Roberts R, Cairns J, Joyner C. Canadian Atrial Fibrillation Anticoagulation Study. *J Am Coll Cardiol* 1991;18:349–355.

14. Ezekowitz M, Bridgers S, James K, Carliner C, Colling L, Gornick CC, Krause-Steinrauf H, Kurtzke JF, Nazarian M, Radford MJ, Rickles FR, Shabetai R, Deykin D. Warfarin in the prevention of stroke associated with nonrheumatic atrial fibrillation. *N Engl J Med* 1992;327:1406–1412.

15. Stroke Prevention in Atrial Fibrillation Investigators. Warfarin versus aspirin for prevention of thromboembolism in atrial fibrillation. Stroke Prevention in Atrial Fibrillation II Study. *Lancet* 1994;343:687–691.

16. EAFT Study Group. European Atrial Fibrillation Trial, secondary prevention in non-rheumatic atrial fibrillation after transient ischaemic attack or minor stroke. *Lancet* 1993;342:1255–1262.

17. Albers GW, Sherman DG, Gress DR, Paulseth JE, Petersen P. Stroke prevention in nonvalvular atrial fibrillation: a review of prospective randomized trials. *Ann Neurol* 1991;30:511–518.

18. Caplan LR. Diagnosis and treatment of ischemic stroke. *JAMA* 1991;266:2413–2418.

19. Duke RJ, Bloch RF, Alexander GG, Turpie MB, Trebilcock R, K... MB. Intravenous heparin for the prevention of stroke progression in acu... partial stable stroke; a randomized controlled trial. *Ann Intern Med* 1986;105:825–828.

20. Wardlaw J, Warlow C. Thrombolysis in acute ischemic stroke: does it work? *Stroke* 1992;23:1826–1839.

21. Brott T, Haley E. Urgent therapy for stroke. Part I. Pilot study ... tissue plasminogen activator administered within 90 minutes. *Stroke* 1992;2...

22. Mori E, Yoneda Y, Tabuchi M, Yoshida T, Ohkawa S, Ohsumi ... Kitag... K, Tsutsumi A, Yamadori A. Intravenous recombinant tissue pl... nogen activator in acute carotid artery territory stroke. *Neurology* 1992;42:97...

23. Scharfstein J, Loscalzo J. Molecular approaches to antithrombotic ... *Hosp Pract* 1992;(May):77–86.

24. Kelly A, Marzec U, Krupski W, Bass A, Cadroy Y, Hanson SR, Harker LA. Hirudin interruption of heparin-resistant arterial thrombus fo... baboons. *Blood* 1991;77:1006–1012.

25. Rigel D, Olson R, Lappe R. Comparison of hirudin and ... as adjuncts to streptokinase thrombolysis in a canine model of coronar... sis. *Circ Res* 1993;72:1091–1102.

26. Klement P, Borm A, Hirsh J, Maraganore J, Wilson G, Weitz J. ... of thrombin inhibitors on tissue plasminogen activator induced thrombolysis in a rat model. *Thromb Haemost* 1992;68:64–68.

27. Lumsden A, Kelly A, Schneider P, Krupski WC, Dodson T, H... Harker LA. Lasting safe interruption of endarterectomy thrombus ... sently infused antithrombin peptide D-Phe-Pro-ArgCH$_2$Cl in babo... 1993;7:1762–1770.

28. Yenari M, de Crespigny A, D'Arceuil H, Palmer J, Roberts S, ... Schner S, Moseley M, Steinberg G. Thrombolysis and diffusion ... rabbit model of embolic stroke. (Abstr.) *Soc Neurosci Abstr* 1994;20:...

29. Tcheng J, Kleiman N, Harrington R, Mack M, Navetta F, Wo... J, Kereiakes D, Kit M, Miller J, Sigmon K, Califf R, Topol E. ... patients treated with the GP IIb/IIIa inhibitor integrelin during coron... plasty: results of the IMPACT Study. *Circulation* 1993;88:3200.

30. Willette R, Sauermelch C, Rycyna R, Sarker S, Feuerstein G, ... AJ, Ohlstein EH. Antithrombotic effects of a platelet fibrinogen ... antagonist in a canine model of carotid artery thrombosis. Stro... 703–711.

31. Nicolini F, Lee P, Rios G, Kottke-Marchant K, Plow E, Topol E. ... of selective factor Xa inhibition versus direct thrombin anta... facilitating rt-PA-induced thrombolysis in the canine model. (Abstr.) ... 1993;88:2937.

32. Wysokinski W, McBane R, Steward M, Chesebro J, Owen W. ... sis with endogenous and exogenous activated Protein C. (Abstr.) ... 1993;88:2243.




Opt

**The ris... le adly r... low-inte... warfarin moni... development ... tio (INR) to st... use of nonuni... laboratories. ... peutic ranges ... intense corre... intense, to IN... farin is influe... dietary vitami... metabolic sta... the initial dos... nonemergent ... mg/day, whic... agulant effec... pated mainte... (PT) monitorin... peutic range ... often, depend... ing while on w... reduced dosa... reverses warf... on low-intens... underlying pa... traindicated ... genicity but ... it does not pa...**

From the Hamilt... University, Hamil...
Address for r... ials Research Ce... Canada L8V 1C3.

Journal of Thrombosis and Thrombolysis 12(1), 19–22, 2001.
© 2001 Kluwer Academic Publishers. Manufactured in The Netherlands.

# *Antithrombotic Therapy for Prevention and Treatment of Ischemic Stroke*

*Gregory W. Albers*

*Professor of Neurology and Neurological Sciences, Stanford University Medical Center; Director, Stanford Stroke Center, Palo Alto, California*

***Abstract.*** **Atherosclerosis involving the cervical vessels, intracranial vessels, or the aorta is the most common cause of ischemic stroke. Occlusive lesions of small penetrating brain arteries cause small "lacunar" strokes, which account for about 20% of ischemic strokes. Emboli from a variety of cardiac sources, particularly atrial fibrillation, account for about 25%. Efforts to prevent and treat ischemic stroke are complicated by the variety of etiologies underlying it and the selection of antithrombotic or thrombolytic therapy appropriate to the particular etiology.**

*Key Words.* **stroke, ischemia, anticoagulation, tPA**

## *Treatment for Acute Ischemic Stroke*

The only FDA-approved treatment for acute ischemic stroke is intravenous tissue plasminogen activator (tPA). This therapy was approved in 1996 based on the strongly positive results of a large study sponsored by the National Institutes of Neurologic Disorders and Stroke (NINDS) [1]. In this study, patients who met the inclusion and exclusion criteria (see below) were significantly more likely to have a good or excellent outcome despite an approximately 6% risk of symptomatic intracranial hemorrhage attributable to tPA.

Since the approval of tPA, several Phase IV studies have demonstrated the safety of using this drug at medical centers with stroke protocols and physicians who are knowledgeable in administering this therapy [2]. Treatment should be supervised by physicians with expertise in stroke diagnosis and CT scan interpretation because increased rates of symptomatic intracranial hemorrhage have been reported with violations of the protocol. Intravenous tPA should not be given to patients who have been symptomatic for longer than 3 hours, and close monitoring of blood pressure and neurologic status is required following treatment. Patients with evidence of major early infarct signs on the baseline CT scan (clear evidence of extensive early edema/mass effect) typically should not be treated with tPA [3].

Several studies have evaluated the safety and efficacy of intravenous tPA in acute ischemic stroke patients treated between 3 and 6 hours after symptom onset [4–6]. These studies have failed to show a statistically significant benefit in their primary outcome measures. Meta-analysis data suggest, however, that disability may be reduced by treatment in this delayed time window [7]. Nonetheless, at present, intravenous tPA is recommended only for patients who can be treated within 3 hours of symptom onset.

Recent studies have also evaluated intra-arterial thrombolytic therapy for treatment of ischemic stroke beyond 3 hours after symptom onset. One trial demonstrated a statistically significant benefit of intra-arterial thrombolysis for patients with middle cerebral artery (MCA) occlusions who could be treated within 6 hours of symptom onset [8]. At present, this therapy has not been approved by the FDA and remains investigational.

## *Acute Ischemic Stroke Treatment within 3 Hours of Onset of Symptoms*

Therapy should be initiated as soon as possible to optimize benefits. Intravenous tPA 0.9 mg/kg (maximum dose of 90 mg), with 10% of the total dose given as an initial bolus and the remainder infused over 60 minutes is recommended for eligible ischemic stroke patients, provided that treatment is initiated within 3 hours of clearly defined symptoms. Strict adherence to eligibility criteria for the use of IV tPA based on the NINDS trial protocol is strongly recommended.

### *Inclusion criteria*

The following inclusion criteria have been established by the NINDS protocol: Age of at least 18

Address for correspondence: Gregory Albers, M.D., 701 Welch Road, Bldg. B., Suite 325, Palo Alto, CA 94304

years, diagnosis of stroke with a clinically meaningful neurologic deficit, clearly defined onset less than 3 hours before treatment, and a baseline CT showing no evidence of intracranial hemorrhage.

***Exclusion criteria***

The following criteria exclude candidates from tPA treatment: Minor or rapidly improving symptoms or signs, CT signs of intracranial hemorrhage, history of intracranial hemorrhage, seizure at stroke onset, stroke or serious head injury within 3 months, major surgery or serious trauma within 2 weeks, gastrointestinal or urinary tract hemorrhage within 3 weeks, blood pressure greater than 185/110 mmHg, aggressive treatment required to lower blood pressure, glucose <50 mg/dL or >400 mg/dL, symptoms of subarachnoid hemorrhage, arterial puncture at a noncompressible site or lumbar puncture within 1 week, platelet count <100,000/mm$^3$, heparin therapy within 48 hours associated with elevated activated partial thromboplastin time, clinical presentation suggesting post-myocardial infarction, pericarditis, pregnant or nursing women, current use of oral anticoagulants (INR >1.7).

Adequate hospital facilities and personnel are required for administration of thrombolytic therapy as well as monitoring for, and management of, potential complications. Treatment should be supervised by physicians with expertise in stroke management and CT scan interpretation. Some experts recommend that, if possible, efforts should be made to demonstrate a large-artery intracranial occlusion using modern neuro-imaging techniques prior to administration of tPA, but treatment should not be unduly delayed to obtain vascular imaging. Following tPA administration, blood pressure should be closely monitored and kept below 180/105 mmHg. Antithrombotic agents should be avoided for 24 hours.

## *Acute Stroke Treatment within 3 to 6 Hours of Onset of Symptoms*

The use of intravenous tPA for treatment of acute ischemic stroke of greater than 3 hours but less than 6 hours duration is not recommended in unselected patients and remains investigational.

Intra-arterial thrombolytic therapy for ischemic stroke appears to be beneficial for patients with angiographically demonstrated MCA occlusion, and no signs of major early infarction on the baseline CT scan, who can be treated within 6 hours of symptom onset. Further studies and clinical trials are necessary to define optimal patient selection criteria, benefits and risks of specific thrombolytic agents, optimal doses, and preferred methods of administration of intra-arterial thrombolytic therapy.

## *Acute Ischemic Stroke Patients not Eligible for Thrombolysis*

Early aspirin therapy (160–325 mg per day) is recommended for patients with acute ischemic stroke who are not receiving thrombolysis or anticoagulation. Aspirin should be started and may be used safely in combination with low doses of subcutaneous heparin for DVT prophylaxis.

No clinical trials have addressed the risks and benefits of intravenous heparin for treatment of hyperacute (less than 12 hours) stroke. Recent trials have evaluated subcutaneous heparin, low molecular weight heparins, or heparinoids in stroke patients treated within 24–48 hours after symptom onset [9,10]. In general, these studies have demonstrated an increased risk in major bleeding that neutralized any benefits of the therapy. Unfortunately, these trials have not adequately evaluated anticoagulation in specific stroke subtypes. Therefore, although anticoagulation is not routinely recommended in unselected stroke patients, some authorities recommend early anticoagulation for treatment of specific stroke subtypes. These stroke subtypes include acute cardioembolic stroke, large artery ischemic stroke, stroke due to arterial dissection and progressing stroke when the suspected mechanism is ongoing thromboembolism.

Recent trials have not found a benefit of early anticoagulation for patients with cardioembolic stroke, but many high-risk patients may have been excluded from these trials [11]. Patients with a cardiac source of embolism who are at very high risk for early recurrence (patients with mechanical heart valves, an established intracardiac thrombus, atrial fibrillation associated with significant valvular disease, or severe congestive heart failure) may benefit from early anticoagulation. Prior to administering early anticoagulation therapy, a brain imaging study should be performed to exclude brain hemorrhage and estimate the infarct size. Patients with very large infarctions, uncontrolled hypertension, or other bleeding disorders typically should not be treated with early anticoagulation.

## *Stroke Prevention*

Antithrombotic therapies for stroke prevention include antiplatelet or anticoagulant agents. Antiplatelet agents are the treatment of choice for non-cardioembolic cerebral ischemic events whereas anticoagulants are the treatment of

choice for patients with cerebral ischemic events who are found to have high-risk sources of cardiac embolism.

Four antiplatelet agents have been shown to be effective for preventing future stroke in patients who present with a transient ischemic attack or a stroke: aspirin, the combination of aspirin and extended-release dipyridamole, clopidogrel, and ticlopidine. The combination of aspirin plus extended-release dipyridamole and ticlopidine have both been shown to be more effective than aspirin. Among stroke patients, clopidogrel and aspirin appear to be similarly effective. Ticlopidine has the least favorable adverse effect profile, and therefore, is infrequently used for stroke prevention. Recent studies have suggested that low doses of aspirin (50–325 mg per day) appear to be at least as effective as higher doses and have fewer gastrointestinal side effects [12,13]. Therefore, because of its low cost, aspirin is frequently used as the antiplatelet agent of first choice. The combination of aspirin and extended release dipyridamole or clopidogrel are also acceptable options for initial therapy. For patients who are allergic to aspirin, clopidogrel is recommended.

### *Atrial fibrillation*

For stroke patients with atrial fibrillation, long-term oral anticoagulation is strongly recommended because of its superior efficacy to aspirin [14]. A target INR of 2.5 is recommended because the efficacy of oral anticoagulation tapers off rapidly below an INR of 2.0. Although clinical trial data are minimal, oral anticoagulation also appears to be beneficial for prevention of recurrent stroke in patients with several other high-risk cardiac sources of embolism (Table 1). For cardioembolic sources of minor or uncertain risk, adequate data are not available. In general, antiplatelet agents are recommended for these patients.

### *Non-cardioembolic cerebral ischemic events*

Every patient who has experienced a non-cardioembolic (atherothrombotic, lacunar, or cryptogenic) stroke or TIA and has no contraindication should receive an antiplatelet agent regularly to reduce the risk of recurrent stroke and other vascular events. The choice of antiplatelet agent and dose must balance the risk of stroke against the benefit, risk, and cost of treatment. Aspirin is inexpensive, but it causes adverse effects including epigastric discomfort, gastric ulceration, and GI hemorrhage. Although the optimal dose of aspirin is uncertain, there is no compelling evidence that any specific dose is more efficacious than another, and fewer side effects occur with lower doses. Data directly comparing the other antiplatelet agents are not available, and expert opinions vary regarding the merits of individual agents.

*Table 1. Cardioembolic Sources*

| Major risk | Minor or uncertain risk |
|---|---|
| Atrial fibrillation | Mitral valve prolapse |
| Mitral stenosis | Mitral annular calcification |
| Prosthetic mechanical valves | Patent foramen ovale |
| Recent myocardial infarction | Atrial septal aneurysm |
| Left ventricular thrombus | Calcific aortic stenosis |
| Atrial myxoma | Mitral valve strands |
| Infective endocarditis | |
| Dilated cardiomyopathies | |
| Marantic endocarditis | |

Aspirin (50–325 mg daily), the combination of aspirin and extended-release dipyridamole (25/200 mg bid), and clopidogrel (75 mg daily) are all acceptable options for initial therapy. The combination of aspirin and extended-release dipyridamole (25/200 mg bid) is more effective than aspirin alone for the prevention of stroke and, based on indirect comparisons, this combination may be more effective than clopidogrel and has a similarly favorable adverse effect profile [11]. For patients who are allergic to aspirin, clopidogrel is recommended in favor of ticlopidine because it has a lower incidence of significant adverse effects. Many experts have abandoned the use of ticlopidine because of concerns about the occurrence of adverse effects.

The efficacy and safety of oral anticoagulants for prevention of noncardioembolic stroke were recently evaluated in the Warfarin Aspirin Recurrent Stroke Study. This trial demonstrated no difference between warfarin (INR 1.4–2.8) and aspirin (325 mg per day) for prevention of stroke and death. There was a slight trend in favor of aspirin; and antiplatelet agents are therefore recommended rather than anticoagulants for secondary prevention of non-cardioembolic stroke.

### *Cardioembolic cerebral ischemic events*

Long-term oral anticoagulation is strongly recommended for prevention of stroke in atrial fibrillation patients who have suffered a recent stroke or TIA. For these patients, a target INR of 2.5 (range 2.0–3.0) is recommended. Oral anticoagulation is also beneficial for prevention of recurrent stroke in patients with several other high-risk cardiac sources. Inadequate clinical trial data are available to support specific recommendations for minor-risk cardiac sources. In

general, antiplatelet agents are recommended for these patients.

## Summary

Acute ischemic stroke patients who meet the eligibility criteria and can be treated within 3 hours of symptom onset should receive intravenous tPA. Early aspirin therapy is recommended for the majority of acute ischemic stroke patients who are not treated with tPA. Recent trials have suggested no benefit from early anticoagulation in heterogeneous populations of acute stroke patients. For long-term stroke prevention, antiplatelet agents are the treatment of choice for patients with non-cardioembolic stroke. Anticoagulants are recommended for patients with an ischemic stroke or TIA who are found to be at high risk for cardiac embolism.

## References

1. The National Institute of Neurological Disorders and Stroke rt-PA Stroke Study Group. Tissue plasminogen activator for acute ischemic stroke. *N Engl J Med* 1995;333:1581–1587.
2. Albers GW, Bates VE, Clark WM, et al. Intravenous tissue-type plasminogen activator for treatment of acute stroke: the Standard Treatment with Activase to Reverse Stroke (STARS) study. *JAMA* 2000; 283:1145–1150.
3. von Kummer R, Forsting M, Hacke W. Recanalization, infarct volume, cerebral hemorrhage and clinical outcome after recombinant tissue plasminogen activator and heparin in acute carotid stroke. In: del Zoppo GJ, Mori E, Hacke W, eds. *Thrombolytic Therapy in Acute Ischemic Stroke*. Berlin, Germany: Springer-Verlag, 1993;53–58.
4. Hacke W, Kaste M, Fieschi C, et al. Intravenous thrombolysis with recombinant tissue plasminogen activator for acute hemispheric stroke: the European Cooperative Stroke Study (ECASS). *JAMA* 1995; 274: 1017–1025.
5. Hacke W, Kaste M, Fieschi C, et al. Randomized double-blind placebo controlled trial of thrombolytic therapy with intravenous alteplase in acute ischemic stroke (ECASS II). Second European-Australian Acute Stroke Study Investigators. *Lancet* 1998;352:1245–1251.
6. Clark WM, Wissman S, Albers GW, et al. Recombinant tissue-type plasminogen activator (Alteplase) for ischemic stroke 3–5 hours after symptom onset. *JAMA* 1999;282:2019–2026.
7. Wardlaw JM, del Zoppo G, Yamaguchi T. Thrombolysis for acute ischemic stroke? Stroke module of the Cochrane database of Systemic Reviews. Oxford, UK: Update Software, 1997. Review amendment July 5, 1999.
8. Furlan AF, Higashida F, Wechsler L, et al. A randomized trial of intra-arterial prourokinase for acute ischemic stroke of less than 6 hours duration due to middle cerebral artery occlusion. *JAMA* 1999;282: 2003–2011.
9. International Stroke Trial Collaborative Group. The International Stroke Triel (IST): a randomized trial of aspirin, subcutaneous heparin, both, or neither among 19,435 patients with acute ischaemic stroke. *Lancet* 1997;349:1569–1581.
10. Publications Committee for the Trial of ORG 10172 in Acute Stroke Treatment (TOAST) Investigators. Low molecular weight heparinoid, ORG 10172 (danaparoid), and outcome after acute ischemic stroke: a randomized controlled trial. *JAMA* 1998;279:1265–1272.
11. Albers GW, Amarenco P, Easton JD, Sacco RL, Teal P. Antithrombotic and thrombolytic therapy for ischemic stroke. *Chest* 2001;119 (1 Suppl):300S–320S.
12. Chinese Acute Stroke Trial (CAST) Collaborative Group. CAST: a randomized placebo-controlled trial of early aspirin use in 20,000 patients with acute ischemic stroke. *Lancet* 1997;349:1641–1649.
13. Algra A, van Gijn J. Aspirin at any dose above 30 mg offers only modest protection after cerebral ischaemia. *J Neurol Neurosurg Psychiatry* 1996;60:197–199.
14. European Atrial Fibrillation Trial Study Group. Secondary prevention in non-rheumatic atrial fibrillation after transient ischaemic attack or minor stroke. *Lancet* 1993;342:1255–1262.

# Conferences and Reviews

## Management of Acute Ischemic Stroke
### An Update for Primary Care Physicians

GREGORY W. ALBERS, MD, *Palo Alto, California*

**Few areas of medicine have had as many major advances in recent years as the treatment and prevention of ischemic stroke. During the 1990s—"the decade of the brain"—carotid endarterectomy was demonstrated to be effective for preventing stroke in patients with significant carotid stenosis. Large clinical studies have documented the effectiveness of new antiplatelet agents and oral anticoagulant therapy for stroke prevention in specific patient groups, and recently tissue plasminogen activator was approved for the treatment of acute ischemic stroke. Because the use of these new therapies is restricted to specific patient subgroups, the accurate determination of the cause of stroke is now mandatory. Fortunately, advances in diagnostic methods, including cardiac and vascular ultrasonographic techniques and brain imaging, facilitate the determination of the stroke subtype in most patients. Additional advances in stroke treatment and prevention are on the immediate horizon. New therapeutic agents, including neuroprotective medications, and new treatment modalities such as cerebral angioplasty are promising investigational therapies.**

(Albers GW. Management of acute ischemic stroke: an update for primary care physicians. West J Med 1997 Apr; 166:253–262)

Stroke is one of the most common neurologic conditions, with an incidence of about 500,000 new cases per year in the United States alone. Primary care physicians are frequently the first medical contacts and principal care providers for stroke patients. Therefore, an understanding of recent advances in stroke management is essential for primary care practitioners.

### Stroke Etiology

Cerebral hemorrhage accounts for only about 15% of all stroke cases. Brain hemorrhages typically result from the rupture of an intracranial artery or a congenital aneurysm or vascular malformation. The topic of this review, ischemic stroke, represents the vast majority (about 85%) of stroke cases and occurs following an embolic or thrombotic occlusion of an extracranial or intracranial cerebral artery. Thrombotic stroke typically results from thrombus formation initiated by atherosclerotic plaque. *Embolic stroke results from the* embolization of atherosclerotic debris or thrombotic material into a brain vessel from a more proximal vascular lesion—such as an atherosclerotic plaque in the aorta, carotid, or vertebral artery—or from cardiac embolization. Lacunar strokes result from the occlusion of small, deep-penetrating intracerebral vessels, such as the lenticulostriate vessels, which run from the middle cerebral artery into deep brain structures, or basilar branch arteries that perfuse much of the brain stem. Atherosclerosis and cardiogenic embolization account for most ischemic strokes; uncommon causes of stroke include hypercoagulable states, vasculitis, arterial dissection, certain drugs, and infectious processes (Table 1).

### Stroke Symptoms

Stroke symptoms typically occur suddenly, and the symptoms vary considerably depending on the specific region of brain injury. Carotid artery syndromes occur when this vessel or one of its major intracranial branches is occluded, causing ischemic injury to the ipsilateral cerebral hemisphere or retina. Common symptoms include unilateral weakness or sensory loss, expressive or receptive language disorders, confusion, cognitive or behavioral disorders, visual-spatial difficulties, gaze preferences, and visual field defects (Table 2). Strokes involving the posterior circulation (vertebral or basilar artery distribution) can damage the brain stem, cerebellum, midbrain, thalamus, or occipital or inferior temporal lobes. Common symptoms include unilateral or bilateral motor or sensory symptoms, oculomotor abnormalities, decreased alertness, vertigo, ataxia, and unilateral or bilateral vision loss (Table 2). Tentative lesion localization is possible in most stroke patients based on the presenting neurologic symptoms and signs. The subsequent diagnostic evaluation will be substantially influenced by the initial localization.

From the Stanford Stroke Center, Department of Neurology and Neurological Sciences, Stanford University Medical Center, Palo Alto, California.

Reprint requests to Gregory W. Albers, MD, Stanford Stroke Center, 701 Welch Road, Bldg B, Ste 325, Palo Alto, CA 94304-1705.

**ABBREVIATIONS USED IN TEXT**

CT = computed tomographic/y
MRA = magnetic resonance angiography
MRI = magnetic resonance imaging
NINDS = National Institute of Neurologic Disorders and Stroke
t-PA = tissue plasminogen activator

## Diagnosis of Stroke

No routine or standard diagnostic algorithm is applicable to all patients with stroke because the diagnostic evaluation must be tailored to the specific clinical features of individual patients. The goals of the diagnostic evaluation are to determine the location and extent of brain injury, establish the specific cause of the stroke, and identify relevant coexisting medical conditions.

### *Initial Evaluation*

Patients who have stroke symptoms should be urgently transported to an emergency medical facility for immediate evaluation (Figure 1). The initial assessment should verify cardiovascular stability and adequate oxygenation and include a brief initial history and neurologic examination to clarify the time symptoms occurred and estimate the degree of neurologic impairment (cognitive, motor, sensory, and visual functions). This initial evaluation should focus on determining if the patient may be a candidate for immediate therapy with tissue plasminogen activator (t-PA). If the patient is a candidate for thrombolytic therapy, the remainder of the initial evaluation must be completed emergently and focus on determining if the patient meets the specific inclusion and exclusion criteria for thrombolytic therapy (discussed later).

Preliminary laboratory studies are initiated (complete blood count, chemistry profile, prothrombin time, and activated partial thromboplastin time) and an electrocardiogram obtained. If hypoglycemia is suspected, a fingerstick blood glucose test should be done immediately. Urgent brain imaging is usually obtained with a computed tomographic (CT) scan of the brain rather than with magnetic resonance imaging (MRI) because CT is better tolerated by severely ill patients, can usually be done more rapidly, and is more sensitive for determining whether an acute stroke is ischemic or hemorrhagic. In selected patients, however, an MRI scan may be preferred as the initial brain imaging study. For medically stable patients who are not candidates for thrombolytic therapy and do not have symptoms or signs suggestive of subarachnoid hemorrhage, MRI has advantages over CT because it can identify ischemic lesions earlier, particularly small infarcts and lesions in the brain stem or cerebellum. The option of simultaneously obtaining magnetic resonance angiography (MRA) of cervical or intracranial vessels is an additional advantage of MRI.

## Therapy for Acute Stroke

### *Emergent Supportive Interventions*

Hypotension, hypoxia, hypoglycemia, and fever can exacerbate ischemic brain injury. Therefore, emergency treatment of stroke includes optimizing oxygenation and blood pressure and correcting hypoglycemia and hyperthermia. In general, hypertension should not be treated in patients with acute stroke because cerebral autoregulation is impaired in ischemic brain tissue, and blood pressure reductions may decrease blood flow in ischemic brain regions. Antihypertensive medications may be required in selected patients, however, including those who are candidates for thrombolytic therapy (discussed later) or patients with certain associated medical

TABLE 1.—*Conditions That Can Cause Stroke*

| *Condition* | *Examples* |
|---|---|
| Cerebrovascular lesions | Atherosclerosis: extracranial, intracranial, aortic arch |
| | Arterial dissection: traumatic or spontaneous |
| | Vasculitis: immune-mediated, infectious, drug induced |
| | Fibromuscular dysplasia |
| | Migraine |
| | Moyamoya syndrome |
| High-risk cardiac disorders | Atrial fibrillation: chronic or paroxysmal |
| | Myocardial infarction, especially large anterior infarcts |
| | Cardiomyopathies: dilated or ischemic |
| | Prosthetic heart valves: mechanical or bioprosthetic |
| | Rheumatic mitral stenosis |
| | Paradoxic embolism |
| | Endocarditis: infectious, immunologic, paraneoplastic |
| | Intracardiac tumors: atrial myxoma |
| Hypercoagulable states | Coagulation factor deficiencies: protein C, protein S, antithrombin III |
| | Antiphospholipid antibodies |
| | Hyperviscosity syndromes: immune-mediated, polycythemia, leukocytosis, thrombocytosis |
| | Sickle cell disease |
| | Hypercoagulability associated with systemic neoplasm |

TABLE 2.—*Common Symptoms and Signs of Stroke*

| *Territory Infarcts* | *Symptoms and Signs* |
|---|---|
| Carotid artery | Contralateral weakness, sensory disturbance, or homonymous hemianopsia |
| | Gaze preference: eyes deviate toward the injured hemisphere |
| | Language dysfunction: expressive or receptive aphasias |
| | Neglect syndromes, especially with right parietal lesions |
| | Behavioral disorders: confusion, agitation |
| | Ipsilateral monocular visual loss |
| Vertebrobasilar artery | Unilateral or bilateral weakness, sensory disturbance, or visual field deficits |
| | Oculomotor abnormalities: diplopia, gaze palsies, nystagmus |
| | Decreased coordination: appendicular or truncal ataxia |
| | Altered level of consciousness: stupor, coma |
| | Memory disturbances |
| | Vertigo |

disorders (coexistent acute myocardial infarction, hypertensive encephalopathy, cerebral hemorrhage, or aortic dissection). In addition, the cautious use of antihypertensive medications is generally recommended for patients with extreme elevations of blood pressure (systolic blood pressure >220 mm of mercury, mean arterial pressure >130 mm of mercury).[1] If antihypertensive medications are required, agents that may cause abrupt drops in blood pressure, such as sublingual calcium channel blockers, should be avoided. The use of short-acting agents (such as labetalol hydrochloride) is often recommended.

### *Thrombolytic Therapy*

In June 1996, t-PA was approved by the Food and Drug Administration for the treatment of selected patients with acute ischemic stroke. This approval was prompted by the results of the National Institute of Neurologic Disorders and Stroke (NINDS) t-PA stroke trial. This study randomly assigned 624 patients to treatment with intravenous t-PA or placebo within three hours of the onset of stroke.[3] Restrictive inclusion and exclusion criteria were used to carefully select patients for this study (Table 3), and a relatively low dose of t-PA (0.9 mg per kg with a maximum dosage of 90 mg) was used.

TABLE 3.—*National Institute of Neurologic Disorders and Stroke Protocol Patient Selection Criteria for the Administration of Tissue Plasminogen Activator for Acute Stroke*

*Inclusion criteria*

- Age 18 years or older
- Clinical diagnosis of ischemic stroke causing a measurable neurologic deficit
- Time of symptom onset well established to be <180 min before treatment would begin

*Exclusion criteria*

- Evidence of intracranial hemorrhage on pretreatment computed tomography (CT)
- Only minor or rapidly resolving stroke symptoms
- Clinical presentation suggestive of subarachnoid hemorrhage, even with normal CT
- Active internal bleeding
- Known bleeding diathesis, including but not limited to
  - Platelet count $<100 \times 10^9$/liter($<100{,}000/mm^3$)
  - Patient has received heparin within 48 hours and has an elevated aPTT (>upper limit of normal for laboratory)
  - Current use of oral anticoagulants (such as warfarin sodium) or recent use with an elevated prothrombin time >15 seconds
- Within 3 months of any intracranial operation, serious head trauma, or previous stroke
- History of gastrointestinal or urinary tract hemorrhage within 21 days
- Recent arterial puncture at a noncompressible site
- Recent lumbar puncture
- On repeated measurements, systolic blood pressure >185 mm of mercury or diastolic blood pressure >110 mm of mercury at the time treatment is to begin, or patient requires aggressive treatment to reduce blood pressure to within these limits
- History of intracranial hemorrhage
- Abnormal blood glucose level (<2.8 or >22.2 mmol/liter [<50 or >400 mg/dl])
- Post-myocardial infarction pericarditis
- Patient observed to have seizure at the same time as the onset of stroke symptoms occurred
- Known arteriovenous malformation or aneurysm

aPTT = activated partial thromboplastin time

Patients were required to have a substantial neurologic deficit and a stroke onset time that was clearly documented to be within three hours (180 minutes) of drug administration. A CT scan was done to document that there was no evidence of brain hemorrhage before treatment. Patients could not be entered into the study if their blood pressure was higher than 185/110 mm of mercury. A cautious use of antihypertensive medications was allowed for patients with severe hypertension at stroke onset. Other exclusion criteria included recent major surgical procedure, stroke, or head trauma or substantial risk factors for bleeding. Patients receiving anticoagulants were also excluded; however, antiplatelet therapy at the time of stroke onset was acceptable.

Eligible patients were treated with intravenous t-PA or placebo. A tenth of the total dosage was administered as a bolus, immediately followed by a one-hour infusion. Following the administration of t-PA, patients were closely observed in a special care unit, and protocols were followed to maintain blood pressures below 185/110 mm of mercury, to monitor neurologic changes closely, and to detect intracranial hemorrhage. Neither antiplatelet agents nor anticoagulants were administered for 24 hours after treatment with t-PA. Patients who received t-PA had a significant improvement in neurologic and functional outcomes compared with patients who received placebo. Patients treated with t-PA were 30% more likely to have a full recovery or only minimal disability at the three-month follow-up. This degree of benefit was seen despite a 6.4% rate of symptomatic cerebral hemorrhage in the t-PA group compared with a 0.6% rate in the placebo group. Mortality was also slightly, but not significantly, reduced in the t-PA group (17% versus 21%).

At present, t-PA therapy is recommended for patients who meet the restrictive selection criteria employed in the NINDS trial (Table 3).[34] Because of the risk of severe brain hemorrhage, this therapy should be administered only by physicians who are thoroughly familiar with patient selection criteria and the protocols for patient monitoring and management following thrombolytic therapy (Figure 2). In addition, a physician who is skilled in interpreting the CT scan must evaluate the head CT before the thrombolytic therapy is administered. Patients and family members should be informed of the risks and benefits of this treatment. Thrombolytic therapy should be used with great caution in stroke patients older than 80 years because the risks and benefits are not well established in this age group.

Streptokinase is not indicated for use in acute stroke. All three of the large randomized trials that evaluated intravenous streptokinase use in patients with acute stroke were terminated prematurely because of an excessive incidence of brain hemorrhage and poor outcomes in streptokinase-treated patients.[35-37] These studies differed from the NINDS t-PA trial in several important ways. Patients were enrolled at later time points after the onset of stroke (usually 3 to 6 hours) and were treated with a comparatively higher dose of the thrombolytic agent. In addition, the patient selection criteria for these trials were not as restrictive as those used in the NINDS t-PA trial.

Other thrombolytic agents and the intra-arterial administration of thrombolytics have not been adequately evaluated to assess their relative risks and benefits in patients with acute stroke. Ongoing clinical trials should clarify which agents are optimal for use in stroke patients and whether certain subgroups will have greater benefit from intra-arterial administration. Studies are also underway to evaluate a longer window of time (up to 5 or 6 hours after stroke onset) for administering intravenous t-PA. At present, however, this therapy should not be given to patients who are not clearly documented to be within three hours of the onset of stroke, except as part of a clinical trial.

### *Initial Antithrombotic Therapy*

Intravenous heparin continues to be one of the most commonly used agents for the treatment of acute stroke despite the fact that no adequate clinical trials have been done to establish its efficacy and safety. The largest modern study of intravenous heparin use in acute stroke entered only 212 patients within 24 hours of the onset of stroke.[3] This trial failed to document an improvement in neurologic outcome or a reduction of stroke progression with heparin therapy. Despite the lack of objective data to support its use, heparin is frequently chosen for patients with progressive stroke, particularly in the vertebrobasilar circulation, and for patients with severe stenosis of large intracranial or extracranial arteries, based on the premise that it can inhibit ongoing arterial thrombosis. Intravenous heparin is also frequently used in patients with acute cardioembolic stroke. Long-term therapy with oral anticoagulants is established to be highly effective for the prevention of cardiac embolism, and the results of several small studies suggest that the use of intravenous heparin may reduce the risk of early stroke recurrence in patients with acute cardioembolic stroke.[1] Early intravenous heparin therapy is generally not recommended for patients with large strokes or uncontrolled hypertension because of an increased risk of brain hemorrhage. The use of a heparin bolus and excessive prolongation of the activated partial thromboplastin time have also been associated with an increased risk of brain hemorrhage.[38]

Low-dose subcutaneous heparin (5,000 U twice a day) is effective for preventing deep venous thrombosis in immobilized stroke patients; however, subcutaneous heparin does not appear to be beneficial for preventing stroke recurrence. A large international trial recently evaluated two doses of subcutaneous heparin administered within 48 hours of the onset of stroke. A mild reduction in stroke recurrence was offset by a small increased risk of brain hemorrhage using either low doses (5,000 U twice a day) or high doses (12,500 U twice a day) of subcutaneous heparin.[4]

Low-molecular-weight forms of heparin may be safer and more efficacious for stroke patients. A recent randomized trial from Hong Kong reported substantial improvement in stroke outcome and no increase in the




Figure 1.—The initial evaluation of a patient with acute ischemic stroke is shown. CBC = complete blood count, CT = computed tomography, ECG = electrocardiogram, PT = prothrombin time, PTT = partial thromboplastin time, t-PA = tissue plasminogen activator

incidence of hemorrhagic complications among patients treated within 48 hours of stroke onset with subcutaneous nadroparin calcium given for ten days.[11] Further evaluation of nadroparin in patients with acute stroke is ongoing (this agent is currently not available in the United States). A large North American trial of another low-molecular-weight form of heparin (danaparoid sodium, ORG 10172) is nearing completion.

Aspirin is the only antiplatelet agent whose use has been adequately evaluated in patients with acute stroke. A large international trial recently found that patients treated within 48 hours of the onset of stroke with 300 mg of aspirin per day were less likely to suffer early stroke recurrence than control patients.[8] Similar results were found in a recent trial in China using 160 mg of aspirin.[9] Based on these results, early aspirin therapy can be recommended for patients with acute ischemic stroke who do not receive treatment with t-PA.

*Neuroprotective Agents*

Recent advances in neuroscience have identified the basic mechanisms that mediate ischemic brain injury.[14-16]




Figure 2.—The protocol for administering intravenous tissue plasminogen activator (t-PA) to patients with stroke is shown. CBC = complete blood count, CT = computed tomography, PT = prothrombin time, PTT = partial thromboplastin time, q = every

A cascade of biochemical reactions initiated by an excessive activation of neuronal excitatory amino acid receptors leads to a toxic influx of calcium into neurons. Excessive intracellular calcium can trigger a host of detrimental reactions, including the activation of phospholipases and proteases, the generation of free radicals, and lipid peroxidation. The intracellular formation of nitric oxide also appears to be an important mediator of ischemic neuronal injury. This "neuronal injury cascade" offers multiple sites for the pharmacologic protection of the brain from ischemic injury. New medications have been developed to attenuate or interrupt the neuronal injury reactions, and many of these agents have been found highly effective in reducing brain injury in experimental stroke models. Several of these neuroprotective agents are currently in the final stages of clinical evaluation in stroke patients, and highly encouraging results have been obtained in preliminary trials. These medications not only appear to be effective for limiting the degree of brain injury caused by ischemic stroke but also may lengthen the time window available for administering thrombolytic agents. For example, a large North American study of the neuroprotective agent lubeluzole recently reported that patients treated within six hours of stroke onset had improvement in neurologic outcome without suffering serious adverse effects.[17] Lubeluzole appears to act by inhibiting neuronal injury mediated by intracellular nitric oxide. Other promising neuroprotective strategies include *N*-methyl-D-aspartate antagonists that block the excessive activation of excitatory amino acid receptors.[18] It is likely that neuroprotective agents will be available for general clinical use within the next several years.

### *Subsequent Diagnostic Studies*

After the initial diagnostic tests are done and emergent supportive interventions and therapies have been administered, more detailed diagnostic testing is done to clarify the cause of the stroke (Figure 3). For patients with ischemic lesions in the carotid distribution, an evaluation of the cervical carotid artery is usually essential. Patients with mild neurologic deficits or rapid recovery may be candidates for early carotid endarterectomy if a severe (≥70%) ipsilateral carotid stenosis is detected. Carotid imaging is also helpful for patients who are not candidates for carotid endarterectomy because it may clarify the cause of the stroke and influence blood pressure management or anticoagulant therapy. Carotid duplex ultrasonography is typically the most accurate and inexpensive method for imaging the carotid bifurcation. In many laboratories, carotid ultrasonography has an accuracy of 90% to 95%[19]; accuracy varies considerably among different laboratories, however.[20] Ultrasonography is more accurate for assessing severe lesions than for mild to moderate stenoses, although it cannot reliably differentiate a very severe stenosis from a carotid occlusion. Magnetic resonance angiography and spiral CT angiography are alternative techniques for evaluating the carotid bifurcation and can also evaluate the distal carotid artery and major intracranial vessels. These regions can also be imaged with transcranial Doppler.




Figure 3.—The algorithm shows the subsequent evaluation and treatment recommendations for patients with stroke. *Echocardiography may not be required for patients with previously diagnosed and stable high-risk cardiac disorders (such as atrial fibrillation) for whom warfarin sodium therapy will be indicated regardless of echocardiographic findings. †Consider laboratory evaluation for hypercoagulable states (see Table 1), infectious diseases, or immune-mediated disorders. bid = twice a day, CBC = complete blood count, CEA = carotid endarterectomy, ECG = electrocardiogram, HCl = hydrochloride, MRA = magnetic resonance angiogram, q = every, TCD = transcranial Doppler

which provides physiologic information about blood flow velocity that is not available with CT or MRA. Other limitations of MRA include an overestimation of the degree of arterial stenosis and the inability to discriminate severe stenoses from complete occlusions.

For patients with vertebrobasilar ischemia, the vertebral arteries and basilar artery can be imaged noninvasively with CT, MRA, or transcranial Doppler. If further clarification of lesion location or severity is required in either the anterior or posterior circulation, conventional cerebral angiography can provide excellent visualization of all of the major intracranial and extracranial cerebral vessels. Angiography is more sensitive than the noninvasive techniques for clarifying the specific cause and severity of vascular lesions (atherosclerosis, dissection, vasculitis, aneurysm).

For patients with clinical evidence of heart disease—previous cardiac disorders, abnormal cardiac examination or chest radiography, or substantial electrocardiographic abnormalities—a transthoracic echocardiogram is usually indicated. This generalization does not apply to patients with previously documented stable cardiac disorders who have undergone echocardiography and for whom anticoagulation therapy will be indicated regardless of the echocardiographic findings—for example, patients with atrial fibrillation, notable valvular disease, or severe cardiomyopathy. For patients with no clinical evidence of heart disease, the yield of transthoracic echocardiography is less than 3%.[9] Transesophageal echocardiography is frequently reserved for young patients (<45 years old) and persons with stroke of unclear origin after routine diagnostic studies and transthoracic echocardiography are done. Although transesophageal echocardiography has a high yield for detecting possible cardioembolic sources such as spontaneous echo contrast, aortic atherosclerosis, atrial septal aneurysm, and patent foramen ovale, the identification of these lesions often does not influence subsequent management.[21]

Additional laboratory studies are obtained if there is a suspicion of a coagulopathy or an infectious or immune-mediated disorder. Specific studies that are often helpful include antiphospholipid antibodies, protein C, protein S, antithrombin III, sedimentation rate, antinuclear antibody tests, and syphilis serologic tests. Lumbar puncture is not routinely indicated in patients with ischemic stroke, but it may be warranted when there is suspicion of a small subarachnoid hemorrhage, a central nervous system infection, vasculitis, or multiple sclerosis.

## Stroke Prevention

Following the diagnosis and initial treatment, attention can be focused on preventing stroke recurrence. Treatable stroke risk factors should be reviewed with the patient and efforts made to modify existing risk factors (Table 4).[22] Patients with significant carotid stenosis should be considered for carotid endarterectomy (discussed later).

### *Antiplatelet Agents*

Numerous studies have documented that aspirin is effective for preventing stroke recurrence in both male and female patients who have suffered an ischemic stroke or transient ischemic attack.[23] Unfortunately, clinical trials have not clarified the optimal dosage of aspirin, and experts continue to debate whether low or high doses should be recommended. At present, there is no compelling evidence to support a specific dosage recommendation. Dosage ranges from 30 to 1,300 mg per day are currently considered acceptable, with most physicians in the United States opting for 325 mg per day.[24]

TABLE 4.—*Modifiable Stroke Risk Factors*

| *Stroke Risk Factor* | *Estimated Relative Risk* |
|---|---|
| Hypertension | 4.0–5.0 |
| Cardiac disease | 2.0–4.0 |
| Atrial fibrillation | 5.6–17.6 |
| Diabetes mellitus | 1.5–3.0 |
| Cigarette smoking | 1.5–2.9 |
| Alcohol abuse | 1.0–4.0 |
| Hyperlipidemia | 1.0–2.0 |

*Adapted from Sacco.[22]

Ticlopidine hydrochloride is the only other currently available antiplatelet agent with conclusively demonstrated efficacy for preventing stroke. Ticlopidine is slightly more effective than aspirin, but it is associated with more frequent adverse effects, including substantial neutropenia in about 1% of patients.[25] Therefore, aspirin is generally recommended as the initial antiplatelet agent for most stroke patients. Ticlopidine is typically chosen for patients who suffer a stroke or transient ischemic attack despite aspirin therapy or for persons who are aspirin intolerant.[26]

Clopidogrel, a new antiplatelet agent, was recently found to have efficacy and safety similar to 325 mg a day of aspirin for preventing stroke.[27] This agent has not yet received approval from the Food and Drug Administration. Although previous studies did not find dipyridamole to be effective for stroke prevention, a recent large trial found that a combination of dipyridamole and aspirin was considerably more effective than the use of aspirin alone for preventing stroke. The clinical implications of these results are currently unclear, and concerns have recently been raised regarding the conduct of this trial.[28]

Long-term oral anticoagulation with warfarin sodium (international normalized ratio, 2.0 to 3.0) is the treatment of choice for most patients who suffer a cardioembolic stroke. The safety and efficacy of oral anticoagulation has been demonstrated most clearly for patients with atrial fibrillation.[29] Anticoagulation is widely recommended for patients who suffer a cardioembolic stroke from most high-risk cardiac causes, including acute myocardial infarction, severe cardiomyopathy, and substantial valvular heart disease. A slightly greater intensity of anticoagulation (international normalized ratio, 2.5 to 3.5) is suggested for stroke prevention in patients with mechanical heart valves. Anticoagulation is not indicated for patients with stroke caused by septic emboli, except in patients with mechanical heart valves.

The role of oral anticoagulation in ischemic stroke of noncardioembolic causes has not been adequately evaluated in clinical trials. The use of oral anticoagulant therapy is frequently recommended for patients who suffer an ischemic stroke despite adequate antiplatelet therapy, and recent preliminary data suggest that oral anticoagulation may be more effective than antiplatelet therapy for patients with symptomatic intracranial stenoses.[*] A large trial sponsored by the National Institutes of Health is currently comparing the efficacy of warfarin with aspirin in patients with noncardioembolic stroke subtypes.

*Carotid Endarterectomy or Cerebral Angioplasty*

Three large randomized, multicenter trials consistently found carotid endarterectomy to be highly beneficial for preventing stroke in patients with symptomatic carotid stenosis of 70% or more who are good surgical candidates.[*] Patients with recent transient ischemic attacks or minor strokes were entered into these trials and operated on by surgeons with track records of low perioperative stroke and death rates when performing this procedure. Carotid endarterectomy is not indicated for patients with less than 30% stenosis of the carotid artery.[*] The role of carotid endarterectomy is currently under investigation for patients with moderate (30% to 69%) stenosis; however, one recent European trial did not find evidence of benefit for this subgroup of patients.[*]

The Asymptomatic Carotid Atherosclerosis Study (ACAS) recently found that asymptomatic patients with moderate to severe carotid stenosis (60% to 99%) can benefit from carotid endarterectomy. The degree of benefit in this study, however, was considerably less than that documented for patients with symptoms referable to the carotid lesion.[*] The recurrent stroke risk was reduced from about 2% per year in the medical treatment group to about 1% per year in the surgical treatment group. Therefore, the expected risks and benefits of this procedure should be carefully considered in asymptomatic patients. Patients who are at low surgical risk and have a life expectancy of at least five to ten years are most likely to benefit.

The results from several large series suggest that cerebral angioplasty may be a viable option for stroke prevention in patients with both intracranial and extracranial vascular lesions.[*] This procedure is not yet widely available and is generally restricted to patients who are refractory to maximal medical therapy and are not candidates for carotid endarterectomy. Large randomized trials designed to clarify the efficacy and safety of cerebral angioplasty are currently being organized.

*Economic and Public Health Effects*

Despite substantial advances in diagnosis, treatment, and prevention, stroke continues to have a major effect on public health. Stroke remains the most common cause of neurologic disability and the third leading cause of death. Estimates of the total cost of stroke vary widely; recent figures suggest an annual cost in the United States of about $30 billion.[*] Because of the high cost of stroke, effective stroke treatment and prevention therapies are highly cost-effective.[*] Unfortunately, physicians are often slow to adopt these new therapies. For example, compelling data from several clinical trials have documented the efficacy and safety of oral anticoagulation therapy for preventing stroke in patients with atrial fibrillation, yet this therapy continues to be substantially underused.[*] Preliminary analyses indicate that initial stroke therapy with t-PA is also highly cost-effective; yet, only a small fraction of eligible patients receive thrombolytic therapy for stroke.

Recently approved therapies for stroke and several promising investigational strategies offer hope for a substantial reduction in stroke incidence, disability and death. Extensive physician and patient education programs will be required to implement these new treatments.

**Acknowledgment**

Phyllis Grant prepared the manuscript.

REFERENCES

1. Adams HP Jr, Brott TG, Crowell RM, Furlan AJ, Gomez CR, Grotta J, et al. Guidelines for the management of patients with acute ischemic stroke. A statement for health care professionals from a special writing group of the Stroke Council, American Heart Association. Stroke 1994 Sep; 25:1901–1914

2. The National Institute of Neurological Disorders and Stroke rt-PA Stroke Study Group. Tissue plasminogen activator for acute ischemic stroke. N Engl J Med 1995; 333:1581–1587

3. Adams HP Jr, Brott TG, Furlan AJ, Gomez CR, Grotta J, Helgason CM. Guidelines for thrombolytic therapy for acute stroke: a supplement to the Guidelines for the Management of Patients with Acute Ischemic Stroke. Stroke 1996; 27:1711–1718

4. Report of the Quality Standards Subcommittee of the American Academy of Neurology. Practice advisory: thrombolytic therapy for acute ischemic stroke summary statement. Neurology 1996; 47:835–839

5. Donnan GA, Davis SM, Chambers BR, Gates PC, Hankey GJ, McNeil JJ, et al. Streptokinase for acute ischemic stroke with relationship to time of administration. JAMA 1996; 276(12):961–966

6. Multicentre Acute Stroke Trial—Italy (MAST-I) Group. Randomised controlled trial of streptokinase, aspirin, and combination of both in treatment of acute ischaemic stroke. Lancet 1995; 346(8989):1509–1514

7. The Multicenter Acute Stroke Trial Europe Study Group. Thrombolytic therapy with streptokinase in acute ischemic stroke. N Engl J Med 1996; 335(3):145–150

8. Duke RJ, Bloch RF, Alexander GG, Turpie MB, Trebilcock R, Bayer MB. Intravenous heparin for the prevention of stroke progression in acute partial stable stroke: a randomized controlled trial. Ann Intern Med 1986; 105:825–828

9. Cerebral Embolism Task Force. Cardiogenic brain embolism. Arch Neurol 1989; 46:727–743

10. Hart RG, Easton DJ. Hemorrhagic infarcts. Stroke 1986; 17:586–589

11. Sandercock P, for the International Stroke Trial Collaborative Group. IST: Preliminary results. Pt I. Effects of aspirin and heparin separately and in combination [abstr]. Cerebrovasc Dis 1996; 6:23

12. Kay R, Wong KS, Yu YL, Chan YW, Tsoi TH, Ahuja AT, et al. Low-molecular-weight heparin for the treatment of acute ischemic stroke. N Engl J Med 1995; 333(24):1588–1593

13. Chen ZM, Xie JX, Peto R, on behalf of the CAST Collaborative Group. Chinese Acute Stroke Trial (CAST): rationale, design and progress [abstr]. Cerebrovasc Dis 1996; 6:23

14. Rothman SM, Olney JW. Glutamate and the pathophysiology of hypoxic-ischemic brain damage. Ann Neurol 1986; 19:105–111

15. Siesjö BK, Bengtsson F. Calcium fluxes, calcium antagonists, and calcium-related pathology in brain ischemia, hypoglycemia, and spreading depression: a unifying hypothesis. J Cereb Blood Flow Metab 1989; 9:127–140

16. Choi DW. Methods for antagonizing glutamate neurotoxicity. Cerebrovasc Brain Metab Rev 1990; 2:105–147

17. Grotta J, Hantson L, Wessell T, for the LUB-INT-9 Study Group. The efficacy and safety of lubeluzole in patients with acute ischemic stroke [abstr]. Stroke 1997; 28:271

18. Albers GW, Goldberg MP, Choi DW. N-methyl-D-aspartate antagonists: ready for clinical trial in brain ischemia? Ann Neurol 1989; 25:398–403

19. Council on Scientific Affairs. Doppler sonographic imaging of the vascular system: report of the Ultrasonography Task Force. JAMA 1991; 265:2382–2387

20. Howard G, Chambless LE, Baker WH. A multicenter validation study of doppler ultrasound versus angiography. J Stroke Cerebrovasc Dis 1991; 1:166–173

21. DeRook FA, Comess KA, Albers GW, Popp RL. Transesophageal echocardiography in the evaluation of stroke. Ann Intern Med 1992; 117:922–932

22. Sacco RL. Risk factors and outcomes for ischemic stroke. Neurology 1995; 45:S10–S14

23. Antiplatelet Trialists' Collaboration. Collaborative overview of randomised trials of antiplatelet therapy, I: prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. Br Med J 1994; 308:81–106

24. Feinberg WM, Albers GW, Barnett HJ, Biller J, Caplan LR, Carter LP, et al: Guidelines for the management of transient ischemic attacks. From the Ad Hoc Committee on Guidelines for the Management of Transient Ischemic Attacks of the Stroke Council of the American Heart Association. Stroke 1994; 25:1320–1335

25. Hass WK, Easton JD, Adams HP Jr, Pryse-Phillips W, Molony BA, Anderson S, et al. A randomized trial comparing ticlopidine hydrochloride with aspirin for the prevention of stroke in high-risk patients. Ticlopidine Aspirin Stroke Study Group. N Engl J Med 1989; 321(8):501–507

26. Sherman DG, Dyken ML, Gent M, Harrison M, Hart RG, Mohr JP. Antithrombotic therapy for cerebrovascular disorders: an update. Chest 1995; 108:444S–456S

27. CAPRIE Steering Committee. A randomised, blinded, trial of clopidogrel versus aspirin in patients at risk of ischaemic events (CAPRIE). Lancet 1996; 348(9038):1329–1339

28. Enserink M. Fraud and ethics charges hit stroke drug trial. J Neurol Sci 1996; 274:2004–2005

29. Atrial Fibrillation Investigators. Risk factors for stroke and efficacy of antithrombotic therapy in atrial fibrillation. Analysis of pooled data from five randomized controlled trials. Arch Intern Med 1994; 154:1449–1457

30. Warfarin-Aspirin Symptomatic Intracranial Disease Study Group. The Warfarin-Aspirin Symptomatic Intracranial Disease Study. Neurology 1995; 45:1488–1493

31. North American Symptomatic Carotid Endarterectomy Trial Collaborators. Beneficial effect of carotid endarterectomy in symptomatic patients with high-grade carotid stenosis. N Engl J Med 1991; 325(7):445–453

32. European Carotid Surgery Trialists' Collaborative Group. MRC European Carotid Surgery Trial: interim results for symptomatic patients with severe (70-99%) or with mild (0-29%) carotid stenosis. Lancet 1991; 337:1235–1243

33. Mayberg MR, Wilson SE, Yatsu F, Weiss DG, Messina L, Hershey LA, et al. Carotid endarterectomy and prevention of cerebral ischemia in symptomatic carotid stenosis. JAMA 1991; 266(23):3289–3294

34. European Carotid Surgery Trialists' Collaborative Group. Endarterectomy for moderate symptomatic carotid stenosis: interim results from the MRC European Carotid Surgery Trial. Lancet 1996; 347:1591–1593

35. Executive Committee for the Asymptomatic Carotid Atherosclerosis Study. Endarterectomy for asymptomatic carotid artery stenosis. JAMA 1995; 273:1421–1428

36. Clark WM, Barnwell SL, Nesbit G, O'Neill OR, Wynn ML, Coull BM. Safety and efficacy of percutaneous transluminal angioplasty for intracranial atherosclerotic stenosis. Stroke 1995; 26:1200–1204

37. PORT Study. Funded by the Agency for Health Care Policy and Research. Durham (NC): Duke University Medical Center, 1994

38. Gage BF, Cardinalli AB, Albers GW, Owens DK. Cost effectiveness of warfarin and aspirin for prophylaxis of stroke in patients with nonvalvular atrial fibrillation. JAMA 1995; 274:1839–1845

39. Dobkin B. The economic impact of stroke. Neurology 1995; 45:S6–S9

40. Albers GW, Yim JM, Belew KM, Bittar N, Hattemer CR, Phillips BG. Status of antithrombotic therapy for patients with atrial fibrillation in university hospitals. Arch Intern Med 1996; 156:2311–2316