1          THE HONORABLE BARBARA J. ROTHSTEIN

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
9                            AT SEATTLE

10   IN RE  Phenylpropanolamine (PPA) Products        )
         Liability Litigation                         )
11   -----------------------------------------------  )   No. MDL 1407
                                                      )
12   This document relates to all actions.            )   **CASE MANAGEMENT ORDER**
                                                      )   **NO. 21 CONCERNING**
13                                                    )   **CHANGE OF DEFENSE LEAD**
                                                      )   **AND LIAISON COUNSEL**
14                                                    )
                                                      )
15   _____ )

16          Pursuant to the court's November 20, 2001 Order Appointing Lead and Liaison

17   Counsel, Randolph Sherman of Kaye Scholer LLP, who represents Novartis Consumer

18   Health, was appointed Co-Lead Counsel for Defendant Manufacturers. Due to the fact

19   Novartis Consumer Health no longer has any cases pending in MDL 1407, the Court hereby

20   relieves Randolph Sherman and Kaye Scholer LLP from any and all further defense lead

21   counsel responsibilities; such duties are hereby transferred to Terry Tottenham of Fulbright &

22   Jaworski L.L.P., who will now assume all duties to act as Lead Counsel for Defendants

23   Manufacturers. All parties in MDL 1407 are hereby instructed to provide all further notices

24   and communications that were to be sent to Randolph Sherman and Kaye Scholer LLP to

25   Terry Tottenham and Fulbright & Jaworski L.L.P.

26

CASE MANAGEMENT ORDER CONCERNING
CHANGE OF DEFENSE LEAD AND LIAISON
COUNSEL - 1
019186.0028/1354018.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA  98101
(206) 223-7000

1

2    Additionally, pursuant to the Court's November 20, 2001 Order, D. Joseph Hurson of

3 Lane Powell PC, who also represents Novartis Consumer Health, was appointed Co-Liaison

4 Counsel for Defendant Manufacturers. Due to the fact Novartis Consumer Health no longer

5 has any cases pending in MDL 1407, the Court hereby relieves D. Joseph Hurson and Lane

6 Powell PC from any and all further defense liaison counsel responsibilities; such duties are

7 hereby transferred to Douglas Hofmann and Williams Kastner Gibbs PLLC, who will now

8 assume all duties to act as Liaison Counsel for Defendant Manufacturers. All parties in MDL

9 1407 are hereby instructed to provide all further notices and communications that were to be

10 sent to D. Joseph Hurson and Lane Powell PC to Douglas Hofmann and Williams Kastner

11 Gibbs PLLC.

12       AND IT IS SO ORDERED.

13       Dated this 22nd day of January, 2007.

14

15

16       Barbara Jacobs Rothstein
         U.S. District Court Judge

17

18

19

20

21

22

23

24

25

26

CASE MANAGEMENT ORDER CONCERNING
CHANGE OF DEFENSE LEAD AND LIAISON
COUNSEL - 2
019186.0028/1354018.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA  98101
(206) 223-7000