The Honorable Barbara Jacobs Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION<br><br>This document relates to all cases listed in Exhibit A | MDL No. 1407<br><br>ORDER GRANTING MOTION TO DISMISS "DELACO RELEASED PARTIES" |

This matter is before the court on the Motion to Dismiss filed by Williams, Kastner & Gibbs PLLC, local counsel for the Delaco Settlement Trust, Miller & Martin PLLC, special counsel for the Delaco Settlement Trust, and The New Delaco Company as successor in interest to The Delaco Company as successor by merger to Thompson Medical Company, Inc. (hereinafter "Delaco").

Having considered the moving papers and attachments thereto, the court finds the following:

1. Delaco, a defendant in numerous cases pending in MDL 1407 *In Re Phenylpropanolamine (PPA) Products Liability Litigation,* filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (hereinafter the "Bankruptcy Court"), and on February 17, 2006, the Bankruptcy Court confirmed the Amended Plan of Reorganization of The Delaco Company under Chapter 11 of the United States Bankruptcy Code as more fully set out in the Confirmation Order.

ORDER GRANTING MOTION TO DISMISS "DELACO RELEASED PARTIES" - 1
(MDL No. 1407)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1975490.1

2. The Confirmation Order approved the establishment of the Delaco Settlement Trust; the trust's assumption of all liability arising from or related to Delaco Trust Claims through a Channeling Injunction; dismissed "all actions commenced against Delaco asserting personal injury or wrongful death claims based on the ingestion of products containing PPA"; directed the claims to the Delaco Settlement Trust; released all claims "constituting, based upon, arising out of, attributable to or connected with any Dexatrim Trust Claims, PPA Litigation or Dexatrim Products…"; and approved the appointment of Miller & Martin PLLC as the Claims Reviewer of the Trust.

3. As required by the terms of the Delaco Settlement Trust, the Claims Reviewer reviewed Delaco Trust Claims and negotiated settlement compensation with each claimant listed on Exhibit A to this Order. Prior to receipt of settlement compensation, the claimants listed in Exhibit A executed release and tender of payment forms indicating the claimants' agreement to release his or her Delaco Trust claim and to dismiss his or her cause of action. Subsequently, each claimant listed in Exhibit A has received 90% of the total adjusted settlement compensation value (less any amounts withheld for lien holdbacks and the 8% MDL fee).

4. The dismissal of all actions commenced against Delaco asserting personal injury or wrongful death based on the ingestion of products containing PPA and direction of these claims to the Delaco Settlement Trust by the Bankruptcy Court is approved and adopted by this Court.

5. Each claimant listed in Exhibit A has settled his or her claim with the Delaco Settlement Trust and consented to the dismissal of his or her claim.

Based upon the findings set out above, IT IS HEREBY ORDERED:

That the claims identified in the chart attached to this Order as Exhibit A are dismissed with prejudice and on the merits against The Delaco Company, successor by merger to

ORDER GRANTING MOTION TO DISMISS "DELACO RELEASED PARTIES" - 2
(MDL No. 1407)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1975490.1

1  Thompson Medical Company, Inc., Thomson Medical Company, Inc., Chattem, Inc., Signal
2  Investment and Management Co., Sidmak Laboratories, Inc., n/k/a Pliva, Inc., the Delaco
3  Settlement Trust, the Trustee of the Delaco Settlement Trust, the Trust Advisory Committee of
4  the Delaco Settlement Trust, Miller & Martin PLLC, Special Master John E. Keefe, Sr., Lynch
5  Keefe Bartels, and/or any vendor, retailer distributor, formulator, and/or manufacturer of any
6  part of the Dexatrim Products and a Minute Entry for each case pending in MDL 1407 listed in
7  <u>Exhibit A</u> will be entered referring to this Order of Dismissal.

8        DATED this 23rd day of March, 2007.

*[signature]*

Barbara Jacobs Rothstein
U.S. District Court Judge

PRESENTED BY:

s/Gregory D. Shelton, WSBA #36530
Attorneys for Delaco Settlement Trust
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: gshelton@wkg.com

ORDER GRANTING MOTION TO DISMISS "DELACO RELEASED PARTIES" - 3
(MDL No. 1407)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1975490.1

# EXHIBIT A

# DELACO MDL CASES TO BE DISMISSED

| *Claimant* | *MDL No.* | *Parties to be Dismissed* |
|---|---|---|
| Adams, Carol | 03-940 | Chattem, Inc.<br>The Delaco Company |
| Arias, Adalgiza | 03-218 | Sidmak Laboratories, Inc.<br>The Delaco Company<br>Chattem, Inc. |
| Banks, Bonnie and Edward Gray | 03-219 | Sidmak Laboratories<br>The Delaco Company<br>Thompson Medical Co., Inc.<br>Chattem, Inc. |
| Barnes, Gloria | 02-1769 | The Delaco Company |
| Beauvais, Diane | 04-224 | The Delaco Company |
| Bishop, Roberta | 03-1119 | The Delaco Company<br>Sidmak Laboratories, Inc.<br>Sobel NV<br>Chattem, Inc.<br>Signal Investment and Management<br>Pam Holdings, Inc.<br>DD Plivaa<br>Alps Pharmaceuticals |
| Blanchard, Elvira | 03-2476 | Thompson Medical Co., Inc.<br>The Delaco Company<br>Sidmak Laboratories, Inc.<br>Pliva, Inc. |
| Blaylock, Lisa and Jim | 03-614 | Sidmak Laboratories, Inc.<br>The Delaco Company<br>Chattem, Inc.<br>Steve Weiss & Co., Inc. |
| Bowey, Rochelle | 04-225 | The Delaco Company |
| Bradley, Margaret | 02-1702 | Chattem, Inc.<br>Thompson Medical Co., Inc.<br>The Delaco Company |
| Brookman, Marie | 02-340 | The Delaco Company<br>Chattem, Inc. |
| Brown, Annette | 04-236 | Chattem, Inc.<br>The Delaco Company<br>Walgreen Company |

ORDER GRANTING MOTION TO DISMISS "DELACO RELEASED PARTIES" - 4
(MDL No. 1407)

1975490.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

| | | | |
|---|---|---|---|
| 1 | Bryant, Dorothy | 03-200 | Chattem, Inc.<br>The Delaco Company<br>Thompson Medical Co., Inc.<br>Sidmak Laboratories, Inc.<br>Sobel NV<br>Pliva Prague<br>Steve Weiss & Co., Inc.<br>Alps Pharmaceutical Ind. Co. |
| 2 | Campbell, Mallie | 01-2141 | Thompson Medical Co., Inc.<br>Chattem, Inc.<br>The Delaco Company |
| 3 | Carlee, Joyce | 03-1117 | The Delaco Company<br>Sidmak Laboratories, Inc.<br>Sobel NV<br>Chattem, Inc.<br>Signal Investment & Management<br>Pam Holdings, Inc. (DE)<br>Pam Holdings, Inc. (NJ)<br>Plivaa DD<br>Alps Pharmaceuticals |
| 4 | Caton, Sandra | 03-616 | Sidmak Laboratories<br>The Delaco Company<br>Chattem, Inc.<br>Steve Weiss & Co., Inc. |
| 5 | Chambers, Pricilla | 03-2094 | Chattem, Inc. |
| 6 | Chapman, Kimberly and L. Wendell Chapman | 03-1115 | Chattem, Inc.<br>The Delaco Company<br>Sidmak Laboratories, Inc.<br>Sobel NV<br>Alps Pharmaceuticals<br>Signal Investment & Management Co.<br>Pam Holdings, Inc. (DE)<br>Pam Holdings, Inc. (NJ)<br>Plivaa D.D. |
| 7 | Chapman, Oakley and Michael E. Oakley | 02-798 | Chattem, Inc.<br>The Delaco Company |
| 8 | Childress, Vickie | 03-1381 | The Delaco Company<br>Chattem, Inc.<br>Coleman Pharmacy |
| 9 | Clark, Evie Sue | 03-1093 | The Delaco Company<br>Sidmak Laboratories, Inc.<br>Sobel NV<br>Alps Pharmaceutical Ind. Co. Ltd.<br>Pliva DD<br>Steve Weiss & Co., Inc. |
| 10 | Compton, Tammy and Mark Compton | 03-609 | Sidmak Laboratories, Inc.<br>The Delaco Company<br>Chattem, Inc.<br>Steve Weiss & Co., Inc. |

ORDER GRANTING MOTION TO DISMISS "DELACO RELEASED PARTIES" - 5
(MDL No. 1407)

1975490.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

| | | |
|---|---|---|
| Cook, Brenda | 03-1125 | Chattem, Inc.<br>The Delaco Company<br>Sidmak Laboratories, Inc.<br>Sobel NV<br>Alps Pharmaceuticals<br>Signal Investment & Management Co.<br>Pam Holdings, Inc. (DE)<br>Pam Holdings, Inc. (NJ)<br>DD Plivaa |
| Cornfield, Lori | 03-1122 | The Delaco Company<br>Sidmak Laboratories, Inc.<br>Sobel NV<br>Chattem, Inc.<br>Signal Investment and Management<br>Pam Holdings, Inc. (DE)<br>Pam Holdings, Inc. (NJ)<br>Plivaa DD<br>Alps Pharmaceuticals |
| Daigle, Weylin | 04-386 | The Delaco Company |
| Davis, Michael | 03-214 | Sidmak Laboratories, Inc.<br>The Delaco Company<br>Chattem, Inc. |
| Delano, Kelly | 04-66<br>04-971 | Chattem, Inc.<br>The Delaco Company<br>Plivaa, Inc. |
| Dille, Angelita | 03-1382 | The Delaco Company<br>Chattem, Inc.<br>Coleman Pharmacy |
| Dobbs, David | 03-2859 | The The Delaco Company<br>Sidmak Laboratories, Inc.<br>Sobel NV<br>Chattem, Inc.<br>Signal Investment and Management<br>Pam Holdings, Inc.<br>DD Plivaa<br>Alps Pharmaceuticals<br>Brookshire Grocery Co. |
| Dobrowolsky, Suzanne and Donald Dobrowolsky | 03-1014 | The Delaco Company<br>Sidmak Laboratories, Inc.<br>Sobel NV<br>Chattem, Inc.<br>Signal Investment and Management<br>Pam Holdings, Inc. (DE)<br>Pam Holdings, Inc. (NJ)<br>Plivaa DD<br>Alps Pharmaceuticals |
| Donohue, Renee | 03-2756 | Chattem, Inc.<br>The Delaco Company |

ORDER GRANTING MOTION TO DISMISS "DELACO RELEASED PARTIES" - 6
(MDL No. 1407)

1975490.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

| | | | |
|---|---|---|---|
| 1 | Dyson, Lydia | 02-893 | Chattem, Inc.<br>Boudreaux's Family Pharmacy, Inc.<br>The Delaco Company |
| 2 | Edwards, Delores Earline | 02-1373 | Chattem, Inc.<br>The Delaco Company<br>Rite-Aid of Pennsylvania |
| 3 | Felps, Marie | 03-1379 | The Delaco Company<br>Chattem, Inc.<br>H.E. Butt Grocery<br>Coleman Pharmacy |
| 4 | Fetzer, Deann and Kelly Fetzer | 03-941 | Chattem, Inc.<br>The Delaco Company<br>Walgreens Company<br>H.E. Butt Grocery |
| 5 | Finnell, Joe C. and Isabel Finnell | 03-586 | Thompson Medical Co., Inc.<br>The Delaco Company<br>Pliva, Inc.<br>Sidmak Laboratories, Inc. |
| 6 | Forth, Tama | 03-2161 | Chattem, Inc.<br>The Delaco Company |
| 7 | Foshee, JoAnn | 04-1624 | The Delaco Company |
| 8 | Garrett, Alice | 03-2498 | The Delaco Company<br>Sidmak Laboratories, Inc.<br>Sobel NV<br>Chattem, Inc.<br>Pam Holdings, Inc.<br>Plivaa DD<br>Alps Pharmaceuticals |
| 9 | Gary, Elizabeth | 01-2092 | The Delaco Company<br>Pliva, Inc.<br>Sidmak Laboratories, Inc. |
| 10 | Gleich, Barbara | 04-333 | Chattem, Inc.<br>Thompson Medical Co., Inc.<br>Walgreen Company<br>Wal-Mart Stores, Inc.<br>Wal-Mart Stores East, Inc.<br>Wal-Mart Stores East, LP<br>Dierbergs Markets, Inc. |
| 11 | Goodman, Kay and Tom | 02-1079 | Thompson Medical Co., Inc.<br>Chattem, Inc.<br>The Delaco Company<br>Sidmak Laboratories<br>Sobel NV<br>Pliva Prague |
| 12 | Green, Paulette | 03-2027 | Chattem, Inc.<br>The Delaco Company |
| 13 | Griffin, Pamela and William F. Griffin | 03-1515 | Chattem, Inc.<br>The Delaco Company |

ORDER GRANTING MOTION TO DISMISS "DELACO RELEASED PARTIES" - 7
(MDL No. 1407)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1975490.1

| | | |
|---|---|---|
| Gwin, Deborah | 03-1007 | The Delaco Company<br>Sidmak Laboratories, Inc.<br>Sobel NV<br>Chattem, Inc.<br>Signal Investment and Management<br>Pam Holdings, Inc. (DE)<br>Pam Holdings, Inc. (NJ)<br>Plivaa DD<br>Alps Pharmaceuticals |
| Hagan, John and Paula Hagan | 03-1116 | Chattem, Inc.<br>The Delaco Company<br>Sidmak Laboratories, Inc.<br>Sobel NV<br>Alps Pharmaceuticals<br>Signal Investment & Management Co.<br>Pam Holdings, Inc. (DE)<br>Pam Holdings, Inc. (NJ)<br>DD Plivaa |
| Hagen, Pamela and Jeffrey Hagen | 03-1015 | The Delaco Company<br>Sidmak Laboratories, Inc.<br>Sobel NV<br>Chattem, Inc.<br>Signal Investment and Management<br>Pam Holdings, Inc. (DE)<br>Pam Holdings, Inc. (NJ)<br>Plivaa DD<br>Alps Pharmaceuticals |
| Hamblin, Lisa | 04-375 | Thompson Medical Co., Inc. |
| Hand, Carol and Angela Joubert Eugene Joubert | 01-2105 | Thompson Medical Co., Inc.<br>The Delaco Company<br>Plivaa DD<br>DD Plivaa<br>Pliva Prague<br>Pliva, Inc.<br>Pliva DD<br>Sidmak Laboratories, Inc. |
| Hentges, Henry | 02-1864 | Thompson Medical Co., Inc.<br>The Delaco Company<br>Chattem, Inc. |
| Hinojosa, Teresa and Ever Hinojosa | 03-1380 | The Delaco Company<br>Chattem, Inc.<br>H.E. Butt Grocery |

ORDER GRANTING MOTION TO DISMISS "DELACO RELEASED PARTIES" - 8
(MDL No. 1407)

1975490.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

| | | | |
|---|---|---|---|
| 1 | Hollingsworth, Kathleen | 03-1113 | The Delaco Company<br>Sidmak Laboratories, Inc.<br>Sobel NV<br>Chattem, Inc.<br>Signal Investment and Management<br>Pam Holdings, Inc. (DE)<br>Pam Holdings, Inc. (NJ)<br>Plivaa DD<br>Alps Pharmaceuticals |
| 2 | Hrynyk, Joyce A. | 03-613 | The Delaco Company<br>Pathmark Stores, Inc.<br>Sidmak Laboratories, Inc. |
| 3 | Hudkins, Janey | 03-1009 | The Delaco Company<br>Sidmak Laboratories, Inc.<br>Sobel NV<br>Chattem, Inc.<br>Signal Investment and Management<br>Pam Holdings, Inc. (DE)<br>Pam Holdings, Inc. (NJ)<br>Plivaa DD<br>Alps Pharmaceuticals |
| 4 | Hyde, William | 04-384 | Chattem, Inc.<br>Chattem, Inc. Consumer Products Division<br>The Delaco Company |
| 5 | Jackson, Nadine and Clarence Jackson | 01-2225 | Sidmak Laboratories, Inc.<br>The Delaco Company<br>Thompson Medical Co., Inc. |
| 6 | Jackson, Thelma | 04-88 | The Delaco Company |
| 7 | Johnson, Keith, Individually and o/b/o Estate of Janet Johnson | 04-1370 | Chattem, Inc.<br>The Delaco Company<br>Pliva, Inc. |
| 8 | Johnson, Leola (deceased, by and through her daughter, Ora Mae Pittman) and Ora Mae Pittman, Individually | 01-2181 | The Delaco Company<br>DD Plivaa<br>Pliva Prague<br>Pliva, Inc.<br>Pliva DD<br>Sidmak Laboratories, Inc. |
| 9 | Joslyn, Candy Coats | 03-3023 | Chattem, Inc. |
| 10 | Keys, Lillian Williams and Henry Joseph Keys | 03-2145 | Chattem, Inc.<br>Thompson Medical Co., Inc.<br>The Delaco Company |
| 11 | Kunkel, Betty | 04-409 | The Delaco Company |
| 12 | Ladell, Betty | 03-1442 | The Delaco Company<br>Chattem, Inc. |
| 13 | Logsdon, Kelly R. | 02-2355 | The Delaco Company<br>Chattem, Inc.<br>Sidmak Laboratories, Inc. |

ORDER GRANTING MOTION TO DISMISS "DELACO RELEASED PARTIES" - 9
(MDL No. 1407)

1975490.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

| | | | |
|---|---|---|---|
| 1 2 3 4 | Lowery, Kathy | 01-2104 | Thompson Medical Co., Inc.<br>Delaco Company<br>Plivaa DD<br>Pliva Prague<br>Pliva, Inc.<br>Pliva DD<br>Sidmak Laboratories, Inc. |
| 5 6 7 8 9 10 | Magnussen, Michelle and Kraig Magnussen | 03-1114 | The Delaco Company<br>Sidmak Laboratories, Inc.<br>Sobel NV<br>Chattem, Inc.<br>Signal Investment and Management<br>Alps Pharmaceuticals<br>Pam Holdings, Inc. (DE)<br>Pam Holdings, Inc. (NJ)<br>DD Plivaa<br>Pam Holdings, Inc. (f/k/a Sobel Holdings, Inc.) |
| 11 | Marcum, Janet and Hiram Marcum | 03-220 | Sidmak Laboratories, Inc.<br>The Delaco Company<br>Thompson Medical Co., Inc. |
| 12 13 14 15 | May, Harold | 03-879 | The Delaco Company f/k/a Thompson Medical Co., Inc.<br>Chattem, Inc.<br>Sidmak Laboratories, Inc.<br>Sobel NV<br>Pliva Prague<br>Steve Weiss & Co., Inc.<br>Alps Pharmaceuticals, Inc. Co. Ltd. |
| 16 | McCarty, Dickie and Jan McCarty | 03-1525 | The Delaco Company<br>Chattem, Inc. |
| 17 | McKinney, Catherine | 03-3029 | Chattem, Inc. |
| 18 19 | Medrano, Gloria R. and Juan Medrano | 03-247 | The Delaco Company<br>Chattem, Inc.<br>HE Butt Grocery Company<br>Wal-Mart Stores, Inc.<br>Pam Holdings (DE) |
| 20 | Mergen, Leslie | 02-759 | Chattem, Inc.<br>The Delaco Company |
| 21 22 | Miller, Anna Faye | 03-942 | Chattem, Inc.<br>The Delaco Company<br>HE Butt Grocery Co. |
| 23 | Montgomery, Rebecca | 04-1119 | Chattem, Inc. |
| 24 | Moore, Katherine | 03-246 | Thompson Medical Co., Inc.<br>The Delaco Company<br>Sidmak Laboratories, Inc.<br>Pliva, Inc. |

ORDER GRANTING MOTION TO DISMISS "DELACO RELEASED PARTIES" - 10
(MDL No. 1407)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1975490.1

| | | | |
|---|---|---|---|
| 1 | Moore, Roger Dale | 04-548 | Chattem, Inc.<br>The Delaco Company<br>Pliva, Inc. |
| 2 | Mosley, Robin | 03-3525 | Chattem, Inc.<br>Thompson Medical Co., Inc.<br>Everitt Discount Drugs |
| 3 | Mulcahy, Sarah and Robin O'Brian Mulcahy | 03-1517 | The Delaco Company<br>Chattem, Inc. |
| 4 | Neidhart, Carl | 04-1617 | Chattem, Inc.<br>Chattem, Inc. Consumer Products Division |
| 5 | Ochoa, Anna | 03-608 | The Delaco Company<br>Sidmak Laboratories |
| 6 | Pendleton, Thelma | 04-395 | Chattem, Inc.<br>The Delaco Company |
| 7 | Peterson, Teri Jean and Steven Matthew Peterson | 03-624 | Chattem, Inc.<br>Eckerd Co.<br>Eckerd Holdings II, Inc.<br>The Delaco Company |
| 8 | Peterson, Teri Jean and Steven Matthew Peterson | 03-3128 | The Delaco Company |
| 9 | Pettet, Susan | 03-2749 | Sidmak Laboratories, Inc.<br>The Delaco Company<br>Chattem, Inc.<br>Steve Weiss & Co., Inc. |
| 10 | Pierce, Mary | 03-1011 | The Delaco Company<br>Sidmak Laboratories, Inc.<br>Sobel NV<br>Chattem, Inc.<br>Signal Investment and Management<br>Pam Holdings, Inc. (DE)<br>Pam Holdings, Inc. (NJ)<br>Plivaa DD<br>Alps Pharmaceuticals |
| 11 | Pitts, Angelina | 03-623 | The Delaco Company |
| 12 | Powell, Betty | 03-3552 | Chattem, Inc.<br>Thompson Medical Co., Inc.<br>Wells Discount Drugs |
| 13 | Redmond, Earl and Damita Little Redmond | 02-556 | Chattem, Inc.<br>The Delaco Company |
| 14 | Reynolds, Iona Hope and Officer Thomas | 03-1118 | Chattem, Inc.<br>The Delaco Company<br>Sidmak Laboratories, Inc.<br>Sobel NV<br>Alps Pharmaceuticals<br>Signal Investment & Management Co.<br>Pam Holdings, Inc. (DE)<br>Pam Holdings, Inc. (NJ)<br>DD Pliva |

ORDER GRANTING MOTION TO DISMISS "DELACO RELEASED PARTIES" - 11
(MDL No. 1407)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1975490.1

| | | | |
|---|---|---|---|
| 1 | Ridings, Nell | 03-1123 | Chattem, Inc.<br>The Delaco Company<br>Sidmak Laboratories, Inc.<br>Sobel NV<br>Alps Pharmaceuticals<br>Signal Investment & Management Co.<br>Pam Holdings, Inc. (DE)<br>Pam Holdings, Inc. (NJ)<br>DD Pliva |
| 2 | Ringer, Lillie | 03-1010 | The Delaco Company<br>Sidmak Laboratories, Inc.<br>Sobel NV<br>Chattem, Inc.<br>Signal Investment and Management<br>Pam Holdings, Inc. (DE)<br>Pam Holdings, (NJ)<br>Plivaa DD<br>Alps Pharmaceuticals |
| 3 | Roberson, Debbie | 03-606 | The Delaco Company<br>Thompson Medical Co., Inc.<br>Chattem, Inc. |
| 4 | Robinson, Margaret and Wayne Robinson | 02-280 | Thompson Medical Co., Inc.<br>Target Corporation, Inc. |
| 5 | Roe, Gary G. | 03-611 | Sidemak Laboratories, Inc.<br>The Delaco Company<br>Chattem, Inc.<br>Steve Weiss & Co. |
| 6 | Roebuck, Kitt | 02-898 | Thompson Medical Co., Inc.<br>Chattem, Inc.<br>Sav-On Drug Stores, Inc. (as it relates to Dexatrim)<br>American Drug Stores, Inc. (as it relates to Dexatrim)<br>Sidmak Laboratories, Inc.<br>The Delaco Company |
| 7 | Schlegel, Mildred and Gary | 03-1111 | Sidmak Laboratories, Inc.<br>The Delaco Company<br>Chattem, Inc. |
| 8 | Schuster, Susan | 04-882 | Chattem, Inc.<br>The Delaco Company<br>Pliva, Inc. |
| 9 | Shivers, Robin and Jackie Shivers | 04-17 | Thompson Medical Co., Inc. |
| 10 | Slappery, Mina | 01-2135 | Thompson Medical Co., Inc.<br>Chattem, Inc.<br>Sidmak Laboratories, Inc. |
| 11 | Smith, Estelle S. | 03-3476 | Chattem, Inc. |

ORDER GRANTING MOTION TO DISMISS "DELACO RELEASED PARTIES" - 12
(MDL No. 1407)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1975490.1

| | | | |
|---|---|---|---|
| 1 | Soland, Linda | 03-1127 | The The Delaco Company<br>Sidmak Laboratories, Inc.<br>Sobel NV<br>Chattem, Inc.<br>Signal Investment and Management<br>Pam Holdings, Inc. (DE)<br>Pam Holdings, Inc.<br>Plivaa DD<br>Alps Pharmaceuticals |
| 2 | Sopala, Diane | 03-1008 | The Delaco Company<br>Sidmak Laboratories, Inc.<br>Sobel NV<br>Chattem, Inc.<br>Signal Investment and Management<br>Pam Holdings, Inc. (DE)<br>Pam Holdings, Inc. (NJ)<br>Plivaa DD<br>Alps Pharmaceuticals |
| 3 | Stam, Anita and Joseph Stam | 01-2155 | Thompson Medical Co., Inc.<br>Plivaa DD<br>Pliva Prague<br>Pliva, Inc.<br>Sidmak Laboratories, Inc. |
| 4 | Taylor, Shirley | 02-770 | Thompson Medical Co., Inc.<br>The Delaco Company<br>Chattem, Inc. |
| 5 | Tedesco, Tammy and Mike Tedesco | 01-1570 | Thompson Medical Co., Inc.<br>Chattem, Inc.<br>The Delaco Company<br>Sidmak Laboratories, Inc.<br>Sobel NV<br>Steve Weiss & Co., Inc.<br>Pliva Prague<br>Plivaa DD<br>DD Plivaa<br>Pliva, Inc. |
| 6 | Trevino, Yolanda | 03-474 | Chattem, Inc. |
| 7 | Vaughn, Helen | 02-758 | Chattem, Inc.<br>Sidmak Laboratories, Inc.<br>The Delaco Company |
| 8 | Ward, Teresa | 02-769 | Thompson Medical Co., Inc.<br>The Delaco Company<br>Chattem, Inc. |
| 9 | Whaley, Barbara J. | 02-2605 | Chattem, Inc. |
| 10 | Wilborn, Denise | 04-235 | Chattem, Inc.<br>The Delaco Company |
| 11 | Williams, Dora and Donny Williams | 04-1621 | Chattem, Inc.<br>Thompson Medical Co., Inc.<br>Pliva, Inc. |

ORDER GRANTING MOTION TO DISMISS "DELACO RELEASED PARTIES" - 13
(MDL No. 1407)

1975490.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

| | | |
|---|---|---|
| Williams, Mary | 02-1263 | The Delaco Company<br>Chattem, Inc.<br>Sidmak Laboratories, Inc.<br>Sobel NV<br>Pliva Prague<br>Steve Weiss & Co., Inc.<br>Alps Pharmaceutical Ind. Co. Ltd. |
| Wilson, Patricia and Stephen | 03-1120 | The Delaco Company<br>Sidmak Laboratories, Inc.<br>Sobel NV<br>Signal Investment and Management<br>Pam Holdings, Inc. (DE)<br>Pam Holdings, Inc. (NJ)<br>Plivaa DD<br>Alps Pharmaceuticals |
| Wray, Judy K. | 03-615 | The Delaco Company<br>Chattem, Inc.<br>Steve Weiss & Co., Inc.<br>Sidmak Laboratories, Inc. |
| Wright, Edgar | 03-349 | Thompson Medical Co., Inc.<br>The Delaco Company<br>Sidmak Laboratories, Inc.<br>Pliva, Inc. |
| Young, Mark | 03-1124 | The Delaco Company<br>Sidmak Laboratories, Inc.<br>Sobel NV<br>Chattem, Inc.<br>Signal Investment and Management<br>Pam Holdings, Inc. (f/k/a Sobel Holdings, Inc.)<br>Pam Holdings, Inc. (NJ)<br>Pam Holdings, Inc. (DE)<br>Plivaa DD<br>Alps Pharmaceuticals |
| Zaerr, Patty | 04-234 | The Delaco Company |

ORDER GRANTING MOTION TO DISMISS "DELACO RELEASED PARTIES" - 14
(MDL No. 1407)

1975490.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600