UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE


IN RE: PHENYLPROPANOLAMINE (PPA)

PRODUCTS LIABILITY LITIGATION                    NO. MDL 1407

_____


JUDGMENT


      The Court, having considered the status report and final recommendation of Plaintiffs' Common Benefit Fund Committee filed on June 12, 2017, the same being incorporated herein by reference, HEREBY RULES as follows:

      IT IS ORDERED that Hiram B Carey, III be authorized and designated as signatory on the Common Benefit bank account and empowered to distribute all funds in the account in accordance with Exhibit A attached hereto to be made a part hereof.

      Signed in Seattle, Washington on this 19th day of December, 2017.


_____
Barbara Jacobs Rothstein
U.S. District Court Judge


Submitted by:

Plaintiffs' Common
Benefit Committee


_____


Hiram B. Carey, III
Robinson & Cole LLP
One Boston Place, 25th Floor
Boston, MA 02108