# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

IN RE: PHENYLPROPANOLAMINE (PPA)  )
PRODUCTS LIABILITY LITIGATION       )
                                    )
----------------------------------) MDL NO. 01-1407
THIS DOCUMENT RELATES TO:          )
                                    )
JOHN PARK, ET AL V. CHATTEM, INC. ET. AL  )
                                    )

## ORDER

After considering Class Counsel's proposed plan of distribution of funds remaining in the Chattem Dexatrim® Settlement Extraordinary Damages Fund, it is hereby ORDERED that all such remaining funds shall be distributed equally among the following four (4) Class Counsel:

- Seeger Weiss LLP (Lead Class Counsel)
- Ashcraft & Gerel, LLP (for itself and Herman, Mathis, Casey, Kitchens & Gerel)
- Early, Lucarelli, Sweeney & Meisenkothen LLC (successor to Early, Ludwick & Sweeney, LLC)
- Lopez & McHugh, LLP (successor to Lopez, Hodes, Restaino, Milman & Skikos)
This Order is binding on all Class Members.

Dated this 12th day March, 2018.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge