**HON. BARBARA J. ROTHSTEIN**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION.<br><br>This document relates to all actions. | MDL Docket No. 1407<br><br>**ORDER TO SHOW CAUSE** |

On July 9, 2002, this Court entered Case Management Order No. 8 ("CMO 8") directing the establishment of the Plaintiffs' Litigation Expense Fund. Dkt. No. 695. The purpose of the fund was to reimburse costs and pay attorneys' fees to the Plaintiffs' Steering Committee ("PSC") and other attorneys who were authorized by the PSC to perform work for the common benefit of plaintiffs in Multi-District Litigation 1407 ("MDL 1407"). Among other things, CMO 8 set forth the procedures through which these attorneys could request reimbursement from the fund. On October 10, 2003, this Court entered Case Management Order No. 16 ("CMO 16"), which appointed The Northern Trust Company to serve as the Trustee for Plaintiffs' Litigation Expense Fund. Dkt. No. 1975. The MDL 1407 Fee and Cost Trust ("the Trust") was established pursuant to CMO 16 on November 10, 2003.

All claims related to MDL 1407 eventually settled in 2008 and 2009 and, presumably, any attorney who performed authorized work for the common benefit of MDL 1407 plaintiffs was reimbursed for their costs and fees from the Trust. However, there remains a balance in the Trust in the amount of approximately $154,000.

Given that nearly fifteen years have passed since MDL 1407 was terminated, the Court intends to instruct The Northern Trust Company to terminate the Trust and distribute the remaining funds to the King County Bar Foundation, a 501(c)(3) charity, to be used in its Neighborhood Legal Clinics Program. **If any party objects to the termination of the Trust and/or the distribution of the remaining funds to the King County Bar Foundation, they must file a written objection within sixty days of the date of this order. If no written objection is filed within the requisite timeframe, the Court will enter an order directing The Northern Trust Company to terminate the Trust and distribute the remaining funds to the King County Bar Foundation.**

Dated this 30th day of August 2024.

Barbara Jacobs Rothstein
U.S. District Court Judge